AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Talia N. Harrison <br><br> *Plaintiff(s)* <br> v. <br> Tyler Technologies, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:21-cv-00607 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tyler Technologies, Inc.
c/o Capitol Corporation Services, Inc., Registered Agent
206 E. 9th Street
Suite 1300
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Melinda Arbuckle
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Tel: 713.621.2277
marbuckle@eeoc.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/3/21

*Signature of Clerk or Deputy Clerk*
David A. O'Toole

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-607

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CAUSE NUMBER: 4:21-CV-00607

**TALIA HARRISON**
**PLAINTIFF**

**VS.**

**TYLER TECHNOLOGIES, INC**
**DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION**

## RETURN OF SERVICE

My name is **D'ANN WATHEN**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Wednesday August 04, 2021 AT 02:15 PM** - , **SUMMONS IN A CIVIL ACTION; COMPLAINT** came to hand for service upon **TYLER TECHNOLOGIES, INC BY SERVING ITS REGISTERED AGENT CAPITOL SERVICES, INC**.

On **Friday August 06, 2021** at **11:52 AM** - The above named documents were hand delivered to: **TYLER TECHNOLOGIES, INC BY SERVING ITS REGISTERED AGENT CAPITOL SERVICES, INC @ 206 E. 9TH STREET SUITE 1300**, AUSTIN , **TX 78701**, **in Person.** By delivering to Joe Digatano, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                    DECLARATION

"My name is **D'ANN WATHEN,** my date of birth is 12/21/1971 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Tuesday August 10, 2021**

 **/s/D'ANN WATHEN**                              **PSC#6602 EXP. 06/30/21**
Declarant                                        Appointed in accordance with State Statutes

**2021.08.580308**