**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **TALIA N. HARRISON,** | : |
| **Plaintiff,** | : |
| vs. | : No. 4:21-cv-00607-ALM |
| **TYLER TECHNOLOGIES, INC.,** | : |
| **Defendant.** | : |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc.'s ("Tyler") submits the following disclosure statement:

Tyler has no corporate parent and there is no publicly traded corporation that owns 10% or more of its stock.

Dated: August 27, 2021

/s/ Paulo B. McKeeby
Paulo B. McKeeby (Lead Attorney)
TX State Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
TX State Bar No. 24087839
aebrown@reedsmith.com
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone:   +1.469.680.4200
Facsimile:   +1.469.680.4299

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above was filed via the Court's ECF filing system on August 27, 2021, which caused a copy of same to be served on the following counsel of record:

| | |
|---|---|
| Charles R. Bridgers<br>Matthew W. Herrington<br>DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC<br>101 Marietta St.<br>Ste. 2650<br>Atlanta, GA 30303<br>charlesbridgers@dcbflegal.com<br>matthew.herrington@dcbflegal.com | Melinda Arbuckle<br>Shellist Lazarz Slobin LLP<br>11 Greenway Plaza<br>Suite 1515<br>Houston, TX 77046<br>marbuckle@eeoc.net |

    */s/ Paulo B. McKeeby*
    Paulo B. McKeeby