## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **No. 4:21-cv-00607-ALM** |
| **vs.** | : | |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT REPORT OF AGREED MEDIATOR

Pursuant to the Court's September 15, 2021, Order Governing Proceedings [DE 8], Plaintiff Talia Harrison ("Plaintiff") and Defendant Tyler Technologies ("Tyler") (collectively, the "Parties") file this, their Joint Report of Agreed Mediator, and respectfully state the following:

The Parties have agreed to a virtual mediation with Will Pryor, 4851 LBJ Freeway, Ste. 220, Dallas, Texas 75244; wpryor@willpryor.com.

Dated:  December 3, 2021

Respectfully submitted,

/s/ Matthew W. Herrington (w/permission)
Charles R. Bridgers (*pro hac vice)*
charlesbridgers@dcbflegal.com
Matthew W. Herrington (*pro hac vice)*
matthew.herrington@dcbflegal.com
DeLong Caldwell Bridgers Fitzpatrick &
Benjamin, LLC
101 Marietta St.
Ste. 2650
Atlanta, GA 30303

Melinda Arbuckle
TX State Bar No. 24080773
marbuckle@eeoc.net
Shellist Lazarz Slobin LLP
11 Greenway Plaza
Suite 1515
Houston, TX 77046

**ATTORNEYS FOR PLAINTIFF**

/s/ Amanda E. Brown
Paulo B. McKeeby
TX State Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
TX State Bar No. 24087839
aebrown@reedsmith.com
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone:    +1.469.680.4200
Facsimile:    +1.469.680.4299

**ATTORNEYS FOR DEFENDANT**