# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TALIA N. HARRISON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21cv607 |
| | § | JUDGE MAZZANT |
| TYLER TECHNOLOGIES, INC. | § | |

### ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan.  By agreement of the parties, the mediator assigned is Will Pryor, Mediation and Arbitration, 4851 LBJ Freeway, Suite 220 Dallas, Texas 75244, Telephone: 214-534-1990, wpryor@willpryor.com.

The mediation conference shall be conducted by the following date: **January 14, 2022.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**

 SIGNED this 6th day of December, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE