IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HARRISON | : : : : | |
| Plaintiff, | : : | |
| vs. | : : : | Civil Action No. 4:21-cv-00607-ALM |
| TYLER TECHNOLOGIES | : : : : | |
| Defendant. | : : | |

## NOTICE OF LEAVE OF ABSENCE

To: All Judges, Clerks of Court, and Counsel of Record

I, Matthew Herrington, Counsel for the Plaintiff, respectfully notify all parties including judges, clerks of court, and opposing counsel, that I will be on leave pursuant to Georgia Uniform Court Rule 16 and Federal Local Rule 83.1 E(3).

1. The periods of leave during which time I will be away from the practice of law are as follows: February 14th, 2022- February 18th, 2022

2

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

*s/ Matthew Herrington*

Georgia Bar No.

101 Marietta Street, N.W.
Suite 2650
Atlanta, GA 30303
(404) 979-3150
matthew.herrington@dcbflegal.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HARRISON <br>     Plaintiff, <br><br> vs. <br><br> TYLER TECHNOLOGIES <br><br><br><br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. <br> : 4:21-cv-00607-ALM <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed <u>Notice of Leave of Absence</u> with the Clerk of Court in the United States District Court for the Northern District of Georgia, Atlanta Division using the CM/ECF system, which will automatically send notice of such filing to all parties including judges, clerks and opposing counsel of record.

    Respectfully submitted this 11th of January 2022.

                                               *s/ Matthew Herrington*
                                               Matthew Herrington
                                               Georgia Bar No. 275411