# EXHIBIT 1

Talia N. Harrison - 1/19/2022

```
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION
 3   TALIA N. HARRISON,          *
                                 *
 4        Plaintiff,             *
                                 *
 5   vs.                         *   No. 4:21-cv-00607-ALM
                                 *
 6   TYLER TECHNOLOGIES, INC.,   *
                                 *
 7        Defendant.             *
 8
 9           *********************************
10           ORAL AND VIDEOTAPED DEPOSITION OF
11                   TALIA N. HARRISON
12                   JANUARY 19, 2022
13                  (Conducted Remotely)
14           *********************************
15
16           ORAL AND VIDEOTAPED DEPOSITION OF TALIA N.
17   HARRISON, produced as a witness at the instance of the
18   Defendant, and duly sworn, was taken in the above-styled
19   and -numbered cause on the 19th day of January, 2022,
20   from 9:32 a.m. to 5:20 p.m., before Leah K. Osteen Dow,
21   CSR in and for the State of Texas, reported remotely by
22   machine shorthand, with the witness being located in
23   Little Rock, Arkansas, taken pursuant to the Federal
24   Rules of Civil Procedure and the provisions stated on
25   the record.
```

Talia N. Harrison - 1/19/2022

| | | |
|---|---|---|
| 09:42 | 1 | Q.    Other than Ms. Greene, have you discussed your |
| | 2 | lawsuit with anyone else? |
| 09:42 | 3 | A.    I have not. |
| 09:42 | 4 | Q.    Does your sister work at Tyler? |
| 09:42 | 5 | A.    She does. |
| 09:42 | 6 | Q.    What's your sister's name? |
| 09:42 | 7 | A.    Latisha Harrison. |
| 09:42 | 8 | Q.    And have you discussed your lawsuit with her? |
| 09:42 | 9 | A.    I do not discuss my lawsuit with her. |
| | 10 | (Exhibit 1 marked.) |
| 09:43 | 11 | Q.    Okay.  Ms. Harrison, I've introduced what will |
| | 12 | be Exhibit 1.  Do you see that document in front of you? |
| 09:43 | 13 | A.    Yes, ma'am. |
| 09:43 | 14 | Q.    Great.  And it's a little funky with these |
| | 15 | remote depositions, with sharing exhibits through share |
| | 16 | screen.  So if at any point you need me to make it |
| | 17 | bigger so you can read it better, or scroll up or down, |
| | 18 | just let me know. |
| 09:43 | 19 | A.    Okay. |
| 09:43 | 20 | Q.    So do you recognize this document that's |
| | 21 | Exhibit 1? |
| 09:43 | 22 | A.    I do. |
| 09:43 | 23 | Q.    Are you still reviewing it? |
| 09:43 | 24 | A.    Oh, no, ma'am.  I'm sorry.  I said I do.  I'm |
| | 25 | sorry, I didn't know you didn't hear me.  I do recognize |

Talia N. Harrison - 1/19/2022

1    it, yes.

09:43  2         Q.    Okay.   Okay.   Great.   And is this the offer

3    letter you received for ExecuTime back in August of

4    2013?

09:44  5         A.    Yes, that is correct.

09:44  6         Q.    And ExecuTime was acquired by Tyler in June of

7    2016, correct?

09:44  8         A.    That is correct.

09:44  9         Q.    So in this offer letter, you were offered the

10    position of project manager, slash, trainer; is that

11    right?

09:44  12        A.    Yes.

09:44  13        Q.    And your annual salary was 48,000?

09:44  14        A.    Yes.

09:44  15        Q.    And the letter informed you that your position

16    was exempt from overtime under the FLSA, or the Fair

17    Labor Standards Act?

09:44  18        A.    Yes.

09:44  19        Q.    So when you received this offer letter, you

20    understood that you would not be receiving any

21    additional pay for hours worked over 40 hours per week?

09:45  22        A.    Yes.

09:45  23        Q.    So what is the ExecuTime software?

09:45  24        A.    It's a timekeeping software used throughout

25    different municipalities for tracking of, you know,

Talia N. Harrison - 1/19/2022

|  | 1 | regular hours, overtime, shift differential pay, things |
|--|---|---|
|  | 2 | of that nature. The time is calculated in ExecuTime, |
|  | 3 | and then it's exported into various payroll vendors, |
|  | 4 | whatever the client uses, to actually do the |
|  | 5 | calculations and create the paychecks and direct |
|  | 6 | deposits, things of that nature. |

09:45   7      Q.   And after the Tyler acquisition of ExecuTime in
      8   2016, you remained involved with ExecuTime software?

09:45   9      A.   Yes.

09:46   10      Q.   You continued to serve in that project manager
     11   role?

09:46   12      A.   Yes.

09:46   13      Q.   And at some point did you become a senior
     14   project manager?

09:46   15      A.   Yes.

09:46   16      Q.   When did that happen?

09:46   17      A.   I want to say that was around -- it was shortly
     18   after I started, I don't even think a year. I want to
     19   say November of -- oh, gosh. Give me one second. I'm
     20   sorry. No, the senior project manager title happened
     21   after the acquisition. That's what it was. So it would
     22   have been June, July of 2016. That is the title Tyler
     23   gave me.

09:46   24      Q.   Did your compensation change?

09:46   25      A.   Not with the title change, that I can recall.

Talia N. Harrison - 1/19/2022

09:47 1      Q.   Did you receive annual salary increases?

09:47 2      A.   I did.

09:47 3      Q.   Were those for a fixed amount, or did it vary

4    year by year?

09:47 5      A.   It would vary year by year, but, you know, they

6    were pretty consistent with giving me anywhere between 3

7    and 3.5 percent.

09:47 8      Q.   When you worked as a senior project manager,

9    did you work remotely, from home?

09:47 10     A.   It -- I had the option to work from home some

11   days, usually Fridays.  But for the most part, I was --

12   during that specific time frame, I was going to the

13   office Monday through Thursday, usually working from

14   home on Fridays.

09:48 15     Q.   When you say "that" time frame, what time frame

16   are you referring to?

09:48 17     A.   The time frame that we're asking, for wages.

09:48 18     Q.   So at any point that you were in the senior

19   project manager role, did you transition from working

20   primarily in the office to working primarily from home?

09:48 21     A.   Yes.

09:48 22     Q.   When did that occur?

09:48 23     A.   That would have been -- I want to say February

24   of 2019 through the remainder of my tenure.

09:48 25     Q.   And you were in that senior project manager

Talia N. Harrison - 1/19/2022

```
 1   role until around November of 20 --
 2        A.    '19.
 3        Q.    '19?
 4        A.    Yes, ma'am.
 5        Q.    And what was your compensation at the time you
 6   left the senior project manager role in November of
 7   2019?
 8        A.    Around sixty-four four.   64,400.
 9        Q.    And you said in February 2019 you began working
10   from home primarily.   What was the reason for that
11   change?
12        A.    I moved out of state, and so there wasn't, you
13   know, an office.   It was more than an hour away from the
14   office.
15        Q.    So at that point you wouldn't come into the
16   office really regularly?   It would just be anytime you
17   were in town, or when would you come into the office?
18        A.    Correct, if I was in town, and only if, you
19   know, while I was in town I wanted to work from the
20   office.   A lot of times I would work from my daughter's
21   house.   But it was flexible.
22        Q.    So you didn't have to come to the office when
23   you were in town?   It's only if you wanted to?
24        A.    That's correct.
25        Q.    How often would you say you went into the
```

Talia N. Harrison - 1/19/2022

1  sorry.  I mixed up dates.  I have that as a later date.

2  Then I guess we are talking about senior only.  Okay.

3  Sorry.

09:52  4          MS. BROWN:  No problem.

09:52  5      Q.   So going back, Ms. Harrison, so can you kind of

6  explain, I guess, kind of the life cycle or the phases

7  that a senior project manager would be involved with

8  with an implementation of ExecuTime software?

09:52  9      A.   Sure.  So, you know, once the -- the project is

10  assigned to the project manager implementation

11  consultant team, the PM -- is it okay to refer to

12  project manager as "PM"?

09:52  13      Q.   Sure.

09:52  14      A.   Okay.  So the PM would be responsible for

15  hosting a stakeholder's kickoff call with the client.

16  Prior to that call, the project manager will have

17  reviewed a questionnaire that typically is provided by

18  sales initially.  And during the transition over to the

19  project manager, it's completed.

09:53  20              So we would review the questionnaire.  We

21  would, you know, read the contract, understand the

22  number of powers or the type of contract it was.  We

23  would map out an implementation timeline for the IC that

24  we're assigning that project to, you know, based on

25  their current availability.  And so we're basically

Talia N. Harrison - 1/19/2022

1    prepping for the stakeholder call so that we could

2    review all of this documentation on that call.

09:53   3          Once we have the stakeholder presentation,

4    it would be up to the project manager to stay in

5    communication with the client, to give them an

6    opportunity to review the timeline, you know, make sure

7    that that lines up with their current schedules and

8    priorities.  And then ultimately we're requesting

9    sign-off on that timeline before we start to engage the

10   implementation consultant.

09:54   11         While we're waiting on that signature,

12   there were templates that were preconfigured based on

13   the type of implementation and the way the client was

14   hosted.  So if they were on premise or if they were a

15   SAS client or an ASW- -- or AWS cloud, there was

16   different templates that you would choose from in Jira,

17   which was a ticketing system.

09:54   18         And so you would go in and clone whatever

19   template best fit that project.  And there were about 32

20   tasks that the PM and the IC would have to go through

21   through the life cycle of the implementation.

09:54   22         And so since it's a template that we were

23   cloning, we would have to go in and rename the initial

24   template to whatever the client's name is, and then we

25   would have to go in and manually touch each task and

Talia N. Harrison - 1/19/2022

1    rename it so that it doesn't read "template," but, in

2    fact, it reads, you know, whatever the client's name is

3    and whatever that task to be completed was.

09:55  4         Throughout the life cycle of the

5    implementation, we had to keep those tickets up to date

6    with the number of hours or even minutes spent on

7    working that particular task.  We had to copy our email

8    conversations regarding that task into the ticketing --

9    into that task ticket in order that the conversation

10   happened so that it would be easy to read.

09:55  11        We would have to -- every time, of course,

12   we spent time on that particular task, we would have to

13   update that task with the amount of time spent and

14   basically just keep notes there so that if anyone came

15   in and needed to step in for us, they could very easily,

16   you know, reference where the project left off.

09:55  17        So once we -- we have that signed,

18   implementation timeline, at that point we would host a

19   kickoff call to introduce the IC to the client.

09:56  20        And, I'm sorry, I need to back up just a

21   second.  So from the questionnaire, the project manager

22   was also responsible for taking that questionnaire and

23   producing what we called a scope of work or a -- yeah,

24   pretty much a scope of work.  And it basically -- or

25   solution design is another term for it.  But we

Talia N. Harrison - 1/19/2022

1    basically would outline based on what they answered in

2    that questionnaire what we would be implementing, you

3    know, what our pilot users would be, how things would be

4    phased out.

09:56    5            You're pretty much putting together a

6    synopsis of what you're going to deliver to the client.

7    And that's also something that would have to be signed

8    off on with the timeline.

09:56    9            So once you have all those documents and

10   you start to -- you introduce your IC, the PM would then

11   be responsible for just managing the project.

12   Anything -- the budget.  Anything that came up during

13   the implementation as, like, an escalation, we would --

14   the project manager would be the one to communicate that

15   with the manager of implementation to come up with an

16   action plan for moving forward.  So I guess you would

17   call that, like, issue resolution or escalations.

09:57   18       Q.   Now, what about after the implementation

19   progressed?  If there's a go-live period, what's the

20   project manager's responsibility during that period?

09:57   21       A.   Sure.  So it's actually really the IC's

22   responsibility to keep up with that go-live.  For the

23   most part, the project manager is just communicating and

24   making sure that we stay on track for that date.  You

25   know, if the IC runs into any complications where they

Talia N. Harrison - 1/19/2022

1    feel like, for whatever reason, they're not going to

2    meet the date that we set, we would work directly with

3    the ICs on -- on a solution to that.  A lot of times

4    management would be involved in that as well.

09:58   5               Also, as a project manager, you know, we

6    were responsible for, you know, allowing new hires to

7    shadow us to get experience and help with projects that

8    we're currently working on.  We were training new hires.

09:58   9        Q.    And this would be new-hired PMs?

09:58  10        A.    Or ICs.  During that -- my tenure, during that

11   time, it was just myself and one other lady that had the

12   most seniority.  And so during that time period, we had

13   five or six new implementation consultants.  So we all

14   kind of had to, you know, pitch in and assist with

15   getting them up to speed so that we could come off the

16   road, because we were also -- myself and Jessie Bell,

17   another project manager there, we were doing a lot of

18   the IC work as well just because there was so much

19   turnover.

09:59  20               And we constantly, you know, had so many

21   new people at one time, we were having to travel and do

22   on-site trainings and, you know, remote trainings and

23   things like that that the ICs typically would do under

24   the Tyler umbrella.

09:59  25        Q.    And so was there a difference in duties between

25

Talia N. Harrison - 1/19/2022

1    a project manager and a senior project manager?

09:59   2        A.   There was not.  I think that's just a title

3    they gave me because I had been there for so long.  I

4    didn't -- I mean, I don't think it was a promotion, but

5    maybe so.  I didn't even know that my title had changed.

6    I had to ask about it.

09:59   7        Q.   I think you referenced that there was one other

8    project manager there at that time.  Is that right?

09:59   9        A.   There were a couple of other project managers

10   at that time, but myself and Jessie Bell had the most

11   seniority at that time.  We had both been there five,

12   six years; whereas, everyone else were within, you know,

13   anywhere from six months to maybe a year, year and a

14   half.

10:00  15        Q.   Was Jessie Bell also a senior project manager?

10:00  16        A.   She was, uh-huh.

10:00  17        Q.   How many project managers total were there at

18   one time?

10:00  19        A.   During that time frame, there was -- I'm going

20   to say four; however, one of them was actually the

21   manager of implementation, but she was working as a

22   project manager as well because we were so -- you know,

23   so short-staffed.

10:00  24        Q.   And the manager of implementation, would that

25   have been your supervisor?

Talia N. Harrison - 1/19/2022

10:00    1          A.    That is correct.

10:01    2          Q.    And who was that?

10:01    3          A.    Hillary Pasch.

10:01    4          Q.    And so there were three project managers, plus

         5    Hillary as the manager of implementation.

10:01    6                     And then how many implementation

         7    consultants at one time would you have?

10:01    8          A.    Are you referencing as a team or how many I

         9    would be responsible for at one time?

10:01   10          Q.    Both.

10:01   11          A.    Okay.  So as a team, we had five implementation

        12    consultants, and I always managed one implementation

        13    consultant at a time.

10:01   14          Q.    Did other project managers have multiple

        15    implementation consultants that reported to them at one

        16    time?

10:02   17          A.    Yes.

10:02   18          Q.    But you didn't?  You only had one?

10:02   19          A.    Correct.

10:02   20          Q.    And why was that?

10:02   21          A.    Just at that time, everyone was -- there was

        22    only one person that had two implementation consultants.

        23    Everyone else had just the one.  So there weren't any

        24    extra for anyone to have more than one.

10:02   25          Q.    You said Hillary Pasch was the -- was your

Talia N. Harrison - 1/19/2022

1    manager.  Did that change at all during your time as

2    senior project manager?

10:02  3        A.    It did.  So it actually started off as Jamie

4    Burns and then became Hillary Pasch.  And I don't know

5    the exact date that Hillary became my manager.

10:03  6        Q.    When you were describing to me the project

7    manager's responsibilities during an implementation, you

8    mentioned that there were some documents that had to be

9    signed off on.

10:03  10             Who would be signing off on that?  Would

11   that have been the client, or would that have been your

12   manager, or did it depend on the document?

10:03  13        A.    For the specific documents I was discussing at

14   that time, the timeline, that -- that would be the

15   client signing off accepting the timeline.

10:03  16             And then the same thing with the solution

17   design.  That would be the client signing off on that

18   saying they accept and understand, you know, what our

19   scope of work would be.

10:04  20        Q.    So the solution design, that was something that

21   a project manager would create after reviewing the

22   questionnaire completed by the client?

10:04  23        A.    Correct.  It was a -- I mean, it was a

24   templated document, and there would just be -- we would

25   just go, you know, fill in the blanks.

Talia N. Harrison - 1/19/2022

1    one screen and the solution design on another.  We would
2    have had calls and things like that to go through the
3    questionnaire as well.  I think I left that off.  Again,
4    you know, I haven't worked in that position for a couple
5    of years now, so I'm a little dusty, but ...
6                    So we'd basically have the two documents
7    on two monitors.  And based on what we have from the
8    questionnaire and what we obtained from the solution
9    design call, we would go -- you know, pretty much just
10   go in and type into the template the -- whatever lined
11   up with the questions -- line the questions up with the
12   template for the solution design.  In some cases, you
13   can copy and paste, but a lot of it was manual entry,
14   like, data entry.
15        Q.   And then was there information in the solution
16   design that you would remove if not applicable to the
17   client based on their answers to the questionnaire?
18        A.   Yes.
19        Q.   And you said you had calls to go through the
20   questionnaire?
21        A.   We did.
22        Q.   Would these be calls between yourself and the
23   client?
24        A.   Yes.  We would have a call with ourself and the
25   client to go through their questionnaire and get more

Talia N. Harrison - 1/19/2022

```
 1    in-depth answers to the questions that they answered or,
 2    you know, validate any information that we didn't
 3    understand from the questionnaire that they filled out.
 4    There would be a call to go through that.  There would
 5    also be a --
 6         Q.   And who would be on that call?
 7         A.   Sure.  That would be myself and the client.
 8         Q.   So in advance of that call, you would have
 9    reviewed the questionnaire to see if there was anything
10    on there from the client that you didn't understand that
11    you needed to discuss on the call to the client?
12         A.   That is correct, yes.
13         Q.   Okay.  And then based on that analysis and that
14    phone call, you'd be able to complete the solution
15    design?
16         A.   You got it.
17         Q.   And then also creating the -- I think you
18    referred to it as an implementation timeline.  How would
19    you go about creating that document?
20         A.   I would pull up my implementation consultant's
21    calendar.  Since I only worked with one, you know, I
22    pretty much know what her schedule would be and when she
23    would be available.
24              So I would just go through and pick dates.
25    The timeline was also a template, and so -- with
```

Talia N. Harrison - 1/19/2022

1    predecessors in there.  So once you put in a date, it

2    would pretty much prepopulate what the timeline would

3    look like based on the predecessors that had been set

4    up.  And so I would just make any manipulations if, you

5    know, dates fell on a date that I've already got her

6    traveling or scheduled to do trainings or whatever the

7    case may be.

10:09  8              If it was a client that was requesting

9    on-site training, once I have the dates for potential

10   on-site for those particular sessions, wherever they

11   fell in the timeline, I would usually put together an

12   email for my IC and just let them know, like, these are

13   the dates that it's looking like you would train -- you

14   know, travel for these types of trainings.  You know,

15   let me know if there are any conflicts, you know,

16   outside of work or whatever that would prevent them from

17   being able to travel on those days.

10:09  18             And then once I receive that information

19   back, you know, I would update the timeline accordingly,

20   and -- and that's what I would use to present to the

21   stakeholders.

10:10  22       Q.   And who would the stakeholders be there?

10:10  23       A.   The clients, the actual clients.  Usually the

24   client's director or IT would be a stakeholder.  HR

25   would usually be considered a stakeholder.

Talia N. Harrison - 1/19/2022

10:10  1      Q.   So in this timeline document that you would be

2  creating, were there phases that were just standard to

3  every implementation, or did the phases or training

4  differ based on each client's implementation?

10:10  5      A.   The phases would be pretty standard, but what

6  the client would need in those particular phases is what

7  would -- would differ.

10:10  8      Q.   So how would you know what the client would

9  need for a particular phase in order to complete the

10  timeline?

10:11  11      A.   It would be based on, you know, things

12  discussed during the solution design call.  Usually

13  it's -- usually in that way, because the phases were the

14  same.  But what they need -- for instance, you know,

15  they may not use overtime or shift differential or

16  something like that.

10:11  17           So when we would actually get down to the

18  training, we would tailor that training specific to that

19  client.  If they don't use overtime, well, we're not

20  going to show overtime.  That type of thing.

10:11  21      Q.   So you said based on the solution design call,

22  you would -- you would have that as an understanding of

23  what specific needs the client would have for the

24  different implementation phases.

10:11  25           Are these the solution design calls that

Talia N. Harrison - 1/19/2022

1  you referenced earlier where you would go through the

2  questionnaire?

10:11   3       A.   Yes.

10:11   4       Q.   And so these were calls between yourself and

5  the client?

10:11   6       A.   Yes.

10:12   7       Q.   So you've mentioned training for clients as

8  well.  Did you conduct training as a project manager?

10:12   9       A.   I did, quite a bit.

10:12  10       Q.   It sounded like there were different kinds of

11  trainings that each client might have as part of the

12  implementation.  Is that right?

10:12  13       A.   Yes.  I mean, they typically all have the same

14  training.  So they have, you know, a timekeeper

15  training.  Those are going to be what we would refer to

16  as basic users or hourly employees.  So everyone would

17  have a basic -- or -- yeah, basic user training.

10:12  18            Everyone would have a supervisor training,

19  where we would work directly with the supervisors.  And

20  they would have to go through the basic user training as

21  well as supervisor training since they would be users

22  themselves but would also be, you know, supervising

23  subordinates.

10:13  24            And then everyone had an admin training.

25  Usually the admin training would just be with IT and

Talia N. Harrison - 1/19/2022

1   using overtime impact the training that you would

2   provide?

10:16   3        A.   I don't know that it would impact it.  I mean,

4   it would just -- we just would not include that in their

5   training session.  We just would omit that, that part of

6   it.  We would hide the configuration so that it doesn't

7   even show, and then we just wouldn't cover it during the

8   training session.

10:17   9        Q.   Were there other client-specific needs or

10   contract terms, I guess, that would impact their

11   training?

10:17   12       A.   Yes.

10:17   13       Q.   What would those be?

10:17   14       A.   So some clients would -- you know, we adopt the

15   train-the-trainer approach.  So our goal was to create

16   SMEs, or subject-matter experts, on how to use the

17   application, and then they would go out and train the

18   other users that can phase it out by department or

19   however they want to do that.

10:17   20            But there were some clients that preferred

21   we train all their users.  And so their projects would

22   last longer because, you know, some of our -- their

23   clients were pretty big, and it would take weeks to

24   train all their users.

10:18   25            You know, some clients just couldn't

Talia N. Harrison - 1/19/2022

1    handle the training.  They had been in the position for
2    so long, and so we would have to train them multiple
3    times, you know, for them to gasp the changes.
10:18  4              I'll think of some other scenarios.  I
5    would say those are two of the biggest things, you know,
6    clients wanting us to do all of their training instead
7    of becoming the trainers themselves.  And then, of
8    course, we -- quite a bit, we would have to retrain
9    clients for either issues on their end, where folks
10   weren't grasping things, or implementation consultants
11   doing training prematurely, before being ready.  And so
12   we would have to go behind them and kind of clean that
13   up.
10:19  14        Q.   So you said some clients would want to hire to
15   train all users instead of just train-the-trainer style.
10:19  16        A.   Yes.
10:19  17        Q.   In that scenario, would you have to adjust the
18   implementation timeline to reflect a longer training
19   period?
10:19  20        A.   Yes.  In some cases --
10:19  21        Q.   And would you know --
10:19  22        A.   -- we would do that up front -- I'm sorry.
10:19  23        Q.   No, no, go ahead.  Go ahead.
10:19  24        A.   I was just going to say, in some cases, we knew
25   up front that the -- that the plan was for us to train

Talia N. Harrison - 1/19/2022

```
 1    involved pretty heavily.
10:23  2        Q.    So you said you -- you involved them for
 3    go-live dates, for client complaints regarding
 4    implementation consultants, or client requests for you
 5    to do training.
10:23  6              Other than those specific examples, can
 7    you think of other times where you involved management?
10:23  8        A.    If a contract was originally written for remote
 9    training and the client later decided they want on-site.
10:24 10        Q.    Any other examples you can think of?
10:24 11        A.    Not that I can think of.
10:24 12        Q.    And then you also said that sometimes you would
 13    have to train a client multiple times or retrain them
 14    based on an issue.
10:24 15              Who would make the decision that a client
 16    needed to be retrained or trained again?
10:24 17        A.    Management.
10:24 18        Q.    And would you tell them, I guess, during one of
 19    your check-in calls that it was your, you know, opinion
 20    that this client needed to be retrained or trained
 21    again?
10:25 22        A.    I wouldn't make any recommendations either way.
 23    I would pretty much just discuss the complaint, and
 24    management would make a decision, because I wasn't
 25    allowed to make -- usually if there was an issue with a
```

Talia N. Harrison - 1/19/2022

1  training and it had to be redone and it's because of,

2  you know, an IC or whatever, that would be considered

3  non- -- nonbillable.  We wouldn't be able to bill the

4  client for that.  And so those decisions came from

5  management.  So I would just, you know, state the

6  complaint --

10:25  7       Q.   If you had --

10:25  8       A.   Uh-huh.

10:25  9       Q.   I was just going to ask, if you -- it would be,

10      I guess, on you, though, to alert management that there

11      was this complaint from the client or something going

12      on, right?  Management wouldn't be aware otherwise?

10:25  13      A.   Right, unless the client bypassed me, which

14      usually I had a pretty good rapport with my clients.

15      Right, it would be -- the complaint would come to me,

16      and I would, you know, let management know.

10:26  17      Q.   And then -- this is kind of, I guess, built off

18      of that.  When you had these calls with clients -- we

19      talked kind of about the initial kickoff call that you

20      would have to go over the questionnaire.

10:26  21                Would you have weekly check-in calls with

22      the client during implementation as well?

10:26  23      A.   Yes.  Depending on the number of hours in their

24      contract, if it allowed for that, yes, I would have

25      weekly calls scheduled as well.

Talia N. Harrison - 1/19/2022

10:26 1   Q.   And who would be on those weekly calls?
10:26 2   A.   Usually just project management and the
3   client -- or project manager, rather, and the client.
10:26 4   Q.   And then if clients did need to be retrained or
5   trained multiple times, that would require you to go
6   back and adjust the implementation timeline?
10:27 7   A.   Not -- not all the time, because usually I -- I
8   would build buffer room around the training session to
9   give, you know, the clients the opportunity to go back
10   and -- we recorded our trainings and provide -- every
11   training was recorded and provided to the client.
10:27 12               And so, you know, we would want to build
13   buffer room into the timeline to make sure that they
14   have an opportunity to go in and watch the recording and
15   get in the system and play around with it.  So not every
16   time, no.
10:27 17   Q.   And then how would you account for buffer time
18   when you were building out an implementation timeline?
10:27 19   A.   Usually it -- you know, it helped because our
20   ICs were always booked back to back.  So a lot of times
21   we couldn't help but put the buffer time in.
10:27 22               But usually it was based on blackout dates
23   provided by the client.  It would -- we would, you know,
24   look at what else the IC has scheduled, and then we --
25   the timeline that we were using, like I said, had

Talia N. Harrison - 1/19/2022

1    predecessors in there, so it would automatically build

2    in that buffer room based on -- management created the

3    template and provided it to us, so it was built into the

4    timeline, and we would just adjust it even more, if need

5    be, because of availability.

10:28   6         Q.    Were there ever instances where you look at a

7    client and you would just -- you would know based on, I

8    guess, either the size of the client or the project,

9    that that client was going to need more time than what

10   the standard was in an implementation timeline and you

11   would adjust it accordingly?

10:28  12         A.    Would you mind reasking that question?

10:28  13         Q.    Sure.   It was kind of clunky.

10:28  14              So I'm -- I'm assuming that all clients --

15   not all clients were the same size or same complexity

16   when it came to implementation.

10:28  17              So sometimes when you were dealing with a

18   larger client or a more complex implementation, would

19   you go ahead and adjust that implementation to kind of

20   give yourself additional buffer room?

10:29  21         A.    Yes.

10:29  22              MS. BROWN:   Okay, if you want to take -- I

23   don't know.   Matthew, how long do you want to take for a

24   break?   Is five minutes, ten minutes okay?

10:29  25              MR. HERRINGTON:   Let's do ten.

Talia N. Harrison - 1/19/2022

1    I would be on-site for a week at a time.  There were

2    other times when I would be on-site for weeks at a time,

3    home on the weekends.

10:40  4        Q.   And when you traveled to the client's site for

5    these trainings, who all from Tyler would be there for

6    those trainings?

10:40  7        A.   Usually just myself.  Usually myself.  There

8    were rare occasions where I would have an IC with me.

10:41  9        Q.   And when you conducted these trainings, tell me

10   a little bit about -- I guess, about how they worked.

11   Would it just be, like, you in a conference room with,

12   like, a PowerPoint up there and walking through -- the

13   different client representatives through parts of the

14   implementation software, or what exactly --

10:41  15       A.   No.

10:41  16       Q.   -- would it look like?

10:41  17       A.   Sure.  So, no, we would actually -- if we were

18   going on-site to do training, then that training was

19   going to take place in the client's test instance of

20   ExecuTime.  Therefore, we would configure it based on

21   the items that we would be training on while we're

22   on-site.  We would -- we would configure the system

23   prior to being on-site.

10:41  24            And then usually, correct, the client

25   would set us up usually in a conference room or at the

Talia N. Harrison - 1/19/2022

1   courthouse, in a -- just in an empty space.  And usually

2   there -- it would be a classroom-type setting.  A lot of

3   cases, they would have computers set up so that as

4   you're going through the training, you can pause and let

5   users log in and do things as well.

10:42   6          And we would, you know, be standing in

7   front of the class, and we would have a TV or a

8   projector, or what have you, connected to our laptop,

9   and we would conduct the training in their training

10   environment.  In some cases, we would be at city hall,

11   and the trainings would be recorded by someone, by the

12   client's staff, so -- but it was always in a

13   classroom-type setting and within their actual system.

10:42   14      Q.   You said you would configure the training

15   before you went to the client's site; is that right?

10:42   16      A.   Yes, that is correct.

10:42   17      Q.   Explain to me what configuring it would entail.

10:43   18      A.   Sure.  So there's -- in ExecuTime there were a

19   few imports that would take place.  So we would import

20   employee demographics, phone numbers, addresses, you

21   know, employee status, that type of thing.  But then if

22   they were using -- if they were using, let's say,

23   overtime or shift differential, we would actually have

24   to go in and configure that.

10:43   25          If they weren't going to have users

Talia N. Harrison - 1/19/2022

1    clocking in and out, we would have to go build security

2    walls to say, you know, okay, this particular employee's

3    going to clock in and out versus these employees are

4    going to do manual time sheet entry.

10:43   5            And usually you would -- you would

6    configure both types of scenarios, so that if it's one

7    of the initial trainings, where a client doesn't know

8    exactly which option they're going to choose, you can

9    show both, you know, to give the client a better idea of

10   what their options are.  And then, you know, they can

11   make a decision from there.

10:43   12           So we would have to build, you know,

13   security permissions.  We would have to go in and build

14   overtime rules and shift differential rules.  We would

15   go in and prepopulate time cards so that when we're

16   going through the training, we're not actually clocking

17   in and out or doing time entry.  We're basic- -- we'll

18   show how that functionality works, but then we can go

19   and show them how the time card would look based on the

20   time entry type that's -- that's chosen.

10:44   21   Q.   So it sounds like some of the configuration

22   that you needed to do you might learn during an initial

23   training with the client, but would other, I guess,

24   instances of configuration that needed to occur,

25   would -- how else would you figure that out if it wasn't

Talia N. Harrison - 1/19/2022

```
        1   through an initial training?
10:44   2        A.    Yeah, so during training, usually the client
        3   can identify, Oh, well, we forgot about this.
10:44   4               It's almost impossible to capture
        5   everything in the solution design.  And then also once
        6   they have a better understanding of how ExecuTime can be
        7   configured, and they realize that not every department
        8   has to do things the same way, a lot of times we would
        9   leave those trainings and have to go back and make
       10   adjustments based on the client's new understanding of
       11   what their options are.
10:44  12        Q.    So some of it would come through the solution
       13   design; some of it would come through training as it
       14   evolved?
10:45  15        A.    Yes.
10:45  16        Q.    And what would that look like?  The client
       17   coming to you and saying, You know, after seeing this
       18   feature, we want -- we want to change it this way, and
       19   then you would go and configure the setup?
10:45  20        A.    A lot -- yes.
10:45  21        Q.    And then I guess for the customization, you
       22   would know through the solution design?  That's
       23   something that you would just, I guess, learn from going
       24   through and reviewing the solution design that you
       25   created from their questionnaire?
```

Talia N. Harrison - 1/19/2022

1   going to be up on the screen when you're doing these
2   trainings?

10:46   3        A.   It would be their system.  So they would have
4   our laptops, which we would be able to -- if they were
5   hosted on our server, then, you know, we would be able
6   to just pull them right up.  But we would be in their
7   system from our laptop, which is connected to a
8   projector or a TV.

10:47   9            We would produce a basic user training
10   manual that was created as well as a supervisor manual.
11   And so we would provide those documents.  But they
12   were -- you know, we would let them know they're
13   generic.  They're not specific to their -- you know, to
14   their office, I guess, and that, you know, there may be
15   things in that document that wasn't configured because
16   they let us -- they told us that they don't use it, but
17   it was still -- it was still provided.

10:47   18       Q.   And did you ever -- for any clients, did you
19   ever update those manuals to be custom to their specific
20   implementation setup?

10:47   21       A.   No.   No, I wouldn't -- I wouldn't make
22   adjustments to the manual, but I did used to keep just,
23   like, a generic Word document, you know, letting them
24   know that, you know, you guys don't use this, you don't
25   use that, so that when they are going to maintain the

Talia N. Harrison - 1/19/2022

1    system after go-live, they would -- they would know that

2    that's not a setting they have to do when they bring a

3    new hire into the -- into the application.

10:48  4        Q.    Okay.  So you kept, like, a -- your own Word

5    document that you would give to the clients that would

6    let them know what wouldn't apply or what would apply?

10:48  7        A.    That is correct.

10:48  8        Q.    So we talked about how you would have weekly

9    check-ins with the client if that was something that

10    their budget -- had they budgeted for in their contract.

10:48  11            Did you ever have clients where you would

12    have more than just a weekly meeting, like, biweekly

13    meetings or multiple times a week?

10:48  14        A.    Not prescheduled, but maybe on demand.  If I

15    had a client that was, you know, a little more -- needed

16    a little bit more attention, I would have, you know,

17    multiple calls, just ad hoc calls, but not

18    predetermined, that I can recall.

10:49  19        Q.    And with that initial kickoff call you'd have

20    with the client to go over the questionnaire, how long

21    does that call usually last?

10:49  22        A.    Anywhere between an hour -- about an hour, hour

23    and fifteen minutes.

10:49  24        Q.    And other than training, did you ever travel

25    for other job duties?

Talia N. Harrison - 1/19/2022

10:49 1      A.    Yes.

10:49 2      Q.    What other job duties did you travel for?

10:49 3      A.    I -- I've been asked to travel with sales a

4  time or two.  They were going to do analysis or demos

5  with a potential client, and so I was asked to be there

6  just to kind of field any questions related to specific

7  functionality.  You know, the meeting would be the sales

8  team, and she would pretty much let me know when she

9  needed me to step in and assist with answering

10 questions.

10:50 11             There were times where I was sent for

12 other potential clients, myself and other Tyler

13 employees, to do analysis on, again, potential clients.

14 They just kind of wanted to know, you know, what options

15 and functionality they have in ExecuTime.  And it was

16 more just a formal meeting just to kind of go through

17 and answer questions that they had.  Yeah, I think

18 that's it.

10:50 19     Q.    And as far as you know, did other senior

20 project managers also travel with sales to potential

21 clients for these kind of, I guess, advising on

22 functionality purposes?

10:50 23     A.    As far as I know.  I do not know.

10:51 24     Q.    And this was -- was this something that you

25 were selected for because of your experience with

Talia N. Harrison - 1/19/2022

1    request it, and then management would come, come to me.

2              (Exhibit 2 marked.)

10:54  3      Q.    Okay.  I've shared what will be Exhibit 2 with

4    you.  Do you see that in front of you, Ms. Harrison?

10:54  5      A.    Yes, I do.

10:54  6      Q.    And do you recognize Exhibit 2?

10:54  7      A.    I do.

10:54  8      Q.    And is this a résumé that you had prepared?

10:54  9      A.    Yes.

10:54 10      Q.    And it looks like you prepared this while you

11    were still working at Tyler in the senior project

12    manager role.  Is that right?

10:55 13      A.    Yes.

10:55 14      Q.    I wanted to ask you about some of the bullet

15    points that you had included in this résumé.

10:55 16              Do you see about halfway down, on the

17    first set of bullet points under senior project manager,

18    there's one that starts with "Manages, monitor, and

19    motivates"?

10:55 20      A.    Yes.  Yes, I do.

10:55 21      Q.    Okay.  And it says, "Manages, monitor and

22    motivates the cross functional team assigned to each

23    project."

10:55 24              Who would -- who would be the

25    cross-functional team that you're referencing there?

Talia N. Harrison - 1/19/2022

10:55 1      A.    Sure.   So it would be the implementation
2    consultant that I'm working with; it would be the team
3    responsible for deploying the software to the servers;
4    it would be any technical contacts that are -- that are
5    helping with establishing the email configuration within
6    ExecuTime so that the email server talks to ExecuTime,
7    sends notifications.
10:56 8              The technical team would also assist with
9    time clock setup that needed to be done on a server so
10   that my IC could actually train on the time clock.   The
11   technical team would also assist with any type of
12   technical calls that we had to discuss server
13   specifications required for the installation of
14   ExecuTime, those type of things.   So it's typically
15   Tyler, Tyler teams.
10:56 16     Q.    Okay.   And that would consist of the
17   implementation consultant, the deployment team, and the
18   technical contacts?
10:56 19     A.    Correct.   And I would include management in
20   that as well because, you know, sometimes we would have
21   to get them involved if, you know, an installation
22   couldn't happen sooner, you know, as soon as we needed.
23   We would have to go to management for management to go
24   to the manager of, you know, those teams to kind of get
25   things pushed through.

Talia N. Harrison - 1/19/2022

10:57 1      Q.   And so when you said you managed the
2    cross-functional team, how would you be managing those
3    different groups?

10:57 4      A.   We're still managing the communication between
5    all groups so that we're all on one accord and can set,
6    you know, appropriate expectations.

10:57 7      Q.   And that would be all, I guess, with the
8    purpose of getting this implementation done, you know,
9    on schedule, within scope?

10:57 10     A.   That is correct.

10:57 11     Q.   What about "monitor and motivates"?  How would
12   you do that?

10:57 13     A.   So there were some times where we would have to
14   put tickets in to have things done.  And so I would
15   monitor the ticketing system to make sure that --
16   because when you initially enter a ticket, it's in
17   just -- in a pool with other tickets that have to be
18   assigned or pulled from that queue.  Excuse me.

10:58 19                And so I would just monitor to make sure
20   that that's happening in a timely manner and it's been
21   assigned to a representative, so that once it's assigned
22   to a representative, I know who I can go in and touch
23   base with as to when it will be completed.

10:58 24     Q.   And then what about the "motivates"?

10:58 25     A.   That would just come from, Hey, team, you know,

Talia N. Harrison - 1/19/2022

1    can -- it would be great if you can kind of get this

2    done by this date; the client has expectations of

3    such-and-such from sales.   You know, just trying to, you

4    know, just promote a healthy working team morale.

10:58   5       Q.   And you were often, I guess, out of that team,

6    the one that had the direct client contact, so you were

7    aware of what the client's expectations were as far as

8    progressing and the schedule?

10:58   9       A.   Exactly.

10:58  10       Q.   And then a couple of bullet points down -- it

11    looks like -- one, two, three -- the third bullet point

12    down from that one, there's a bullet point that says,

13    "Creates and delivers customized ExecuTime client

14    training sessions via the web and/or on-site visits to

15    ensure client satisfaction and product knowledge."

10:59  16           Do you see that?

10:59  17       A.   I do, yes.

10:59  18       Q.   How were the ExecuTime clients' training

19    sessions customized?

10:59  20       A.   Sure.   So just kind of going back to what I

21    mentioned earlier, it's just, you know, we have a list

22    of -- a template list of what's covered under each

23    training session, and then you're basically just

24    omitting whatever doesn't apply to the client.

10:59  25       Q.   And you would -- I think we talked about

Talia N. Harrison - 1/19/2022

11:01  1        Is that "internal staff" a reference to
2   Tyler employees as well?

11:01  3        A.   Yes, ma'am.

11:01  4        Q.   So the training you did, you did the client
5   training, but it sounds like you also trained Tyler
6   employees.  Tell me a little bit about the internal
7   training you did.  What would that have covered?

11:01  8        A.   Sure.  So usually it would be a specific
9   function.  It wouldn't be, like, an entire basic user
10  training or supervisor training.  If I was training a
11  new project manager, I'm kind of -- I'm training her
12  on -- you know, or training them on just processes here
13  and there.

11:01 14        What management would do would -- is
15  whenever we had a new project manager or IC, they would
16  schedule time for that new hire with each person on the
17  team, you know, just to kind of get acclimated with them
18  and see how they do things, because pretty much every
19  project manager did -- you know, kind of did their own
20  thing.

11:02 21        I mean, we all had templates and processes
22  and things like that, and, you know, we had a guide that
23  we had to follow, but there were some things that --
24  that we did differently, I guess you could say.  And so
25  it would just have other PMs or ICs that are new hires

Talia N. Harrison - 1/19/2022

1    shadowing myself.

11:02  2           And then management would also take the
3    new hires through a series of training, and they would
4    take -- you know, have them learn a small piece of
5    ExecuTime, and then the new hire would train management
6    on that.  And management would ask us to sit in and
7    critique the new hire, pretend that we were a client, so
8    as the new hire was going through training, we might
9    interrupt them and ask them a question or ask them to
10   clarify something just to kind of see how they would
11   handle that based on how we knew our clients respond to
12   us.

11:02  13      Q.   And so when it says "internal staff," you put
14   in parentheses there "new and existing."

11:03  15           So was it new hires and then also existing
16   Tyler employees that you would train?

11:03  17      A.   Yes.

11:03  18      Q.   Tell me about the existing Tyler employee
19   training you would do.

11:03  20      A.   Sure.  So when new functionality came out,
21   there will be times where management would assign, you
22   know, that new functionality to anyone on the team to,
23   you know, get to know it and train the rest of the team
24   on it.  So it would be, like, new functionality or --
25   pretty much that's all it was, would be new

Talia N. Harrison - 1/19/2022

1    functionality.

11:03  2        Q.    So can you give me an example of maybe a new

3    functionality that you learned and then trained other

4    teammates on?

11:03  5        A.    Sure, I can.  So there was -- let me see the

6    best way to explain this.  So in the payroll processing

7    part of ExecuTime use, they added a feature that was

8    called "adjustments," so that once they ran the move to

9    payroll, they moved the hours out of ExecuTime into

10   payroll, there was a new adjustment tab that was added

11   to the payroll functions portion of ExecuTime, so that

12   if -- let's say during the move to payroll process, you

13   identify a minor change that -- that needed to be made

14   before you move the hours.  So, for example, you put in

15   vacation, and it should have been sick time.

11:04 16             Well, through the adjustment feature, you

17   would be able to go in, make that change to the pay type

18   that was used, from vacation to sick.  And then through

19   that adjustment functionality, you would be able to say

20   whether you want to go ahead and mark that one

21   transaction as processed, that you really technically

22   already moved the hours for that pay period, or if you

23   want to move that -- that transaction again from

24   ExecuTime into payroll.

11:05 25             And that was something that I --

Talia N. Harrison - 1/19/2022

1    management wrote a modification on.  Dev developed it.
2    They asked me to review it and -- you know, just to make
3    sure it made sense.  And then once it was rolled out
4    into the application, I was asked to train on it.
11:05   5        Q.   Okay.  So you kind of, like, reviewed it to see
6    if there were any bugs in it first.  And then once that
7    was cleared, you trained on it?
11:05   8        A.   So more so reviewed it to make sure that --
9    well, I guess you can say bugs, but just to see if I ran
10   into any hiccups.  And, more so, just making sure that
11   the process makes sense, like, you know, the -- you
12   know, from a -- from a client standpoint, the
13   functionality made sense.
11:05  14        Q.   And so then when you trained other
15   implementation team members on the new functionality,
16   what would that look like?  Would they -- you just set
17   up, like, a virtual training with them and walked
18   through how they could use it so they would be able to
19   train on it with their clients?
11:06  20        A.   Correct.  It would be like a 30-minute call, if
21   that.
11:06  22        Q.   And when these new functions would come out,
23   would that impact the -- the implementation timeline?
11:06  24        A.   Not at all, because it may not even be
25   applicable to the clients that we're implementing.  I

Talia N. Harrison - 1/19/2022

1    mean, I -- I maintained anywhere from 19 implementa- --

2    19 to 23 implementations at a time.  It may or may not

3    impact the existing clients or the current clients that

4    I was working on.  It was more so just knowledge share.

11:06   5          You know, we wanted to always have

6    knowledge sharing going on amongst the team and making

7    sure that everybody knows what's available, what's new

8    and -- you know, new to the software, so that as they're

9    training clients, they can incorporate that into their

10   training sessions.

11:07  11      Q.   And in the next bullet point down, you said,

12   "Continuously consults with Stakeholders regarding their

13   specific company operations in order to recommend best

14   utilization and customization of ExecuTime

15   configuration."

11:07  16          What recommendations would you be making

17   regarding utilization and customization of ExecuTime?

11:07  18      A.   Sure.  So as we're configuring security roles,

19   so when you build a -- or security permission role in

20   ExecuTime, you typically want to, you know, try as best

21   you can to encompass security setup based on a group of

22   individuals, so that if you have 200 employees, you

23   don't want to have to create 200 security roles to

24   accommodate how they're going to use ExecuTime.

11:08  25          You would -- the preference would be to

Talia N. Harrison - 1/19/2022

1   create a security role, and that one security role would
2   be applicable to multiple users, so that once you create
3   that role, you can go into the user profile, assign that
4   security role, and, you know, that knocks out, you
5   know -- I don't know -- 30 of your users.  And then you
6   may have to create another security profile that matches
7   how the next 30 or 25 users are going to use ExecuTime.
11:08  8           So it's basically making recommendations
9   on what ExecuTime could do for them so that they're
10  setting it up in a way that it won't become a
11  maintenance nightmare, so to speak.
11:08  12      Q.    Gotcha.
11:08  13           Other than the security setup, are there
14  other examples of recommendations with respect to
15  utilization or customization of ExecuTime configuration
16  that you would make?
11:08  17      A.    Uh-huh.  There were other areas of the
18  application that held the same type of -- based on how
19  you set the system up in reference to the available
20  functionality is going to determine what it's going to
21  take to maintain the system going forward, as you have,
22  you know, people terminate or new hires come in or
23  rehires or whatever the case may be.
11:09  24           So a lot of the recommendations would be,
25  Okay, based on what I'm hearing, this group of employees

Talia N. Harrison - 1/19/2022

1    system.  And so then we would put a ticket in, and we

2    would put specifics in that ticket as to when we would

3    need that task completed by.

11:12   4         And then usually they would communicate

5    back if they weren't going to, you know, be able to make

6    that date, or if they could pull it forward.  You know,

7    they wanted to verify that was okay.

11:12   8         But, yeah, it would be primarily emails,

9    or we would use the Jira ticketing system.

11:12  10    Q.    And when you said "assigning responsibilities,"

11    what does that look like?  Is that you telling the

12    implementation consultant what part of the project

13    they're going to take on, or what exactly?

11:12  14    A.    Yep, it would be that.  You know, yeah,

15    exactly, because even with, like, time clocks, you know,

16    you know, we would have to specify -- Okay, you know,

17    technical team's going to do the server setup and make

18    sure that one clock is up and running, and then, you

19    know, you're responsible for making sure that you train

20    for that one clock and that IT knows how to go in and

21    set up the remaining clocks.

11:13  22         So, you know, again, based on the number

23    of hours in the contract, we may have -- there are

24    some -- in some cases, we would do a lot of setup for

25    the client.  But if it was a smaller client or they

Talia N. Harrison - 1/19/2022

1    purchased smaller hours, then I would work with the IC

2    to help them understand that, Okay, since we have a

3    smaller budget to work with, these are things that

4    you'll do, and then this is what you need to try to push

5    to the client in order to, you know, make sure that we

6    don't exceed the budget or have to go back and ask for

7    additional time.

11:13  8        Q.   And then the second complete bullet point on

9    this second page, it says, "Efficiently and competently

10   manages problems, changed requirements, missed

11   deadlines, etc."

11:13  12            What problems would you be managing?

11:14  13       A.   If something was missed.  If, you know, a

14   technical call didn't take place and, you know, they

15   didn't understand that they were supposed to have

16   something completed by a certain date.  Usually I would

17   have to go back and communicate that back to management

18   so that -- you know, that management could work with the

19   manager of the team that would actually complete that

20   task to see if we can get it pulled forward or, you

21   know, get it done.

11:14  22            If the user -- I'm sorry, the IC got in

23   and started doing training, and, you know, they were

24   receiving errors all over the place or deadlocked, you

25   know, messages or something like that, I would have to

Talia N. Harrison - 1/19/2022

1   communicate that back to technical teams and management

2   to work through those issues.

11:14   3           You know, there's been times where we got

4   on the phone to do training and it's obviously the

5   client isn't paying attention.  So just things of that

6   nature.

11:15   7       Q.   So it sounds like, you know, there's a variety

8   of different problems, and depending on what the problem

9   was, you might have to loop in a different person to

10   help resolve that problem.  Sometimes it might be

11   management; sometimes it might be tech support, it

12   sounds like.

11:15   13       A.   That's correct.

11:15   14       Q.   Is that fair?

11:15   15       A.   Yes.

11:15   16       Q.   Okay.  And then you said "changed

17   requirements."  What were -- what are you referring to

18   by "changed requirements"?

11:15   19       A.   That would be, you know, if a client were to,

20   you know, go from wanting -- go from the web-based

21   trainings to on-site training, or if they're requesting

22   additional time for training because they want us to

23   train their users.  So it would be changes to the

24   solution design.

11:15   25           So, typically, once they signed off on

Talia N. Harrison - 1/19/2022

1    implementation assigned to you, I guess, selecting the

2    IC to work through that implementation with you?

11:17  3        A.    No.  I had an assigned implementation

4    consultant.  And so I -- that was the only

5    implementation consultant that I was -- that I was

6    booking for.  That was the only resource that I would --

7    that I would, you know, schedule for as far as

8    implementation consultants.

11:17  9        Q.    So what was -- oh, I'm sorry.  Go ahead.

11:17 10        A.    No, that's okay.  Go ahead.

11:17 11        Q.    So what would happen if the implementation

12   consultant that you typically worked with was not

13   available to take on a new project or maybe didn't have

14   the experience to handle the implementation?

11:17 15        A.    In most cases, I would fill in.  If I wasn't

16   able to fill in for whatever reason, then at that point

17   we would go to management, and management would talk to

18   other project managers to see if their ICs had any

19   flexibility.

11:18 20             And a lot -- in a lot of cases, especially

21   during that specific -- you know, the specific time

22   frame that we're talking about, they -- we had a lot of

23   new people.  So it was kind of easy to pull in someone

24   else because it was an opportunity for them to test what

25   they'd been learning and then also kind of get their

Talia N. Harrison - 1/19/2022

```
 1    one of these other ICs that had been borrowed be mixed
 2    into those 20 different projects?
11:19  3    A.    Yeah, for me, it was always the one IC.
11:19  4    Q.    Can you think of an instance where you had to
 5    pull another IC in from a different project manager?
11:19  6    A.    I cannot, huh-uh.
11:19  7    Q.    Did you ever request one?
11:20  8    A.    Honestly, I don't remember.
11:20  9    Q.    And when you say there that you ensured
10    resources are sufficient, what are you referring to by
11    that?
11:20 12    A.    Pretty much just making sure that -- you know,
13    whatever the timeline we were producing, that we had the
14    appropriate resources available for the dates that are
15    outlined in the timeline.
11:20 16    Q.    And so that would be, you know, staffing
17    appropriately as well?
11:20 18    A.    Yes.
11:20 19    Q.    This next bullet point, you say, "Assists with
20    onboarding process for new hires through recruiting,
21    interviewing and hiring."
11:20 22          Explain to me a little bit, I guess, about
23    your role in the recruiting process.
11:20 24    A.    Sure.  So in the recruiting process, I --
25    during my time at Tyler, I referred, and they hired,
```

Osteen & Associates Reporting Services
817-498-9990

Talia N. Harrison - 1/19/2022

1    gosh, probably seven -- seven to nine employees.  So

2    recruiting would be actually just more so, you know,

3    people that I worked with in the past that were looking

4    for different -- new opportunities.  You know, I sent

5    their résumé on to management for consideration.

11:21  6        Q.   Do you remember who specifically you recruited

7    to Tyler?  I know we talked about Ms. Greene.

11:21  8        A.   Yeah.  Ms. Greene, Latisha Harrison, my sister;

9    Jim McMain.  There was a Nichole -- or Nichole Schrader

10   (phonetic).  She's no longer with Tyler.  There was a

11   Krista Bailey.  She's no longer with Tyler.  I'm trying

12   to think who else.  So maybe it was five employees.  I

13   feel like there was more, but I can't think of the

14   names.

11:22 15        Q.   When you said you would interview new hires,

16   tell me about that and your responsibility there.

11:22 17        A.   Sure.  So usually anytime management had, you

18   know, done the first, initial interview, if it was

19   someone that they felt would be a good fit, they would

20   ask the team to do a team interview with that candidate.

21   And they would provide a -- they provided a list of

22   questions to help facilitate and drive conversation with

23   the new hire.

11:22 24             And so we would kind of do a roundtable

25   with myself and other project managers, and even in some

Talia N. Harrison - 1/19/2022

1    cases, implementation consultants, where we would spend

2    about 30 minutes just getting to know the candidate,

3    trying to get a feel for whether they would be a good

4    fit or not.

11:23    5         Q.    And then after you had this roundtable with the

6    candidate, would you provide your recommendation as to

7    whether to hire or not to management?

11:23    8         A.    Not a recommendation.  It would be -- they

9    would ask us to -- of the candidates that we

10   interviewed, they would ask us to put them in order as

11   to who we would choose or who we would like to see join

12   the team.  You know, put them in order based on, you

13   know, who we liked the most, second most, third --

14   third, that type of thing.

11:23    15        Q.    And would you provide any explanation, or was

16   it just, like, a strict, like, one through four?

11:23    17        A.    I would probably provide feedback, because we

18   would have them do, like, a -- like, train us on

19   something.  So I may say something, like, you know, they

20   seemed to do well under pressure; or they -- you know,

21   she was very organized; or, you know, when they were

22   doing the presentation, they weren't moving the mouse

23   all over the screen.  So, you know, those are good

24   indications of a -- or, I guess, indications of a good

25   trainer, I would say.  So, yeah, sometimes I would

Talia N. Harrison - 1/19/2022

1    provide some feedback.

11:24    2         Q.   And then when you say you assisted with hiring,
3    tell me about what you did there.

11:24    4         A.   So with hiring, well, that would probably be
5    the -- that would be the feedback that I'm -- that I'm
6    providing, is that, you know, this person ranked one;
7    this would be my second choice; this would be my third
8    choice.  Management would collectively review everyone's
9    responses and then make a decision.

11:24    10        Q.   And so this bullet point that is three down
11   from the last one we were looking at says, "Analyzed,
12   provided recommendations, documented and tested system
13   feature enhancement with Tyler-ExecuTime Director in
14   Product" -- or "Tyler-ExecuTime Director of Product
15   Strategy & Operations."

11:24    16             Tell me about what your responsibilities
17   were with respect to this bullet point.

11:25    18        A.   Sure.  So clients would submit enhancement
19   requests all the time as to how they would like to see
20   the software function a little differently, and so
21   management would create modification definitions, you
22   know, if it was one that's accepted, whether it's, you
23   know, Hey, this is a great modification for all of our
24   clients; we're going to add it, no problem, but it will
25   be -- you know, whenever; or there were some times

Talia N. Harrison - 1/19/2022

1    where, you know, some clients had more pull than others,

2    and so we would -- they would pay to have modifications

3    added to the software.

11:25  4              And so occasionally management would ask

5    us to kind of review those modifications and, again, you

6    know, get in the system, play with the feature, test it,

7    you know, make any recommendations, if needed.

11:25  8              So, for example, the adjustment

9    modification that we spoke about, that was initially a

10   client request.  And it was one of my clients who

11   requested that functionality, so management ultimately

12   asked me to review it based on my understanding of what

13   the client was requesting and just provide, you know,

14   any feedback, if any.  That may have happened, you know,

15   once or twice.

11:26  16        Q.   Did you provide any feedback about the

17   adjustment feature after you had looked at it?

11:26  18        A.   Yeah.  I remember that one specifically.

19   There -- there -- I didn't run into any issues, and I --

20   and I loved it.  I think the only thing I responded was

21   that it works great and it was going to be a game

22   changer.

11:26  23        Q.   So what would reviewing that feature entail?

11:26  24        A.   Sure.  Just going through the modification

25   definition and then logging into ExecuTime.  You know,

Talia N. Harrison - 1/19/2022

1    you wouldn't -- you wouldn't really be able to modify

2    that on that single transaction.  You would actually

3    have to build five different time-off requests.

11:28  4              And there was a feature written to where

5    once you create that, it would create a breakout of each

6    day.  So then you could go in and modify whatever day

7    you needed to modify.  Maybe you were taking a half day

8    on Wednesday; but Monday, Tuesday, Thursday, Friday,

9    you're taking a full day off.  So that would be the

10   other feature.

11:28  11     Q.    And do you recall what you did to review that

12   one?  Was it similar?  Just going -- logging in and

13   testing it and playing around with it as a beta user?

11:28  14     A.    Yes, that's correct.

11:28  15     Q.    And did you have any feedback for management

16   after you reviewed it?

11:28  17     A.    No.  Just, again, that I felt like it was, you

18   know, pretty slick and it was going to be a game changer

19   for a lot of our clients.

11:28  20     Q.    So in this next bullet point, you say,

21   "Identified and escalated incidents to development

22   and/or management when needed."

11:29  23     A.    Uh-huh.

11:29  24     Q.    So when you say "when needed," were there

25   certain, I guess, incidents that you felt like shouldn't

Talia N. Harrison - 1/19/2022

1    need to be escalated because you could resolve it

2    individually or -- I guess, kind of tell me about when a

3    certain incident would need to be escalated versus not.

11:29 4       A.   Sure.  So when the issue is reported, if I

5    could go into our ticketing system and find an

6    enhancement request, or maybe that issue has already

7    been reported by another PM or IC, or even through

8    support -- maybe it's a known issue -- then I wouldn't

9    have to escalate it.  I would just add the client that

10   I'm working with that's having the same issue to that

11   ticket so that when the issue is resolved, I would be

12   notified to schedule an upgrade for the client so they

13   could receive the fix.  If I couldn't find a ticket,

14   then at that point I would put the ticket in and

15   escalate it.

11:29 16      Q.   So these incidents that you're referring to

17   here, are these all kind of, I guess, like, technical

18   incidents or ...

11:30 19      A.   Yes.  Usually, it's -- yeah, definitely.  It's,

20   you know, the system -- the client's working with the

21   system.  They're receiving an error, or, you know, the

22   functionality isn't working as expected.  Those would be

23   the incidents I'm referring to.

11:30 24      Q.   And were there instances where, you know, a

25   client was receiving an error message and you were able

Talia N. Harrison - 1/19/2022

1    to talk through it with the client and figure out maybe

2    they had, like, done something wrong in how they were

3    using the software, so you were just able to talk them

4    through, you know, how to actually use it appropriately

5    to resolve that error message?

11:30   6        A.   Yes, definitely.  Usually it was just a

7    misconfiguration within the application.  There were --

8    you know, as dev, you know, discovered other things, you

9    know, they would produce documentation on -- Hey, you

10   may -- your client's on this version and service pack of

11   ExecuTime, and they're using shift differential.  Please

12   note that there's a known error, or whatever.

11:31   13            And same thing with, like, workloads.

14   They may say, you know, If your client receives this

15   error, you have to go into the server and restart the

16   services, or, you know, they would have already

17   documented the steps to resolve that issue as a

18   temporary work-around.

11:31   19       Q.   So sometimes you would be able to consult these

20   development documents, I guess, and see what was causing

21   the error message for the client.

11:31   22            And then I guess sometimes was it just

23   kind of, like, common sense; you knew based on your

24   experience with ExecuTime, they just needed to do

25   something differently?

Talia N. Harrison - 1/19/2022

11:31  1      A.    That's correct, yes.

11:31  2      Q.    So this next bullet point, you said, "Analyzed,

3   recommend and document system development priorities for

4   new ExecuTime features and change requests submitted by

5   customers."

11:31  6             What are you, I guess, referring to when

7   you say "document system development priorities"?

11:32  8      A.    So a lot of times when we would report issues

9   that were coming up, they would have to be, you know,

10  worked on by development.  The product owner who --

11  Hillary, who at one point was my supervisor, became the

12  ExecuTime product owner as well, so she worked directly

13  with the development team on issues that we were

14  reporting back that required development's help.

11:32 15             And so a lot of times she and other

16  managers would ask us, you know, what's the client's

17  temperament?  Where do we feel the priority level is?

11:32 18             And, you know, they'd pretty much ask us

19  so that they would know how to go back and kind of put

20  things in order based on priority and how that

21  particular issue was going to impact the implementation.

22  If it was a showstopper for the client, you know, then

23  management would have to definitely get involved and see

24  if they can get development on that issue sooner than

25  later.

Talia N. Harrison - 1/19/2022

11:32   1      Q.    Okay.   So when you said "analyzed, recommend

2    and document," it's kind of assessing of the client

3    priority with the issue and the impact it would have on

4    the implementation?

11:33   5      A.    Correct.

11:33   6      Q.    And then a couple of bullet points down,

7    there -- it looks like just a couple, yeah -- two down,

8    it says, "Responsible for identifying and analyzing user

9    requirements, procedures, and problems to improve

10    workflow."

11:33   11          What -- what are you referring to in that

12    bullet point?

11:33   13      A.    Sure.   So as we're working with the clients, if

14    we -- you know, as we're working with them, just based

15    on our experience, if they -- I don't even know how to

16    word this.   I guess just kind of like when we go on-site

17    and do analysis and clients -- we're showing them what

18    ExecuTime can do.   And as we're doing that, we're having

19    conversations with the client, and they're telling us,

20    Well, this is how we do things.

11:34   21          And so we're coming back and saying, Okay,

22    well, you know, to get the system to do what you're

23    asking and to automate this process, you know, these are

24    the configuration changes that we're going to have to do

25    in ExecuTime, and this is how we're going to have to

Talia N. Harrison - 1/19/2022

1    split employees into different groups so that we can

2    configure the application to function, you know, the way

3    that it needs to based on their classification.

11:34   4    Q.    Okay.  So --

11:34   5    A.    And a lot of times -- I'm sorry.

11:34   6    Q.    No, go ahead.  Go ahead.

11:34   7    A.    Well, no, I was just going to say, a lot of

8    times, you know, that would cause the client to have to

9    go back and do some reengineering of their business

10   processes, which was to be expected.  Most of our

11   clients came from paper timekeeping.  And they were

12   going to electronic, so changes would have to be made,

13   and they recognized that.

11:34   14   Q.    So "analyzing user requirements" would refer

15   to, I guess, kind of learning about the client's

16   business and processes, and it's applying your knowledge

17   of ExecuTime to under- -- to explain to them how it

18   would work with their specific protocols and policies?

11:35   19   A.    Correct.

11:35   20   Q.    And then sometimes that would result in the

21   client needing to change certain, I guess, procedures

22   they had?

11:35   23   A.    Yes, that is correct.

11:35   24   Q.    Can you think of a specific instance where a

25   client had to go back and change a policy or procedure

Talia N. Harrison - 1/19/2022

1    based on your discussions with them?

11:35  2        A.    I mean, I can't think of a specific time, no,

3    but, I mean, it would -- it would happen all the time

4    just because, again, you know, what their expectations

5    of the software are doing versus what ExecuTime could

6    actually do.   That was a continuous, repetitive

7    conversation that we would have with clients, and they

8    would have to make adjustments accordingly.

11:36  9        Q.    But you can't recall any specific adjustments

10    that clients had to make?

11:36  11        A.    Well, I mean, the specific adjustments would

12    have to be the classification of the security roles and

13    things that we spoke about earlier.

11:36  14        Q.    But that's stuff you're doing on Tyler's side.

15    Is there anything that you're aware of that clients had

16    to go do on their side after you had those conversations

17    with them?

11:36  18        A.    Oh, I see what you're saying.   I'm sorry.   I

19    see what you're saying.   Okay.   Let me think about this

20    for a second.

11:36  21              I mean, the only thing I could really

22    think of is, like, if the client was expecting to be

23    able to require a certain group of employees to do

24    manual entry or clock in and out and then later realized

25    that -- because they actually have to have access to a

Talia N. Harrison - 1/19/2022

1    computer or a time clock.  And these users work in the

2    field.  They don't report to an actual location.

11:37   3                   They would have to go back and say, Okay,

4    never mind.  You guys are not going to clock in and out

5    with a manual entry.  We're going to prepopulate a time

6    card for you.

11:37   7                   And then at some point, you know, within

8    the two-week or the one-month pay period, whatever the

9    case may be, the user would have to make sure that they

10   access the application at least one time and approve the

11   time card.

11:37   12                  So I guess to summarize, you know, making

13   changes based on how they're expecting to do time entry

14   for certain groups.

11:37   15   Q.    Any other changes you can think of that clients

16   have to make?

11:37   17   A.    Well, they -- yeah, they would make changes to

18   when they run payroll, because, again, you know, they

19   were used to having paper time cards, and they had a

20   timekeeper or someone that manually went in there and

21   keyed everyone's time, verified it, to now having an

22   automated process.

11:37   23                  So instead of having to do the payroll

24   processing, you know, by Monday at 12 a.m., they were

25   able to extend that a little bit more because everything

Talia N. Harrison - 1/19/2022

1    was electronic.   But that would be it.

11:38  2         Q.    The next bullet point, it talks about analysis

3    you did for City of Buffalo, New York, Public Safety.

11:38  4              And I think -- is that analysis what we

5    were talking about earlier where you did the demo with

6    sales?

11:38  7         A.    That's the one --

11:38  8         Q.    I know --

11:38  9         A.    Yeah.   The demo with sales, that was -- I think

10   that was Troy, Michigan, we went to.   This instance at

11   Buffalo was when myself and a Tyler -- another Tyler

12   project manager went on-site and sat down roundtable

13   with the team and discussed just, you know, what

14   ExecuTime offers and -- as far as functionality and

15   whatnot.

11:38  16             They threw scenarios at us, and we talked

17   through -- spoke through how we can -- how we could

18   accommodate that in ExecuTime and whether it would be

19   something we can automate or not.

11:39  20        Q.    And then with the "Assists sales team as aid

21   during multiple sale demos onsite as well as over the

22   phone," that's what we were talking about earlier where

23   you said it was Troy, Michigan?

11:39  24        A.    You got it.   And there were --

11:39  25        Q.    Okay.

Talia N. Harrison - 1/19/2022

```
 1   Where -- I'm sorry.  Where are you seeing "supervising"?
 2        A.   So I -- maybe it's not referring to the project
 3   manager.  But right under where it says "Travel: 50%"
 4   and then "Job Description," in that second line under
 5   "Job" -- it says "and allows supervisors to closely
 6   manage overtime, job costing."
 7              Oh, I guess it's talking about the
 8   ExecuTime solution.  I'm sorry.
 9        Q.   Okay.  Yeah, that's what I understand --
10        A.   Okay.  My apologies.  Then, yes.
11        Q.   Okay.  So Exhibit 3 is an accurate reflection
12   of the job duties you had as a senior project manager?
13        A.   Yes.  From what I can tell, yes.
14              (Exhibit 4 marked.)
15        Q.   I've shared with you what is -- can you see the
16   Exhibit -- or I guess it's an email titled
17   "Implementation Checklist."  Do you see that?
18        A.   Yes.
19        Q.   So we'll mark that as Exhibit 4, and I'll let
20   you take a look at it.  Let me know, after you've had a
21   chance to look at it, if you recognize it.
22        A.   Okay.  Would you mind zooming back in?
23        Q.   Oh, okay.
24        A.   It made it a little --
25        Q.   Is that better?
```

Talia N. Harrison - 1/19/2022

1    in."
11:58  2         A.    Uh-huh.
11:58  3         Q.    Who was Trey, or who is Trey?
11:58  4         A.    Sure.  Trey Griffin [sic] was my implementation
5    consultant at that time.
11:58  6         Q.    Okay.  And then in that second paragraph, the
7    second sentence says, "Not sure if this will be useful
8    or not but I thought I would send it to you.  Meredith
9    expressed the same concern during my one on one with
10    her."
11:58 11         A.    Uh-huh.
11:58 12         Q.    Who is Meredith?
11:58 13         A.    Meredith was another project manager during
14    that time.
11:58 15         Q.    And you said you had a one-on-one with
16    Meredith.  What was the one-on-one meeting that you had
17    with her?
11:59 18         A.    Sure.  Meredith was a new project manager.  And
19    so management would set up, you know, quick, 30-minute
20    meetings for us to kind of touch base, for her to ask
21    any mentoring-type questions she has from a project
22    management perspective.
11:59 23         Q.    How often did you have one-on-ones with
24    Meredith?
11:59 25         A.    I don't recall.

Osteen & Associates Reporting Services
817-498-9990

Talia N. Harrison - 1/19/2022

11:59  1      Q.   Was it more than just the one reference in this
       2  email?
11:59  3      A.   Meredith didn't last very long.  She didn't
       4  stay very long.  So it might have been one other time,
       5  but I don't -- I really don't recall.  She wasn't there
       6  for long.
11:59  7      Q.   Did you have one-on-one meetings with other new
       8  project managers?
12:00  9      A.   Not necessarily scheduled.  Like, in passing,
      10  you know, we might chitchat about projects.  I'm trying
      11  to think.  There was another -- I think her name was
      12  Stephanie.  She was another new project manager.  So I
      13  may have met with her once or twice.
12:00 14      Q.   And so scrolling down here, it looks like this
      15  is a list that you had put together of the various, I
      16  guess, milestones or actions that would occur during an
      17  implementation?
12:01 18      A.   Yes.
12:01 19      Q.   Did you say yes?
12:01 20      A.   Yes.  I'm sorry.  Yes.
12:01 21      Q.   What was the purpose for you putting this list
      22  together?
12:01 23      A.   So that Trey would know, you know, what he
      24  could work on simultaneously instead of, you know, move
      25  to the next task once another task had been completed.

Talia N. Harrison - 1/19/2022

1   Usually there were multiple tasks that needed to be, you
2   know, working simultaneously in order to meet the
3   implementation timeline.  And we were having issues
4   with --

12:01   5        Q.   And then --

12:01   6        A.   Uh-huh, yeah, we were having issues with balls
7   being dropped, so I was trying to help.

12:01   8        Q.   So you created this to kind of give Trey some
9   additional guidance as to what he should be doing, when,
10   essentially?

12:01   11        A.   Yes, ma'am.

12:01   12        Q.   And it looks like -- scroll down -- parentheses
13   before each item, and it's got "PM" and then "IC."  And
14   I'm assuming "PM" is for project manager.  So that would
15   be a duty that you would be responsible -- responsible
16   for.  And then "IC" would be implementation consultant.
17   And those would be the duties that they were responsible
18   for?

12:02   19        A.   Yes.

12:02   20        Q.   And then it looks like there's, like, these
21   bars in here between different parts of it.

12:02   22        A.   Uh-huh.

12:02   23        Q.   What was the purpose of putting that bar in
24   there?

12:02   25        A.   Just to kind of separate or lump those tasks

Osteen & Associates Reporting Services
817-498-9990

Talia N. Harrison - 1/19/2022

12:04  1        A.    Yes.

12:04  2        Q.    And then down here, we have "Timeline and

3    Integration Approval."  Again, that's, I guess, the

4    implementation timeline we've been talking about that

5    the client signs off on?

12:04  6        A.    Yes.

12:04  7        Q.    And then here, there's this "Go Live Checklist

8    and Milestone signatures."  I don't think we've talked

9    about that.

12:04 10             Can you tell me a little bit about that

11    responsibility?

12:04 12        A.    Sure.  So the go-live checklist is a checklist

13    that -- it's a checklist template that we would provide

14    to the client for them to kind of go through and make

15    sure that they've, you know, tested various

16    functionality throughout the application to ensure

17    they're ready for go-live.

12:04 18             We would also require milestone

19    signatures.  So the milestones were built into the

20    timeline template so that as we reach different phases

21    of the implementation, a/k/a milestones, we would have

22    to obtain sign-off before we would move to the next

23    grouping of milestones.

12:05 24        Q.    Did you have issues where a client wouldn't

25    sign off on different milestones?

Talia N. Harrison - 1/19/2022

12:05 1      A.    Yes.

12:05 2      Q.    And why would that be?

12:05 3      A.    It would be a decision of theirs, that they --

4      you know, maybe they didn't feel comfortable with

5      training; they feel like they need more time for

6      testing; they're not happy with functionality that's not

7      available in ExecuTime.

12:05 8      Q.    And so what would be your response as a project

9      manager?

12:05 10     A.    To -- to work with management on -- on how --

11     on a resolution for that.   If they're not happy with

12     training, you know, offering other options; or, you

13     know, if there's an enhancement request that they want

14     put in place in order to go live, you know, working with

15     management on solutions to those issues.

12:06 16     Q.    Okay.   And then you would relay, I guess, the

17     solutions or make sure they're carried out so that the

18     client could, I guess, proceed with the different

19     milestones and get their sign-off?

12:06 20     A.    Yes.

12:06 21     Q.    And then this next item below is "Write payroll

22     export design and assign to Dev," which I assume is

23     development.

12:06 24            Tell me a little about what you would be

25     doing with that responsibility.

Talia N. Harrison - 1/19/2022

1    we -- we always gave the client two instances -- two or

2    three instances of ExecuTime.  And so everything is, you

3    know, configured, trained -- whatnot, in training.  And

4    then we would have to establish a production cutover,

5    basically meaning that we're going to take all of our

6    configuration from the testing instance and put it into

7    the production instance.  And, you know, at that point,

8    that's when we're expecting the client to go live.

12:08  9    Q.  So what would be your responsibilities during

10    that phase?

12:08  11    A.  Just to make sure that the client signed off on

12    the milestones and they've signed off on all their

13    trainings; they have, you know, any type of recordings

14    that were promised; they feel comfortable and confident

15    with moving forward.

12:08  16           And then once that's then established, I

17    would just -- I would create a ticket for our technical

18    team and basically let them know what date we're

19    expecting everything to be copied to production.

12:09  20    Q.  And then this next item is "Schedule Transition

21    to Support Call."  What's that?

12:09  22    A.  During that time, myself, the client, Jamie or

23    Hillary, and then the customer support manager, we would

24    all get on a call, and the managers would talk to the

25    client about -- primarily, the support manager would

Talia N. Harrison - 1/19/2022

12:11 1      Q.   So what would you have to do when you were
2    closing out all PSA tasks?
12:11 3      A.   Just close -- close out the tasks so that we
4    can no longer add billing against it or, you know, add
5    hours against it.
12:11 6      Q.   So after you sent this checklist to Jamie, what
7    happened with it?
12:11 8      A.   I think we just -- if I remember, we just kind
9    of -- we counseled Trey on some of the things that we
10   were running into and just -- you know, she'd met with
11   him and just, you know, kind of let him know that, you
12   know, these are the things that we're running into and
13   what's causing delays in the implementation and, you
14   know, that -- honestly, I'm trying to remember.
12:12 15            I don't know if we met with him or if
16   there was an email that was sent.  But, basically, we
17   just worked with Trey on, you know, better
18   understanding, you know, what things he can work on
19   simultaneously versus, you know, which ones were
20   dependent on another.
12:12 21     Q.   Was this document shared with any of the other
22   implementation consultants?
12:12 23     A.   I believe Jamie did share it.  I'm not -- or --
24   I don't know.  I don't remember if she shared it or if
25   she updated the tasks.  I think that's what it was.

Talia N. Harrison - 1/19/2022

12:15  1      Q.   And then over in this Client Resources column,
       2  there's different -- or, sorry, ExecuTime Resources
       3  column, there's different options, it looks like.
12:15  4           Would you have determined which resources
       5  associated with each task?
12:15  6      A.   No.   That was part of the template.
12:15  7      Q.   So is there a reason that -- scroll through it.
       8  This one, the project manager is listed primarily for
       9  most of the tasks.
12:16 10           Is that typical?
12:16 11      A.   It's not.   So -- well, wait a minute, because I
      12  can't remember when Palm -- when Palm Desert was
      13  implemented.   For some reason, I feel like that was
      14  prior to the time of acquisition.   And when I first
      15  started with ExecuTime, the PM was the IC.   So we did
      16  everything as far as managing the project, the timeline,
      17  on-site training, Windows training and everything.   So
      18  that might be why.   I don't recall when this client was
      19  implemented.
12:16 20      Q.   So who had access to this document other than a
      21  project manager?
12:16 22      A.   Management would have access to it, and the
      23  client would have access to it.
12:17 24      Q.   Did implementation consultants have access to
      25  it?

Talia N. Harrison - 1/19/2022

12:17  1        A.   Oh, yes.  I'm sorry.  Yes.  At the time when we

2   actually had implementation consultants, yes, they were

3   provided a copy.

12:17  4        Q.   I think we talked about earlier how ExecuTime

5   was acquired in June of 2016.  And it looks like the

6   dates in this project plan are 2017.

12:17  7        A.   Uh-huh.

12:17  8        Q.   Was it -- was it your understanding that in

9   2017, 2018, they still hadn't broken out the project

10   manager and implementation consultant role?

12:17 11        A.   Yeah.  If it was -- yeah, I want to say it was

12   getting closer to that 2018 year that they started

13   breaking that role out, if I'm not mistaken.

12:18 14        Q.   So there's this tab down here labeled "Imp

15   Billing," which I --

12:18 16        A.   Uh-huh.

12:18 17        Q.   -- assume is for "implementation billing."

12:18 18        A.   Uh-huh.

12:18 19        Q.   Do you see that screen in front of you?

12:18 20        A.   I do.

12:18 21        Q.   And it looks like there's various individuals

22   listed under the "Completed By" column.

12:18 23        A.   Uh-huh.

12:18 24        Q.   Hillary, yourself, and Trey.

12:18 25        A.   Okay.

Talia N. Harrison - 1/19/2022

12:18  1      Q.    We established earlier that Trey was an
2      implementation consultant; is that right?
12:18  3      A.    That is correct.
12:18  4      Q.    So it looks like Trey would have been working
5      on this implementation?
12:18  6      A.    Yes, I agree.
12:18  7      Q.    And so where -- were you responsible for, I
8      guess, managing this tab of the spreadsheet where there
9      was a breakdown of hours?
12:19 10      A.    Yes.
12:19 11      Q.    And how would you do that?
12:19 12      A.    So ...   Gosh, I don't even -- primarily, going
13      through the Jira tickets and just confirming.  So as you
14      work the tasks -- a task in Jira, you would, you know,
15      like I said, enter your time that you're billing and
16      close that task out.  And so I would just line this up
17      with the tasks in Jira.
12:19 18      Q.    And the tasks in Jira, would they have this
19      description that's under the "Task" column?  Is that
20      where this pulled from to --
12:19 21      A.    Yeah.  It's probably -- it's probably a summary
22      of, but -- let me see.  Let me look at -- let me make
23      this a little bigger.  I'm sorry.  One second.
24      (Reviewing document.)
12:20 25            Some of them are the same and match up to

Talia N. Harrison - 1/19/2022

1    the task, and some of them are -- well, weekly calls --

2    yeah, they do -- they do match with Jira.

12:20   3        Q.    Okay.  So you just would consult with Jira and

4    pull the tasks description out and the amount of hours

5    that were recorded in there?

12:20   6        A.    Correct.

12:20   7        Q.    And it says -- in this column over here labeled

8    "Billed Out," there's "yes" entered for it looks like

9    all the -- almost all the tasks.  There's one down here

10   in row 97 that says "no charge."

12:20   11       A.    Uh-huh.

12:20   12       Q.    What -- what, I guess, tasks were billable, and

13   which tasks were not billable?

12:21   14       A.    So, I mean, that was on a case-by-case basis.

15   And for the most part, it would be, you know,

16   whatever -- you know, some things, we would have to go

17   to management.

12:21   18                But, you know, I think I mentioned before

19   that we would have to update the tasks with the client's

20   name.  That wasn't something that would be billable.  Us

21   spending time to copy our email strand into the task,

22   that wouldn't be considered billable.  If I was working

23   with Trey on, you know, understanding something so that

24   he could train or meet with the client, that wouldn't be

25   considered billable.  The checklist I put together to

Talia N. Harrison - 1/19/2022

1    assist him on knowing what to do and when, that wasn't

2    billable.

12:21  3         Q.    And so was it something you just kind of used

4    your judgment on as to whether to bill it or not?

12:21  5         A.    Between myself and -- and Jamie, we -- we would

6    have conversations about, you know -- yeah, like, you

7    know, what are some of the issues that we're seeing and,

8    you know, go back and forth about, you know, what we can

9    do to help.

12:22  10         Q.    So the entry in here that wasn't billable --

12:22  11         A.    Uh-huh.

12:22  12         Q.    -- it looks like "internal discussion regarding

13    export change needed" --

12:22  14         A.    Uh-huh.

12:22  15         Q.    -- would that have been recorded in here as

16    well, and then you, after discussing it with Jamie,

17    would come back and mark it as nonbillable?

12:22  18         A.    Yes.

12:22  19         Q.    And was the purpose of maintaining this

20    document so you could tell how much billable time the

21    client had left for their implementation?

12:22  22         A.    Yes.

12:23  23         Q.    If we look up at the top of this document, it

24    looks like they had purchased 80 hours, and they have

25    just under five hours remaining?

Talia N. Harrison - 1/19/2022

12:23  1      A.    Yes.

12:23  2      Q.    What -- I think we talked about this earlier,

3  but just to make sure, what happens if they run out of

4  time?

12:23  5      A.    Management would, you know -- we -- management

6  would pretty much assess what's remaining or what's left

7  to be completed in the implementation.  In some cases,

8  they would create a -- I forgot the acronym that they

9  use, but it was pretty much a nonbillable task just to

10  kind of get the project complete.  But if it was a

11  substantial amount of time that would be needed, then

12  management would, you know, reach out to sales and

13  request a change order for additional hours or give us

14  approval to request additional hours.

12:23  15      Q.    Okay.  And that would all be triggered by, I

16  guess, once you have updated this tab or this

17  spreadsheet tab and finding out that they're out of

18  hours?

12:24  19      A.    Well, we -- I mean, I would probably touch

20  every project almost daily -- if not daily, every other

21  day -- just because there's so many things going and so

22  many people pulling from the budget.  So, you know, you

23  pretty much had to stay on top of that.

12:24  24           So, typically, once I saw the client got

25  down to a certain number of hours, maybe 15 or 20, I

Talia N. Harrison - 1/19/2022

1      would assess and then start those conversations with

2      management.

12:24   3         Q.   And it looks like here maybe there was some

4      time that was compensated with -- that you had spent

5      with Hillary?

12:24   6         A.   Yes.

12:24   7         Q.   And what would that have related to, if you

8      recall?

12:24   9         A.   I don't.  I don't know.

10                  (Exhibit 6 marked.)

12:25  11         Q.   Okay.  I've shared with you what will be

12     Exhibit 6.  Do you have that in front of you,

13     Ms. Harrison?

12:25  14         A.   I do.

12:26  15         Q.   Let's go over to this implementation timeline

16     tab.  Is this another example of an implementation

17     project plan or a timeline that you would have created

18     as a project manager?

12:26  19              MR. HERRINGTON:  Amanda, I'm going to

20     interrupt you for just a moment.  Will you clarify for

21     me whether the spreadsheets that you're introducing as

22     exhibits, whether all of the tabs within it constitute

23     the exhibit or -- you know, or just what you've shown in

24     the video?

12:26  25              MS. BROWN:  I was contemplating the entire

Talia N. Harrison - 1/19/2022

12:28  1        A.    Oh.   Yes.   Yes, yes, yes.   That is correct.   We
       2   would be -- there would be a project manager assigned on
       3   the client's side as well.

12:28  4        Q.    Okay.   And that's who this contemplates
       5   signing?

12:29  6        A.    Yes.   There is a place for both project
       7   managers to sign, but typically we would -- we would not
       8   print these off and sign off on them and store them
       9   anywhere, from what I recall.   I don't -- I don't recall
      10   ever signing a checklist.

12:29 11        Q.    And then going over to this implementation
      12   project plan tab, this one looks a little different than
      13   the one we just looked at as Exhibit 5 in the sense that
      14   this one has more implementation team entries than
      15   Exhibit 5 did.

12:29 16        A.    Uh-huh.

12:29 17        Q.    Do you -- do you have an understanding of why
      18   different client resources were allocated on different
      19   implementation timelines?

12:29 20        A.    Yeah, the only thing I could -- only other
      21   thing I could think of is whenever Trey's start date
      22   was, and maybe he wasn't, you know, well versed in doing
      23   some of those tasks, so I had to fill in for him,
      24   because that -- that was the case.   There was times
      25   where I'd travel on-site for him and -- et cetera.   So

Talia N. Harrison - 1/19/2022

1    that's the only scenario I can think of.  I'm not sure

2    when he started, but that could be the case.

12:30  3         Q.    So sometimes, depending on the resources that

4    you had available to you, you kind of had to modify this

5    implementation timeline to reflect --

12:30  6         A.    Yes.

12:30  7         Q.    -- the resources available?

12:30  8         A.    Right, correct.

12:30  9         Q.    And then it looks like here there's an

10   "Implementation Services" tab.  And that, again, would

11   contain the time spent or reported for this

12   implementation?

12:30  13        A.    Of the billable portion, yes.

12:30  14        Q.    And it looks like there was a division of tasks

15   between yourself and Trey?

12:30  16        A.    Correct.

12:30  17        Q.    And do you recall, I guess, approximately how

18   long Trey was the implementation consultant you worked

19   with?

12:31  20        A.    I don't even know.  I don't know that -- Trey

21   might have been there a year, maybe a year and a half.

22   I don't recall exactly.  But I will say that Trey was my

23   first IC once they split those positions, so ...

12:31  24        Q.    Okay.  And you think he was there for about one

25   year?

Talia N. Harrison - 1/19/2022

12:31  1       A.   About a year, I believe, uh-huh.

12:31  2       Q.   And who did you have as an implementation

3  consultant after Trey?

12:31  4       A.   Suzanne Greene.

12:31  5       Q.   And how long was she your implementation

6  consultant that you worked with?

12:32  7       A.   Maybe three months.

12:32  8       Q.   And then who did you have after Suzanne?

12:32  9       A.   I want to say they were in the process of

10  getting me a new IC, and shortly after that I

11  transitioned into a new position.  I wasn't assigned

12  another IC after Suzi.  Was I?  I don't think so.

12:32  13       Q.   So who did you work with as an IC after Suzi

14  left before they assigned -- since they were looking for

15  someone to assign you?

12:32  16       A.   I didn't work with an IC.  I was pretty

17  much ...  Yeah, I wasn't assigned another IC.  I was

18  pretty much working my projects on my own for that short

19  period of time.

12:33  20       Q.   Who was --

12:33  21       A.   I'm sorry.  There was so much turnover, so it's

22  a little cloudy.  I'm sorry?

12:33  23       Q.   I can help you, I think.

12:33  24       A.   Okay.

12:33  25       Q.   Do you recall working with Brian Ledbetter?

Talia N. Harrison - 1/19/2022

```
12:33  1        A.    Oh, my goodness.   Yes.   I could not think for
       2   the life of me.   Yes.   I am so sorry.   Yes.
12:33  3                    Oh, no.
12:33  4        Q.    So did you work with Brian --
12:33  5        A.    Can you give me one moment, please?   My iPad is
       6   dying.   Can you give me one moment, please?   Okay.   I'm
       7   sorry.   I'm ready.
12:33  8        Q.    No, no, that's no problem.
12:34  9                    So when did you work with Brian?   Was that
      10   after Suzi?
12:34 11        A.    Yes.   Brian would have been after Suzi.
12:34 12        Q.    And how long did you work with Brian?
12:34 13        A.    I don't recall when he started, but he would
      14   have been my IC up until the point where I transitioned
      15   to my new position November of 2019.
      16                    (Exhibit 7 marked.)
12:35 17        Q.    I've shared with you my screen, and you should
      18   have an email in front of you that will be Exhibit 7.
12:35 19                    Can you see that, Ms. Harrison?
12:35 20        A.    I do.
12:35 21        Q.    Okay.   And if you want to take a minute to look
      22   through it, just let me know if you want me to scroll
      23   down.   I just want you to be able to see the entire
      24   chain.
12:35 25        A.    Yes.   (Reviewing document.)   Okay.   (Reviewing
```

Talia N. Harrison - 1/19/2022

1    document.)  Okay.  (Reviewing document.)  All right.

2    (Reviewing document.)  Okay.  (Reviewing document.)

3    Okay.  (Reviewing document.)  All right.

12:37  4       Q.    That's the end of it.  Do you recognize

5    Exhibit 7?

12:37  6       A.    I do.

12:37  7       Q.    And is this an email chain between you and the

8    client regarding updating the client's implementation

9    timeline?

12:37  10      A.    Yes.

12:37  11      Q.    And it looks like -- down to the bottom where

12   you initially emailed the client, you say, "Attached is

13   an updated copy of the Implementation Timeline and below

14   are the changes made."

12:37  15            What changes were you making to this

16   implementation timeline?

12:37  17      A.    I mean, it sounds like there was some

18   misunderstanding as to what phase of the implementation

19   the client was on.  I probably had had a call with

20   Brian, and so we were updating actual dates as to when

21   they parallel test versus go live.

12:38  22      Q.    And do you recall how you were alerted to the

23   issue with, I guess, the misunderstanding as to the

24   phases?

12:38  25      A.    I do not.

Talia N. Harrison - 1/19/2022

12:38  1      Q.   And when you updated this timeline to, I guess,

2   clarify the phases as to when they test and go live, is

3   that something that you had to provide management before

4   you did?

12:38  5      A.   Yes.

12:38  6      Q.   And what did that look like?  Did you just

7   shoot an email to Hillary or Jamie and say, you know,

8   I'm updating to clarify the confusion on the

9   implementation phases?

12:38  10      A.   Yes, that appears to be how I addressed it.

12:39  11      Q.   And so is this email at the top here to Jamie

12   regarding a new timeline based on information Brian

13   gave -- is this you asking or, I guess, letting Jamie

14   know that you'd made the update?

12:39  15      A.   Yes.  We likely already talked about it.  Like

16   I said, we would touch base often, and so we would talk

17   through things that we ran into such as this.  And once

18   I made the change, I likely emailed Jamie to let her

19   know.

12:39  20      Q.   So you would have told her, you know, something

21   along the lines of there is some confusion, it sounds

22   like, with the phases of the implementation; I'm going

23   to update the implementation timeline; and she would

24   have said, like, okay; and then you would have gone and

25   done it?

Talia N. Harrison - 1/19/2022

12:39 1     A.   I don't know that it would have gone that
2     smooth.   She would have wanted to know why; you know,
3     what the issues were; is it on our end; is it the
4     client's end; is it something that, you know, we dropped
5     the ball on.   There would be more in-depth conversation
6     about -- as -- you know, as to why the go-live date is
7     being moved.
12:40 8     Q.   Okay.   So you'd have to answer some questions
9     for her as to why the go-live was being moved?
12:40 10    A.   Yes.
12:40 11    Q.   And was -- moving the go-live date, was that
12    considered a significant change?
12:40 13    A.   Yes.
12:40 14    Q.   And why is that?
12:40 15    A.   I can't answer why, but we were asked to report
16    those changes to management.
12:40 17    Q.   Were there other changes to the implementation
18    timeline that you didn't have to report to management?
12:40 19    A.   Only if -- you know, if there was a conflict.
20    Someone's not available, to a date-change move, or, you
21    know, something's not being completed, you know, based
22    on the time frame that I'm asking it to be done.
12:41 23    Q.   So if there were conflicts or date changes or
24    something not being completed, those were areas you had
25    to run by the -- had to run by management?

Talia N. Harrison - 1/19/2022

12:43  1        Q.   And do you have a sense of how many weeks that
       2   translated to?
12:44  3        A.   It would have been three or four full weeks,
       4   more than likely.
12:44  5        Q.   And when you're on-site with a client, what
       6   hours would the -- well, first off, I guess I shouldn't
       7   make that assumption.
12:44  8             When you were traveling those three or
       9   four weeks in 2019, would that have been for training?
12:44 10        A.   Yeah.  A combination of -- yeah.  Well, yeah,
      11   training.  It would definitely have been training.
12:44 12        Q.   And when you're at a client's --
12:44 13        A.   Well, I would say training and on-site
      14   configuration.  I apologize.  Training and on-site
      15   configuration.
12:44 16        Q.   So when you were traveling to a client for
      17   training or on-site configuration, what were the typical
      18   hours that you would meet with the client?
12:44 19        A.   It varied.  Some clients wanted 7:00 to -- you
      20   know, 7:00 to 4:00 or 5:00.  Others wanted 8:00 to 5:00.
      21   It varied.
12:45 22        Q.   And what about with on-site configuration?
12:45 23        A.   The same.
12:45 24        Q.   Were -- as a project manager, you were
      25   responsible for making sure that the implementation

Talia N. Harrison - 1/19/2022

1    stayed within budget, correct?

12:45  2        A.    Correct.

12:45  3        Q.    How did you do that?

12:45  4        A.    Just by managing the budget.  You know,
5    frequent check-ins with the IC.

12:46  6        Q.    So it would be using that kind of tracker that
7    we looked at as part of the implementation timeline and
8    then frequently checking in with the IC about the hours
9    that they were spending?

12:46  10       A.    Right, and reviewing Jira tickets.

12:46  11       Q.    And then if the project was getting close to,
12   like, exhausting the allotted hours, would you talk to
13   the implementation consultant about making sure that
14   they were careful with the hours they were billing?

12:46  15       A.    Yes.

12:46  16       Q.    Did you ever have a situation where you would
17   look at a Jira ticket and see how much an implementation
18   consultant had billed to a client and it didn't seem
19   correct to you?

12:46  20       A.    Yes.

12:46  21       Q.    What would happen in that situation?

12:47  22       A.    There would be internal conversations with
23   management as well as the implementation consultant.

12:47  24       Q.    So you would escalate that to management to
25   address?

Talia N. Harrison - 1/19/2022

12:47 1    A.    Yes.

12:47 2    Q.    And in some instances, would that time be
3    written down or written off?

12:47 4    A.    I mean, if we found it justifiable for whatever
5    reason, then, no, it wouldn't.  We -- you know, we would
6    just kind of roll with it and manage things going
7    forward.  And then in some instances, yes, NB tasks
8    would be created, and the IC would be told to report the
9    next hour to whatever -- to that NB task to kind of
10    balance things out.

12:47 11    Q.    And when you were looking at the tickets and
12    you would see one where maybe the hours didn't seem
13    right, is that just based on kind of your experience
14    with these implementations, knowing how long it takes to
15    do certain tasks?

12:48 16    A.    Yes.

12:48 17    Q.    How were the different implementations assigned
18    to project managers?

12:48 19    A.    Through management.  Management would get a
20    project and assign it to whichever team had the
21    bandwidth.

12:48 22    Q.    How is -- if you know, I mean, how did they
23    know what bandwidth different teams had?

12:48 24    A.    I don't know.  I mean, I know they knew how
25    many projects -- projects each person had.  There were

Talia N. Harrison - 1/19/2022

1   times where management would come and say, Hey, do you

2   think you can take another one?  But, for the most part,

3   I mean, you had to take it.

12:48   4        Q.    I think earlier you said you had, like, upwards

5   of 20 projects at a time.  Is that right?

12:48   6        A.    About 23, uh-huh.

12:48   7        Q.    Twenty-three.  And was that typical for the

8   other ExecuTime project managers?

12:49   9        A.    No.

12:49   10       Q.    How many did other ExecuTime project managers

11  typically have?

12:49   12       A.    I mean, some had as little as, you know, 12 or

13  13.  I think Jessie Bell would probably be right up

14  there with myself, where she would maintain, you know,

15  anywhere from 18 -- 18 or 19 projects at a time.

12:49   16       Q.    Do you have an understanding of why you had

17  more projects than other project managers?

12:49   18       A.    I mean, not really, outside of just having --

19  you know, being a senior project manager.

12:49   20       Q.    So senior project managers handled more

21  projects at a time?

12:49   22       A.    Yes.

12:50   23       Q.    And was that -- did you feel like you were able

24  to handle more projects at a time because you were more

25  experienced on the project -- or more experienced with

Osteen & Associates Reporting Services
817-498-9990

Talia N. Harrison - 1/19/2022

1    implementation?

12:50    2        A.    Yes.

12:50    3        Q.    So earlier we were talking about you traveling
4    to different client sites for training.

12:50    5              Did you have certain days blocked for
6    travel?

12:50    7        A.    Yes.

12:50    8        Q.    What days did you have blocked off for travel
9    typically?

12:50    10       A.    Again, that varied.  It just kind of depended
11    on what the client requested.  Sometimes they would want
12    me there Monday morning, at the start of the day, so I
13    would have to travel on Sunday.  And they would want me
14    there all day Friday.  So, you know, if I wanted to, I
15    could travel later that night on Friday, or I would just
16    wait on Saturday and fly home.  It just -- it varied.

12:51    17       Q.    Were there some implementations where you would
18    fly in on Monday and then fly out on Friday?

12:51    19       A.    Yes.

12:51    20       Q.    And so you would be on-site Tuesday through
21    Thursday?

12:51    22       A.    No.  When we flied in on -- when we flew in on
23    Monday, we would -- well, in most cases, when we flew in
24    on Monday, we would, you know, check in with the client
25    and then go to that office that afternoon of that

130

Talia N. Harrison - 1/19/2022

12:54   1      A.   Yeah.   Some, yeah.   We were just running into

    2   issues where timeline tasks weren't being met.

12:55   3      Q.   So Brian just wasn't accomplishing what he was

    4   supposed to accomplish per the timeline?

12:55   5      A.   Right.   And if I -- there were some complaints

    6   on the training and, you know, the client feeling like

    7   they knew more than -- you know, more than Brian or my

    8   IC, so ...

12:55   9      Q.   So these were -- was the client coming to you

    10  with their complaints about Brian?

12:55   11     A.   Yes.

12:55   12     Q.   And then you were, I guess, trying to escalate

    13  them here to Jamie?

12:55   14     A.   Yeah.   Trying -- not -- well, yeah, I guess,

    15  escalate.   But, more so, just trying to come up with an

    16  action plan to help get Brian on the right track.

12:56   17     Q.   And did you have, like, weekly check-in calls

    18  with Brian when he was working with you?

12:56   19     A.   Yes.

12:56   20          MS. BROWN:  I know we've been going about

    21  another hour.   Do you guys want to break for lunch now,

    22  maybe for 30?

12:56   23          MR. HERRINGTON:  Fine with me.

12:56   24          THE VIDEOGRAPHER:  Off the record,

    25  Ms. Brown?

Talia N. Harrison - 1/19/2022

01:35   1       Q.    I think that's the end.

01:35   2             So do you recognize Exhibit 9?

01:35   3       A.    Yes.

01:35   4       Q.    And this is an email from yourself to Trey

        5   Griffiths on Wednesday, August 15th, 2018?

01:35   6       A.    Yes.

01:35   7       Q.    And you sent this email to Trey kind of

        8   summarizing the different projects you guys have

        9   together, and the status; is that right?

01:35  10       A.    Yes.

01:35  11       Q.    And you were just -- when you were sending this

       12   email, was this to make sure he was aware of the

       13   different responsibilities and deadlines related to the

       14   project?

01:36  15       A.    Yes.

01:36  16       Q.    And in the end of the introductory paragraph,

       17   you say, "I'm sure I will send this to you at least two

       18   more times before the end of the week."

01:36  19             Did you check in with your implementation

       20   consultants multiple times a week?

01:36  21       A.    Yes, when needed.

01:36  22       Q.    And when you say "when needed," were some

       23   periods of time more involved than others and maybe --

       24   or maybe some implementation consultants needed more

       25   hand-holding?  What do you mean?

Talia N. Harrison - 1/19/2022

01:36  1    A.   Yes, exactly what you've stated.  Some

2    implementation consultants needed more hand-holding.

01:36  3    Q.   It looks like there's some feedback kind of

4    sprinkled out throughout the different project

5    summaries.  So here under Harrisonville, Missouri, you

6    say, "In the future when scheduling a troubleshooting

7    ticket with support please coordinate a go to meeting

8    the person who has the ticket."

01:37  9         Had there been issues with, I guess, Trey

10   not following up on troubleshooting tickets?

01:37  11   A.   Yes.  So the idea behind that was that

12   management wanted the IC to work with the support rep

13   that's helping them address an issue for knowledge

14   transfer purposes.

01:37  15   Q.   Okay.  So here you're just coaching Trey to

16   make sure he's working with that support rep?

01:37  17   A.   Yes.

01:37  18   Q.   And did implementation consultants submit

19   troubleshooting tickets regularly?

01:37  20   A.   Yes.

01:37  21   Q.   Did they have to come to you before they

22   submitted troubleshooting tickets?

01:37  23   A.   Yes.

01:38  24   Q.   And what -- what did that look like?

01:38  25   A.   It was just a, you know, way for them to make

Talia N. Harrison - 1/19/2022

```
         1   the client just so that it's a little bit more tailored
         2   to the client that we were sending the document to.  It
         3   could have been also me building --
01:40    4        Q.    Other than changing --
01:40    5        A.    I'm sorry?
01:40    6        Q.    Go ahead.  Go ahead.  I don't want to cut you
         7   off.
01:40    8        A.    Oh, no.  I was just saying, also, the documents
         9   like the solution design documents and the timeline,
        10   those are documents that -- that we would present during
        11   a stakeholder presentation.
01:40   12        Q.    And then with these guides, other than
        13   updating, I guess, specific name of the client, what
        14   other changes, if any, would you make to those guides?
01:40   15        A.    None, to my knowledge.  We wouldn't make any
        16   other changes.
01:41   17        Q.    So you were giving -- I apologize if I asked
        18   this already, but you were giving Trey kind of feedback
        19   and tasks to accomplish throughout this document?
01:41   20        A.    Yes.
01:41   21        Q.    I think we mentioned this earlier, but you said
        22   some implementation consultants required more
        23   hand-holding.
01:41   24             With the different implementation
        25   consultants you worked with, did you have a sense of
```

Talia N. Harrison - 1/19/2022

01:43  1       A.   New implementations.  New implementations.

2   They may assign -- may assign some other small internal

3   projects.  I don't really recall.  But definitely new

4   implementations.

01:43  5       Q.   So if an implementation consultant wasn't fully

6   utilized, they could be assigned to another

7   implementation, I guess, with a different project

8   manager?

01:44  9       A.   In rare cases, that did come up, but we didn't

10   really run into a lot of issues where the ICs were

11   underutilized.

01:44 12       Q.   What issues would implementation consultants

13   escalate to you?

01:44 14       A.   Timeline changes, you know, requests for

15   on-site training, requests to be retrained.

01:44 16       Q.   Anything else that you can think of?

01:45 17       A.   Possible bug-related issues that needed to be

18   escalated or -- escalated -- escalated, and also maybe

19   reviewed or, you know, looked into as a potential known

20   issue or something that's already on dev's team radar.

01:45 21       Q.   Would they ever relay to you any sort of delay

22   by the client with regards to different milestones?

01:45 23       A.   Yes.

01:45 24       Q.   What would that look like?

01:45 25       A.   Usually email or verbal conversation.

Talia N. Harrison - 1/19/2022

1    a meeting with Jamie to talk about Brian.  And you said,

2    kind of, We can still meet if you want, but it looks

3    like you already went ahead and talked to him about

4    feedback you had been getting?  Is that right?

02:01    5        A.    Yes.

02:01    6        Q.    So what feedback did you provide to Brian?

02:01    7        A.    At that time, you know, there were just

8    complaints where the client felt like they knew more of

9    the software than Brian.  Some of the same issues that

10   we were seeing with Trey, where things weren't being

11   completed or followed through with.

02:02    12       Q.    It looks like you told -- down in the third

13   paragraph, you say, "I told him if there is anything I

14   can do better to help him to let me know, even if that

15   means scheduling more time with him."

02:02    16             So it looked like you were making yourself

17   available to -- to Brian as a resource so he could try

18   and improve his performance?

02:02    19       A.    Correct.

02:02    20       Q.    Did his performance improve?

02:02    21       A.    Not while he was under -- under myself as far

22   as being his project manager.

02:03    23       Q.    Why were you sending Jamie this email about the

24   feedback that you had given to Brian?

02:03    25       A.    Jamie and I, as well as Hillary, had already

Talia N. Harrison - 1/19/2022

02:08 1     A.    Yes.

02:08 2     Q.    These are kind of the standing calls you had

3    with her.   There would also be impromptu calls

4    throughout the week as well?

02:08 5     A.    Correct.

02:08 6     Q.    And it looks -- here on this next bullet point,

7    you say, "Close email, Skype etc when sitting in on

8    trainings with clients and internal presentations,

9    weekly meetings, implementation calls etc if that helps

10   keep you from being distracted."

02:08 11          So was this feedback that you were giving

12   to Suzi based on, I guess, what you had observed from

13   her during trainings and presentations and meetings?

02:08 14    A.    No.   That came from conversations I had with

15   Hillary at the time that she was -- just things that she

16   had noticed while Suzi was working under her.   So some

17   of that came from conversations Hillary and I had had as

18   she was transitioning Suzi to be my IC.

02:09 19    Q.    And Hillary had asked that you give Suzi this

20   feedback?

02:09 21    A.    Yes.

02:09 22    Q.    Then it looks like the next bullet point talks

23   about sending recap emails from trainings and meetings

24   no more than one day after the call.

02:09 25          Was this based on your observations of

Talia N. Harrison - 1/19/2022

1    working with Suzi?

02:09  2        A.    Yes.  At that time, again, that was a topic

3    that Hillary and I had discussed at the time that Suzi

4    was transitioning.  But I had also picked up on it as

5    well during the short time she was my IC.

02:09  6        Q.    You were giving her feedback on sending out

7    timely recap emails?

02:10  8        A.    Yes, ma'am.

02:10  9        Q.    And then this next main bullet point says,

10   "Answering calls for clients."  And it looks like you're

11   giving her some advice on how she can minimize

12   disruptions from clients during her workday.  Is that

13   right?

02:10  14       A.    Yes.

02:10  15       Q.    And then there's a section down here that says,

16   "Client related items."  Are these the various projects

17   that you were working on with Suzi at the time?

02:10  18       A.    Yes.

02:10  19       Q.    And the items that you have listed here

20   underneath the various projects, are these kind of

21   answers to questions that Suzi had brought to you?

02:10  22       A.    I know for that first one, "NW Michigan Council

23   of Government," that was from me observing, sitting in

24   on calls.

02:11  25            Some of the things, you know, were things

Talia N. Harrison - 1/19/2022

1    that Suzi may have brought to me, and some came from

2    just observing, observing some of her calls and picking

3    up on incorrect information or what have you.

02:11    4        Q.   So you were providing her with either answers

5    questions -- answers to questions she had brought to you

6    or observations based on her calls that you had observed

7    where she had done something incorrectly or said

8    something incorrect?

02:11    9        A.   That is correct.

02:11   10        Q.   Did you observe the calls implementation

11    consultants hosted regularly?

02:11   12        A.   No.

02:11   13        Q.   Why were you observing Suzi's calls?

02:11   14        A.   There were some things that had come up.  And,

15    again, when she transitioned to me, there were already

16    some areas of concern.

02:11   17            Also, at this time when she was

18    transitioning, these were clients that I had already

19    been working with.  And so in an effort to ensure the

20    transition, the IC transition was smooth, I would sit in

21    on the call.

02:12   22        Q.   Had you talked to management about observing

23    her calls?

02:12   24        A.   I'm sorry.  Was the question have I?

02:12   25        Q.   Yeah.  When -- had you had conversations with

Talia N. Harrison - 1/19/2022

1   Hillary or Jamie about observing Suzi's calls because of

2   the performance issues that had been observed?

02:12   3       A.   Yes.

4                 (Exhibit 13 marked.)

02:13   5       Q.   All right.  I've shared with you what will be

6   Exhibit 13.  Let me know if you've got that in front of

7   you.  And I can scroll through whenever you need me to

8   so you can see the whole document.

02:13   9       A.   (Reviewing document.)  Okay.  (Reviewing

10   document.)  Okay.  (Reviewing document.)  Okay.

02:14  11       Q.   Do you recognize Exhibit 13 as an email that

12   you had sent to Jamie Burns with some feedback on Suzi

13   Greene?

02:14  14       A.   Yes.

02:14  15       Q.   It looks like you're summarizing some

16   complaints you had received from clients about Suzanne?

02:14  17       A.   Yes.

02:15  18       Q.   Okay.  In the first email, you say -- it's the

19   last sentence -- "The action items she's pending with

20   Suzi, I have Brian working on them now, most of them we

21   were able to know out."

02:15  22       A.   "Knock out" I think is what I was trying to

23   say.

02:15  24       Q.   So --

02:15  25       A.   Uh-huh.

Osteen & Associates Reporting Services
817-498-9990

Talia N. Harrison - 1/19/2022

02:15   1      Q.   Yeah, that makes sense.
02:15   2           So Brian, that you're referencing in this
        3   sentence, that's the implementation consultant that we
        4   have been discussing earlier?
02:15   5      A.   Yes, ma'am.
02:15   6      Q.   Brian Ledbetter, I believe.
02:15   7           So were you having Brian work on some of
        8   the items that Suzi was having trouble completing?
02:16   9      A.   Yes, during this time period.  This was when
       10   Brian was stepping in to assist Suzi.  I believe Suzi
       11   was out on leave.
02:16  12      Q.   And then it looks like in this -- we'll scroll
       13   down -- Dearborn, Michigan -- or, sorry, Missouri, there
       14   is a second bullet.  It says, "This clients weekly call
       15   wasn't on my schedule for yesterday 03/06 so I missed
       16   sitting in for this call even though it was in Hillary's
       17   recap to me about filling in for Suzi.  I was wrapped up
       18   with working with Brian and it completely slipped my
       19   mind."
02:16  20      A.   Uh-huh.
02:16  21      Q.   Is this what you're saying where Suzi was out
       22   on leave, so you had taken over, I guess, her duties and
       23   were working with Brian on, I guess, kind of filling in
       24   for Suzi?
02:17  25      A.   Yes.

Talia N. Harrison - 1/19/2022

02:19    1              Is it fair to say you were trying to help

2    Suzi improve her performance?

02:19    3        A.    Yes.

4              (Exhibit 14 marked.)

02:20    5        Q.    Okay.  I've shared with you what will be

6    Exhibit 14.  Let me know if you have that in front of

7    you, and I can scroll through it so you can see the

8    entire document.

02:20    9        A.    I see it.  I can see it.  Oh, I'm sorry.  You

10    can scroll down.  (Reviewing document.)  Okay.

02:21   11        Q.    So do you recognize Exhibit 14 as an email

12    exchange between you and Jamie Burns about Brian

13    Ledbetter's performance evaluation?

02:21   14        A.    Yes.

02:21   15        Q.    And Jamie was asking for you to give her your

16    feedback on Brian that she could include in his

17    performance evaluation?

02:21   18        A.    Yes.

02:21   19        Q.    I'm going to share with you the attachment to

20    Exhibit 14, which is the Brian Ledbetter performance

21    eval document.

22              (Exhibit 15 marked.)

02:22   23        Q.    All right.  Do you see that in front of you?

24    We'll make that Exhibit 15.

02:22   25        A.    Yes.

Talia N. Harrison - 1/19/2022

02:22  1      Q.   And I can scroll through this so you can review
2      it.  Just let me know when you want me to scroll down.
02:22  3      A.   (Reviewing document.)  Okay.  (Reviewing
4      document.)  Okay.  Would you mind making it just a
5      little larger for me?
02:23  6      Q.   Sure.
02:23  7      A.   Thank you.
02:23  8      Q.   Is that better?
02:23  9      A.   Yes, but now I don't know which square I'm on.
02:24  10     Q.   I'm sorry.  I think it was right around here.
02:24  11     A.   Okay.  Yeah, it's cut off on the left side.
02:24  12     Q.   Hmm.  Let me see if I can -- so it only shows
13     one page.  Let me make that page ...
02:24  14     A.   Perfect.  Thank you.
02:24  15     Q.   That should be better.
02:24  16     A.   Yes, it is.  Thank you.  (Reviewing document.)
17     Okay.  (Reviewing document.)  Okay.  (Reviewing
18     document.)  Okay.  (Reviewing document.)  Okay.
02:26  19     Q.   I think that's it.  Did you read it all?  I'm
20     sorry.
02:26  21     A.   Yeah.  I -- I remember it.  Thanks.  Uh-huh.
02:26  22     Q.   So Exhibit 15 was the feedback that you
23     provided to Jamie for Brian Ledbetter to include in his
24     performance evaluation?
02:26  25     A.   Yes.

Talia N. Harrison - 1/19/2022

02:28  1          A.    Okay, I'm ready.   (Reviewing document.)   Okay.

    2     (Reviewing document.)   Okay.

02:28  3          Q.    All right.   So is Exhibit 16 an email chain

    4     that you had with a client, that you forwarded to Jamie

    5     Burns on October 3rd, 2019?

02:28  6          A.    Yes.

02:29  7          Q.    And it looks like this client came to you to

    8     ask about the feasibility of adding some language on an

    9     approval screen in the ExecuTime software.   Is that

   10     right?

02:29 11          A.    Yes.

02:29 12          Q.    And you were able to provide the client with

   13     the solution as to how they could include that language?

02:29 14          A.    Yes, that's correct.

02:29 15          Q.    And then you forwarded the email chain to Jamie

   16     and you told her, "Brian was onsite with Santa Rosa when

   17     Bob came to me for assistance with this request.   This

   18     was after the HR Director asked Brian while he was

   19     onsite if this could be done and Brian told them no

   20     instead of inquiring with me and telling them he would

   21     follow up."

02:29 22          A.    Yes.

02:29 23          Q.    Why were you forwarding this to Jamie?

02:29 24          A.    Because we had already had conversations about

   25     the things that we were running into, and so this was

Talia N. Harrison - 1/19/2022

1    just another example.  And, you know, it wasn't my job

2    duty to reprimand ICs.  Things like this were taken care

3    of by management.

02:30  4        Q.    So you were reporting it to her so she was

5    aware of the continued issues with Brian so that it

6    could be addressed?

02:30  7        A.    Correct.

02:30  8        Q.    And was the issue that Brian -- you said,

9    "Brian told them no instead of inquiring with me and

10   telling them he would follow up."

02:30  11             Was the expectation that when an

12   implementation consultant didn't know the answer to a

13   client's question, that they would come to you first to

14   see if there was an answer before telling the client yes

15   or no?

02:30  16       A.    Similar.  They would need to check with, you

17   know, myself, fellow I- -- implementation consultants.

18   They had, you know, various contacts that they could go

19   to to verify information as needed.  But, yes, I would

20   like to be kept in the loop.  I would request to be kept

21   in the loop.

02:31  22       Q.    So your expectation was that he should have

23   verified with yourself or another resource before giving

24   a definitive answer to the client?

02:31  25       A.    Yes, ma'am.

Talia N. Harrison - 1/19/2022

02:41  1      A.    Yes, where I would put in a ticket to request

2    it.  I wouldn't necessarily schedule it.  I didn't have

3    control over their schedules.

02:41  4      Q.    When you're saying "their" schedules, who are

5    you referring to?

02:41  6      A.    Sure.  The technical team.

02:42  7      Q.    We had talked a little bit earlier about how

8    you worked with the client to create a solution design

9    based on the completed client questionnaire.

02:42  10            What's this solution design?  Is that

11    something that you would send to the client for their

12    feedback?

02:42  13      A.    Yes, yes.

02:42  14      Q.    And would you oftentimes revise the solution

15    design based on feedback from the client?

02:42  16      A.    Yes.

02:42  17      Q.    So you could end up with multiple versions of a

18    solution design for a particular project?

02:43  19      A.    Yes.  I mean, we would just keep modifying the

20    same one, and we would do that until they were

21    comfortable to -- enough to sign off on it.

02:43  22      Q.    What kind of feedback would the client have?

02:43  23      A.    You know, if it was misstated, how we were

24    going to configure the system, or, you know, timekeeping

25    methods that they were going to use, the number of

Talia N. Harrison - 1/19/2022

1    overtime policy configurations they need.   All related
2    to how they're going to use ExecuTime.

02:43    3        Q.    And would the solution design discuss the
4    client's existing time/attendance policies?

02:43    5        A.    I'm sorry.   Would you mind repeating the
6    question?

02:43    7        Q.    So in the solution design, would that discuss
8    the client's existing time and attendance policies?

02:43    9        A.    No, no, not that I recall.

02:43   10        Q.    Would it discuss whether a client used comp
11    time?

02:43   12        A.    Yes.

02:44   13        Q.    And we talked a little bit earlier about how
14    you discussed your lawsuit with Ms. Greene.

02:44   15              You're aware that she had also filed a
16    lawsuit against Tyler?

02:44   17        A.    Yes.

02:44   18        Q.    If Ms. Greene testified under oath that project
19    managers supervised implementation consultants and had
20    daily conversations with them via phone and email, is
21    that accurate?

02:44   22        A.    Say that one more time for me, please.

02:44   23        Q.    Sure.   If Ms. Greene testified under oath that
24    project managers supervised their implementation
25    consultants and had communications with them several

Talia N. Harrison - 1/19/2022

```
        1    times a day via phone and email, is that accurate?
02:44   2        A.   Yes.
02:45   3        Q.   Do you think it's accurate to say that you
        4    supervised Ms. Greene and the other implementation
        5    consultants in the performance of their duties?
02:45   6        A.   In the performance?  I don't know how to answer
        7    that.  I don't -- I mean, when I think of supervise, I
        8    think of, you know, me being her supervisor, which I
        9    wasn't.  I was managing a project, and she was working
       10    the project.
02:45  11        Q.   So you don't think it's accurate to say that
       12    you supervised her duties?
02:45  13        A.   Supervise her duties?  Okay.  Yes.
02:46  14        Q.   If she testified that a project manager led the
       15    project and did the majority of the integration, is that
       16    accurate, in your opinion?
02:46  17        A.   No.
02:46  18        Q.   If she testified that you were the first direct
       19    contact with the client, is that accurate, in your
       20    opinion?
02:46  21        A.   No.
02:46  22        Q.   Did you take a PMP course in 2018?
02:46  23        A.   I was on the schedule to.  No, I did not make
       24    it through the course.  I was prepping to do that, but I
       25    did not actually fly out to Maine and attend the course.
```

Talia N. Harrison - 1/19/2022

1    working 60 to 65 hours a week at Tyler, you also had a
2    side business at World Ventures and then another side
3    business with Gimmie A Squeeze and then also formed your
4    nonprofit?
03:09    5        A.   Yes.
03:09    6        Q.   What would you estimate to be the job duties
7    that took the majority of your time as a senior project
8    manager?
03:10    9        A.   Vamping up new hires, getting them prepared to
10   be able to conduct trainings on their own, and helping
11   them through understanding tasks and the timeliness of
12   that.
03:10   13        Q.   And how much of a percentage of your time would
14   you estimate that that took up?
03:10   15        A.   More than 50 percent of my day, on most days.
03:10   16        Q.   Okay.   And you said ramping up new hires.   When
17   you're referring to "new hires," is that implementation
18   consultants and project managers?
03:11   19        A.   More so, implementation consultants.
03:11   20        Q.   But also some new PMs?
03:11   21        A.   That is correct.
03:11   22        Q.   And then second to the time you spent ramping
23   up new hires to conduct trainings on their own, what
24   would be the next responsibility you had that took up
25   the most -- majority of your time or the most amount of

Talia N. Harrison - 1/19/2022

1    your time?

03:11   2       A.    Sure.   Creating implementation timelines and,

3    you know, mapping out resources to complete the

4    different -- the various tasks.

03:11   5       Q.    When you say "mapping out resources," what do

6    you mean by that?

03:11   7       A.    Just, you know, reviewing their calendars and

8    checking their availability to complete trainings and

9    things.

03:12  10       Q.    So this would be for the implementation

11   consultants?

03:12  12       A.    Yes, ma'am.

03:12  13       Q.    And would this also include people from the

14   development team or tech support as well?

03:12  15       A.    Yes.

03:12  16       Q.    And how much of your time would you estimate

17   that you spent on that responsibility?

03:12  18       A.    I'd say maybe 30 percent of my time.

03:12  19       Q.    And then what would you say took up the

20   remaining balance of your time, the 20 percent that's

21   left?

03:12  22       A.    You know, following up on support issues, issue

23   resolution, transition to support calls, updating and

24   managing, you know, Jira tickets, and doing the large

25   amount of copy/pasting emails from -- you know,

Talia N. Harrison - 1/19/2022

1    copy/pasting emails and making sure that stuff's in

2    Jira, and just kind of keeping up with those tasks in

3    Jira to ensure that they're closed out and being handled

4    in a timely manner.

03:13   5        Q.   What about the time that you spent conducting

6    training?  Where would that fall?

03:13   7        A.   Good question.  I would say issue -- you know,

8    along with the issue resolution and stuff, because

9    typically the only time I was pulled in to conduct

10   training is when there was an issue with the original

11   trainer.

03:14   12       Q.   So that would fall into the 20 percent

13   category?

03:14   14       A.   Yeah, give or take, uh-huh.

03:14   15       Q.   Then what about conducting calls with clients?

03:14   16       A.   I guess that would fall in with the whole, you

17   know, managing of the project.  The budget, timelines,

18   you know, communication with management as to where

19   projects stand.

03:14   20       Q.   That would be that second category, 30 percent?

03:14   21       A.   Correct.

03:14   22       Q.   When you said ramping up new hires and conduct

23   training on their own took about 50 percent of your

24   time, what all went into ramping up new hires?

03:14   25            I know we've talked about the feedback

Talia N. Harrison - 1/19/2022

1    that you would provide, listening to calls that they

2    would conduct.  What else would go into that?

03:15  3      A.   Spending one-on-one time with them; you know,

4    training them on the application to increase their

5    knowledge; you know, assisting them with troubleshooting

6    issues with support that they'd run into that I'm not

7    able to, you know, address right off the bat; creating

8    cheat sheets, just Word document cheat sheets to help

9    them, you know, stay organized and keep up with action

10    items that came up to ensure they follow up.

03:15  11      Q.   So would that be similar to kind of the summary

12    and checklists that you had -- that we saw earlier where

13    you'd list out each project and kind of where it was and

14    what you expected from the IC with respect to that

15    project and -- something like that?

03:16  16      A.   Yes, ma'am.

17               (Exhibit 18(A) marked.)

03:16  18      Q.   All right.  Ms. Harrison, I've shared with you

19    what will be Exhibit 18(A).  Let me know if you've got

20    that up in front of you and when you need me to scroll

21    down so you can see the entire document.

03:16  22      A.   Okay, I'm ready.

03:17  23      Q.   Did it freeze for you?  It froze on my end.

03:17  24      A.   Yes, it is frozen.

03:17  25      Q.   There we go.

Talia N. Harrison - 1/19/2022

03:17  1        A.    Okay.  (Reviewing document.)  Okay.
03:17  2        Q.    Do you recognize Exhibit 18(A)?
03:17  3        A.    Yes.
03:17  4        Q.    This is an email that Jamie had sent out to the
       5   implementation team announcing that you were moving
       6   positions, and then your response to her?
03:17  7        A.    Uh-huh, yes.
03:17  8        Q.    So around October 30th, 2019, you knew that you
       9   were going to be moving into the implementation analyst
      10   role?
03:18 11        A.    Yes.
03:18 12        Q.    And when did you officially move into that
      13   position, if you recall?
03:18 14        A.    November 18th of 2019.
03:18 15        Q.    So you just spent a couple of weeks at the
      16   beginning of November helping transition off your
      17   projects?
03:18 18        A.    That is correct.
      19              (Exhibit 19 marked.)
03:18 20        Q.    All right.  I've shared with you, Ms. Harrison,
      21   what's going to be Exhibit 19.  Let me know when you've
      22   had a chance to review that.
03:19 23        A.    (Reviewing document.)  I'm good.  Uh-huh.
03:19 24        Q.    And do you recognize Exhibit 19?
03:19 25        A.    Yes.

Talia N. Harrison - 1/19/2022

03:19 1    Q.   And this is the application that you completed
2    for the implementation analyst role?
03:19 3    A.   Yes.
03:19 4    Q.   How did you learn about the role being
5    available?
03:19 6    A.   Talent would send out weekly, and even
7    sometimes multiple times a week, available job
8    opportunities.
03:20 9    Q.   So you saw this in an internal job email alert
10   and decided it was something you'd be interested in?
03:20 11   A.   Yes.
03:20 12   Q.   And what did the application process entail?
03:20 13   A.   I first had to get approval from my manager,
14   and then you would just -- I think once you have that
15   approval form, you would -- I believe I printed that out
16   along with an updated copy of my résumé, and I emailed
17   it to the HR person responsible for that position.
03:20 18   Q.   And then did you have an interview?
03:20 19   A.   Yes.
03:20 20   Q.   Who interviewed you?
03:20 21   A.   Kayla Wagner and Michelle ...  I don't remember
22   her last name, but she's Kayla's manager.
03:21 23   Q.   Okay.  And in Exhibit 19, you say, "My personal
24   goal has been to obtain a position that allows me to
25   help other PMs and potentially ICs with less experience

Talia N. Harrison - 1/19/2022

1    achieve some of same milestones."

03:21  2         So were you moving into the implementation

3    analyst role with the idea that you would be able to

4    help PMs and ICs with their implementation issues?

03:21  5    A.    Yes.

03:22  6    Q.    Then you also say, "Currently I have the most

7    experience within my department and that had lead me to

8    a place of wanted to do more for our entoral" --

9    "entoral teams" --

03:22  10    A.    Yeah.

03:22  11    Q.    -- "as I see so much growth opportunity" --

12    or -- "growth opportunity and potential within the team

13    I'm currently working with."

03:22  14         So you were the most senior project

15    manager on the ExecuTime team?

03:22  16    A.    That's correct.

03:22  17    Q.    So I guess based on this description that I'm

18    reading, it sounds like the reason you wanted to move

19    roles is you just wanted to be able to do more for

20    supporting the implementation consultants and project

21    managers?  Is that fair to say?

03:23  22    A.    I mean, what initially led me to start looking

23    for other positions was the number of hours I was having

24    to spend managing the number of projects that I had and

25    not really, you know, getting what I needed from the

Talia N. Harrison - 1/19/2022

03:24   1              So when you applied to this implementation

        2   analyst role, was it your understanding that you'd be

        3   working less hours?

03:25   4         A.   Yes.

03:25   5         Q.   What was your compensation as an implementation

        6   analyst?

03:25   7         A.   Seventy-two five.

03:25   8         Q.   So that was an increase from what you were

        9   receiving as a senior project manager?

03:25  10         A.   Yes, ma'am.

03:25  11         Q.   And when you took on the implementation analyst

       12   role, you understood that you were going to remain

       13   classified as an exempt employee under the FLSA?

03:25  14         A.   Yes.

03:25  15         Q.   You wouldn't be receiving overtime if you

       16   worked more than 40 hours a week?

03:25  17         A.   Correct.

03:25  18         Q.   Did you continue to work remotely as an

       19   implementation analyst?

03:26  20         A.   Yes.

03:26  21         Q.   Did you have to travel as an implementation

       22   analyst?

03:26  23         A.   Yes.  It wasn't part of my job duties, but I

       24   did, yes, uh-huh.

03:26  25         Q.   Tell me, I guess, about the travel that you did

Talia N. Harrison - 1/19/2022

1    as an implementation analyst.

03:26  2        A.    There was a situation with an implementation

3    consultant and Tyler project manager that escalated for

4    a client that was going live with ExecuTime, resulted in

5    a mess.  And our vice president of implementation

6    services came to me and asked me if I would be willing

7    to go on-site.  I may have offered to go on-site.  I

8    don't recall how the conversation went, but I was -- you

9    know, I was asked to go on-site and assist with --

10   pretty much just clean up of what occurred.

03:27  11       Q.    Did you do any other travel?

03:27  12       A.    Yes.

03:27  13       Q.    What other travel did you do?

03:27  14       A.    They hosted a couple of project management

15   summits in Austin, Texas, so I flew out there for that.

16   I did that twice.  I traveled to Yarmouth, Maine, a

17   couple of times to conduct ExecuTime training for

18   project managers and implementation consultants.  I

19   think that was it.

03:28  20       Q.    Okay.  The situation you first described about

21   an issue with the client going live where you had to go

22   on-site and assist with cleanup, when did that occur?

03:28  23       A.    That was May of -- that would have been May

24   of -- let's see.  May of 2021.

03:28  25       Q.    What client was that?

Talia N. Harrison - 1/19/2022

03:28  1          A.    Lawson (phonetic), Oklahoma.
03:28  2          Q.    And you said the vice president of
       3    implementation services asked if you'd go.
03:28  4                Who is that, specifically?
03:28  5          A.    Jennifer Turgeon.
03:29  6          Q.    And what did you understand had happened that
       7    resulted in issues with the go-live date for that
       8    project?
03:29  9          A.    The IC had went in there and ran an automatic
      10    integration -- I'm sorry.  The payroll export.  The
      11    automation of the payroll export was not working
      12    properly, and so the IC on that project made the
      13    decision to do a manual upload, and it blew up.
03:29 14          Q.    And then what did you do to assist with the
      15    cleanup?
03:29 16          A.    I had to travel out there.  They wanted me
      17    there Monday morning, so I drove out there Sunday.  And
      18    hosted multiple training sessions.  You know, it -- it
      19    ended up being a lot more than what was initially
      20    discussed.  It wasn't just a matter of fixing their
      21    payroll export stuff.  It was reconfiguring ExecuTime in
      22    a lot of areas so that the calculations were being
      23    correctly handled.
03:30 24          Q.    So what did you do to reconfigure ExecuTime?
03:30 25          A.    So I, you know, trained -- you know, worked

Talia N. Harrison - 1/19/2022

1    with the team there at Lawson and trained them on their

2    options on handling different things.  They had a lot of

3    overtime rules that were misfiring and not calculating

4    overtime correctly, putting the overtime on the wrong

5    week.  So we corrected -- you know, manually corrected

6    the overtime configurations.

03:30   7               Same thing with shift differential.  There

8    were situations where shift differential should have

9    been paid but it wasn't, vice versa.

03:31   10              So I just worked with the team on

11   identifying, you know, those issues and reconfiguring

12   the rules that had been previously set up.

03:31   13       Q.    And do you know why Jennifer came to you to ask

14   for you to do this?

03:31   15       A.    I don't.  I don't recall.

03:31   16       Q.    Had you been involved in that project before?

03:31   17       A.    Yes, yes.

03:31   18       Q.    How long were you on-site?

03:31   19       A.    One week.  From Sunday to Saturday.

03:32   20       Q.    And were they able to successfully go live at

21   the end of the week?

03:32   22       A.    They were definitely in a much -- a much better

23   position, yes.  They were able to, you know, cut checks

24   to their employees.  And the situation was so bad that,

25   you know, like, people that have child support and other

Talia N. Harrison - 1/19/2022

1    things that come out of their paycheck didn't calculate.

03:32  2              So by the time I left, they were able to

3    generate those checks to send to the parents and -- yes,

4    I don't know that they actually officially -- well, I

5    guess, yeah, they were still considered live, so, yes.

6    I'm sorry.  There was just a lot of manual work for

7    multiple pay periods to keep them live.

03:32  8         Q.   And who was the project manager on that

9    project?

03:33  10        A.   Bobbi Davis.  Bobbi, B-o-b-b-i.  Last name,

11   Davis.

03:33  12        Q.   And you said you traveled to project management

13   summits in Austin.  Were these just kind of like

14   conferences for different employees?

03:33  15        A.   Yes, they were.  We had stations set up and --

16   you know, based on the type of employee, yes.

03:33  17        Q.   And how long did those conferences last?

03:33  18        A.   Three days.

03:33  19        Q.   Did other implementation analysts attend those

20   conferences?

03:33  21        A.   Not that I'm aware of.  None from my team.  I

22   don't know of any other team.

03:34  23        Q.   Were these conferences that you were invited to

24   or conferences that you asked to go to?

03:34  25        A.   Conference that I was invited to, and I was --

Talia N. Harrison - 1/19/2022

```
 1    I was asked to do --
 2         Q.   Who invited you?
 3         A.   -- a presentation.
 4              Kayla Wagner.
 5              MR. HERRINGTON:  Amanda, whenever it's
 6    good for you, I'd like to take a brief, five-minute
 7    restroom break.
 8              MS. BROWN:  Yeah.  Let me just get through
 9    this, and then we can.  Almost there.
10              MR. HERRINGTON:  Okay.
11         Q.   You said you presented at those conferences?
12         A.   Yes.  I had a small segment where I did a
13    quick, 30-minute, you know, "Here's what's new with
14    ExecuTime" type presentation.
15         Q.   And who would you be presenting to?  Who was
16    the audience for that?
17         A.   Other Tyler project managers.
18         Q.   You'd be educating project managers on new
19    features with ExecuTime?
20         A.   That's correct.
21         Q.   And would you -- did you put together, like,
22    PowerPoints for these presentations?
23         A.   I did not.  The presentation was provided to
24    me.
25         Q.   Who provided it to you?
```

Talia N. Harrison - 1/19/2022

03:35   1        A.    Kayla Wagner.

03:35   2        Q.    Did you make any changes to the presentation?

03:35   3        A.    Not that I recall.

03:36   4        Q.    You said you traveled to Maine a couple of

5    times to conduct ExecuTime trainings for ICs and PMs

6    there.

03:36   7              Tell me about the training that you

8    provided in Maine.

03:36   9        A.    It was classroom style.  I would have my laptop

10    hooked up to a projector, and I was -- well, I'm sorry.

11    The first training that I attended, I literally flew out

12    there my first day in that role, and I observed Kayla

13    conducting the ExecuTime training.

03:36   14             And then the next time they flew me out

15    there, I conducted the training.  It was classroom

16    style, just going through the ExecuTime application, set

17    up basic users, you know, how supervisors use the

18    system, that type of thing.

03:37   19        Q.    So were you teaching, I guess, implementation

20    consultants and project managers how they would

21    configure ExecuTime?

03:37   22        A.    Not really.  More so just showing them what's

23    available.  The majority of those users that attended

24    that, they've already seen and trained on ExecuTime in

25    some capacity.  And so it was more just a way -- an

Talia N. Harrison - 1/19/2022

1    opportunity for them to address questions, us to discuss

2    issues that they are running into, that type of thing.

03:37    3    Q.    And you were able to, I guess, have these kind

4    of trainings and answer these questions based on your

5    experience with ExecuTime?

03:37    6    A.    Yes.

03:37    7    Q.    Were there any other implementation analysts

8    for the ExecuTime product?

03:37    9    A.    No, not at the time that I was there, no.

03:38    10    Q.    And the implementation analyst position, was

11    that a new role at Tyler when you applied for it?

03:38    12    A.    Yes.

03:38    13    Q.    And did you have any discussions with Kayla or

14    anyone during the application process about why that

15    role had been created?

03:38    16    A.    I mean, she may have told me why it was

17    created, but -- but, no, I didn't inquire as to why.

03:38    18    Q.    Did you have an understanding of why the

19    company had created that role?

03:38    20    A.    I understood the need for it, yes.

03:38    21    Q.    What did you understand the need for that role

22    to be?

03:38    23    A.    Just to, you know, assist all of the Tyler PMs

24    and ICs with implementations that they were taking on

25    for ExecuTime.

Talia N. Harrison - 1/19/2022

03:39 1      Q.   And how would you have been assisting them?

03:39 2      A.   As they ran into issues or if they had

3    questions, they would create a ticket in CMS.  I don't

4    know the -- what that abbreviation stands for, but it

5    was a ticketing system that they -- we had transitioned

6    from Jira to CMS.

03:39 7           And so they would put the tickets in

8    there.  It would go to a queue that was assigned to me,

9    and I would work them based on priority level.

03:39 10     Q.   And before this role was created, if there were

11   issues or questions related to ExecuTime, how would a PM

12   or an IC work through those?

03:39 13     A.   By creating Jira tickets or working with other

14   seasoned employees.

03:40 15     Q.   And were you one of those seasoned employees

16   that they could come to?

03:40 17     A.   That's correct.

03:40 18          MS. BROWN:  Let's go ahead and take --

19   what do you want to do, Matthew?  Five or ten minutes?

03:40 20          MR. HERRINGTON:  I think five minutes is

21   fine, unless you-all want ten.

03:40 22          THE WITNESS:  I'm good with five.

03:40 23          MS. BROWN:  Leah or Billy, do you-all have

24   a preference?

03:40 25          THE VIDEOGRAPHER:  I'm good.

Talia N. Harrison - 1/19/2022

03:51  1       Q.   So tell me a little about -- what "best
     2  practice" templates were you creating?
03:52  3       A.   I don't recall creating any.
03:52  4       Q.   What about "process improvements"?  Do you
     5  recall working on any process improvements as an
     6  implementation analyst?
03:52  7       A.   No.
03:52  8       Q.   And what about knowledge transfer materials?
03:52  9       A.   Yes.
03:52 10       Q.   What knowledge transfer materials did you
    11  create?
03:52 12       A.   So out on SharePoint, it was just quick how-tos
    13  as far as configuration, how to set up a specific type
    14  of pay code, accrual code combination.  I documented the
    15  Jira tickets that I worked to ensure, you know, whatever
    16  steps were taken to resolve the issue were noted.  And
    17  then I created knowledge base standard -- "KBS articles"
    18  is what we referred to them as.
03:53 19       Q.   KBFRs?
03:53 20       A.   Articles.
03:53 21       Q.   Oh, KB --
03:53 22       A.   KBS.
03:53 23       Q.   -- articles?
03:53 24       A.   Yes, ma'am.
03:53 25       Q.   What were those?

Talia N. Harrison - 1/19/2022

03:53   1        A.    They were just quick knowledge base standard

        2    forms, that we -- you know, we take the information from

        3    the ticket we were working and basically just transfer

        4    what the question was and what we did to resolve that

        5    issue.

03:53   6                      Then that was made accessible to internal

        7    teams as well as clients so that they can, you know,

        8    check that database before they report an issue to see

        9    if there's already a resolution out there.

03:54  10        Q.    Okay.  So you would be putting together stuff

       11    kind of based on your experience or the issues you were

       12    seeing, and then --

03:54  13        A.    In support.

03:54  14        Q.    -- the ICs or PMs could use that to resolve

       15    issues that they were encountering with an ExecuTime

       16    implementation?

03:54  17        A.    Yes.

03:54  18        Q.    There's a bullet point that says, "Provide

       19    non-billable informational sessions by webinar to

       20    implementation consultants or their clients."

03:54  21                      Do you recall informational sessions that

       22    you -- or webinars that you participated in?

03:54  23        A.    Yes.

03:54  24        Q.    Can you tell me about those?

03:54  25        A.    Sure.  Just, you know, as I'm working a ticket,

Talia N. Harrison - 1/19/2022

1   sometimes I would connect with the implementation
2   consultant so they could show me.  If a ticket didn't
3   have enough details or screenshots or whatever, I would
4   connect with the IC to assist them with troubleshooting
5   whatever issue or setup they were needing.

03:55   6       Q.   Did you ever connect with clients to assist
7   them with any troubleshooting or setup?

03:55   8       A.   Only when management asked me to, yes.

03:55   9       Q.   So there were, I guess, situations where you
10   would be brought in by management to connect with a
11   client to help with troubleshooting?

03:55  12       A.   That's correct.

03:55  13       Q.   And these were kind of just, like, impromptu
14   sessions that occurred as needed?

03:55  15       A.   Yes.

03:55  16       Q.   And then there's a bullet down here that says,
17   "Assist with demonstrations and attend demonstrations to
18   expand knowledge of Tyler products.  In some instances
19   may conduct demonstrations to perspective clients."

03:56  20            Can you tell me about the responsibilities
21   that you had with that bullet point?

03:56  22       A.   Which number bullet point is that?

03:56  23       Q.   It's -- I apologize.  It wasn't on the screen.
24   Here it is.

03:56  25       A.   Oh, okay.

Talia N. Harrison - 1/19/2022

03:56 1    Q.    "Assist with demonstrations."

03:56 2    A.    (Reviewing document.)   I don't recall doing any
3    of that.

03:56 4    Q.    And then there's this bullet point about
5    "Respond to module- or system-specific questions in
6    proposal documents."

03:56 7          Can you tell me about that?

03:56 8    A.    I don't recall doing that either.

03:57 9    Q.    Then there's a bullet point that says, "May
10    assist the implementation field staff with conversion."

03:57 11          Tell me about that.

03:57 12    A.    I don't recall doing that.   I didn't do
13    conversions.

03:57 14    Q.    Did you ever go on-site other than the one time
15    that we talked about already?

03:57 16    A.    No.   Not in this position, no.

03:57 17    Q.    Then there's a bullet here that says, "Provide
18    follow-up assistance to clients on highly complex
19    applications or processes, as necessary."

03:57 20          Tell me about the interactions that --
21    with clients.

03:57 22    A.    Usually it was just connecting with the client
23    so they could show me exactly what issue they were
24    running into so that I could make my own notes and then
25    go back and either troubleshoot the issue or pull in

Talia N. Harrison - 1/19/2022

1    other teams to assist.

03:58    2         Q.    What other teams would you pull in?

03:58    3         A.    Could be development.  I worked a lot with our

4    development team.  I worked a lot with the TSM team,

5    which is the technical services management team.

03:58    6         Q.    Any other team?

03:58    7         A.    That's it.

03:58    8         Q.    How would you know when you needed to loop in

9    the TSM or development team?

03:58   10         A.    Usually if it was an application

11    functionality-type deal, that would be development.  And

12    if it was a hardware issue, that would be technical

13    services management team.

03:59   14         Q.    And were there issues that you were able to

15    resolve on your own without bringing in other teams?

03:59   16         A.    In some cases, yes.

03:59   17         Q.    Tell me about those.

03:59   18         A.    You know, some of it was just questions about,

19    you know, what options we offer as far as how certain

20    policies can be configured.  A lot of times the ICs or

21    PMs would already have setup done but something wasn't

22    quite working correctly.  So, you know, I'd be able to

23    log in and identify there was just a quick setting that

24    hadn't been enabled or that needed to be disabled.

04:00   25         Q.    So was it a requirement for this position that

Talia N. Harrison - 1/19/2022

```
  1   you be highly experienced in ExecuTime?
04:00  2       A.   I mean, it wasn't expressed to me in that way,
  3   so I can't say yes or no to that.
04:00  4       Q.   In your opinion, could someone have done the
  5   implementation analyst position that you held without
  6   being highly experienced in ExecuTime?
04:00  7       A.   I don't know.
04:01  8       Q.   When an implementation consultant or a project
  9   manager contacted you to say something wasn't working,
 10   maybe a setting wasn't enabled or disabled, how were you
 11   able to guide them to the solution?
04:01 12       A.   I would usually create steps directing them to
 13   the area of the application they needed to make the
 14   correction.
04:01 15       Q.   And the steps that you would create to provide
 16   to them, was that based upon your knowledge of the
 17   ExecuTime software?
04:01 18       A.   Yes.
04:01 19       Q.   As an implementation analyst, you helped, I
 20   guess, troubleshoot or find solutions to these issues so
 21   that the implementation schedule would not be disrupted?
04:02 22       A.   Yes, that's correct.
 23              (Exhibit 21 marked.)
04:02 24       Q.   Okay.  I have marked what will be Exhibit 21.
 25   Do you see that in front of you, Ms. Harrison?
```

Talia N. Harrison - 1/19/2022

| | | |
|---|---|---|
| 04:02 | 1 | A.   Yes, I see that. |
| 04:02 | 2 | Q.   And are you familiar with Exhibit 21? |
| 04:03 | 3 | A.   Yes. |
| 04:03 | 4 | Q.   What is Exhibit 21? |
| 04:03 | 5 | A.   It looks like a report that was pulled from CMS |
| | 6 | regarding a ticket -- or CRM.  I was stating it |
| | 7 | incorrectly.  Sorry.  CRM.  Just documents of a ticket |
| | 8 | or a case that I had worked. |
| 04:03 | 9 | Q.   How did tickets come to you through CRM? |
| 04:03 | 10 | A.   There's a couple of ways.  They -- they |
| | 11 | could -- the PMs and ICs could go in and enter the |
| | 12 | ticket directly into CRM, or they could send an email |
| | 13 | to -- I don't remember the email address, but they could |
| | 14 | send an email to a specific email address for the |
| | 15 | analysts, and they would automatically create a ticket |
| | 16 | with basic information in CRM that would come to my |
| | 17 | queue. |
| 04:04 | 18 | Q.   So PMs and ICs that were looking for assistance |
| | 19 | could reach out to you directly? |
| 04:04 | 20 | A.   They weren't supposed to.  They were supposed |
| | 21 | to enter a ticket and follow that path so that tickets |
| | 22 | could be worked based on priority.  And then, you know, |
| | 23 | like I said, they could email this -- a group analyst |
| | 24 | email address, and it would create a ticket for them. |
| 04:04 | 25 | Q.   So they weren't supposed to, but they did on |

Talia N. Harrison - 1/19/2022

1    occasion?

04:04  2         A.    Yes.

04:04  3         Q.    Would these be PMs or ICs that you had worked

4    with previously who knew about your background?

04:04  5         A.    Yes.

04:04  6         Q.    So looking at Exhibit 21 -- and I can scroll

7    through it as you need -- what was the issue with this

8    ticket?

04:05  9         A.    It looks like they were having an issue with

10   the time and attendance application of ExecuTime

11   creating notifications.  I'd probably have to see more

12   of the details because there were different types of

13   notifications that ExecuTime did.

04:05 14         Q.    So let me scroll down, and let me know when

15   you've had a chance to review it.

04:05 16         A.    Okay.  (Reviewing document.)  Okay.  (Reviewing

17   document.)  All righty.  (Reviewing document.)  Okay.

18   (Reviewing document.)  Okay.  (Reviewing document.)  All

19   righty.

04:06 20         Q.    And it looks like it starts just repeating the

21   email chain and --

04:06 22         A.    It does, yeah.

04:06 23         Q.    So tell me a little bit more, after you've had

24   a chance to look at that, look at this, what the issue

25   exactly was.

Talia N. Harrison - 1/19/2022

04:06  1      A.    Sure.  So the way the security roles were
2   built, the security rules not only defined, you know,
3   the menus and the employee access, but it -- it's also
4   where you would define who would get an email
5   notification when certain functions within the
6   application were performed.  And so the issue was in --
7   in that configuration, in that setup.
04:07  8      Q.    And how were you able to determine that was
9   where the issue was?
04:07  10     A.    Just based off experience.
04:07  11     Q.    And so how did you resolve that issue?
04:07  12     A.    Just, you know, logged into the client's
13  system, reviewed the setup for the employee that was
14  provided, and I was able to easily see that the setup
15  was incorrect.
04:07  16     Q.    And then while you were logged in, would you
17  fix the setup so it was correct?
04:07  18     A.    In this instance, no.  I noticed as you were
19  scrolling that the issue was documented in their prod
20  system.  And so I would -- I would not make
21  configuration changes in a prod system.  I would provide
22  that feedback to the project manager or the IC that
23  reported it, and they would do what they needed to.
04:08  24     Q.    So you told them how to make that configuration
25  change?

Talia N. Harrison - 1/19/2022

```
04:08   1      A.    Say that one more time.   It kind of went out.
04:08   2      Q.    When -- so here you said it was a process.
        3   Since you wouldn't have done it yourself with the
        4   configuration change, you would have relayed to the PM
        5   or the IC how to make the configuration change?
04:08   6      A.    Correct.
04:08   7      Q.    It sounds like in other instances sometimes you
        8   would just make the configuration change?
04:08   9      A.    Right, if it was in a test environment.
04:08  10      Q.    And can you tell how this ticket came to you?
04:08  11      A.    Can I tell how it came to me?
04:08  12      Q.    Yeah.   Was this where someone had emailed the
       13   group email, or did it come in to you directly?
04:09  14      A.    Yeah, no, it looks like someone actually went
       15   in and manually entered the ticket in CRM.
       16                (Exhibit 22 marked.)
04:09  17      Q.    All right.   Ms. Harrison, I've introduced
       18   what's Exhibit 22.   Let me know after you've had a
       19   chance to look at it or if you need me to scroll down.
04:10  20      A.    Okay.   (Reviewing document.)   Okay, if you
       21   wouldn't mind scrolling down.   (Reviewing document.)
       22   Okay.   (Reviewing document.)   All righty.   (Reviewing
       23   document.)   Okay.   (Reviewing document.)   Okay.
       24   (Reviewing document.)   Okay. (Reviewing document.)
       25   Okay.   I think it's ...
```

Talia N. Harrison - 1/19/2022

04:11   1      Q.    So is Exhibit 22 another example of a CRM
        2   ticket you received as an implementation analyst?
04:11   3      A.    Yes.
04:11   4      Q.    And what was the issue with respect to this
        5   ticket?
04:12   6      A.    It was a user error, misunderstanding of -- a
        7   misunderstanding of how the filters are used.
04:12   8      Q.    And so how were you able to resolve this
        9   ticket?
04:12  10      A.    I provided, you know, suggestions for what
       11   should be used in the filter when trying to generate an
       12   exclusive list of a certain type of employees.
04:12  13      Q.    And the suggestion that you provided, was that
       14   based on your experience with ExecuTime?
04:12  15      A.    Yes.
04:12  16      Q.    And were you able to tell how this ticket came
       17   to you?
04:12  18      A.    It looks like it was a ticket that was created
       19   by the user, the implementation consultant.
04:13  20      Q.    Were there instances where an implementation
       21   consultant or a PM would reach out to you through teams
       22   with urgent issues?
04:13  23      A.    Yes.
04:13  24      Q.    What were examples of the kind of urgent issues
       25   that would merit a team meeting?

Talia N. Harrison - 1/19/2022

04:13 1      A.   They were in the process of going live and

2    having an issue with the payroll export.   They were

3    signing in to conduct a training of some sort, and the

4    ExecuTime application was not accessible, throwing

5    errors.   Some things that come off the top of my head at

6    the moment.

04:14 7      Q.   In a situation where someone contacted you with

8    issues going live and a payroll export not working,

9    what -- what would you do in response?

04:14 10     A.    Initially I would -- you know, I could be

11   working on what we would consider level one, critical

12   cases.   It just kind of depends on what I was doing at

13   that time.   And they let them know, Okay, you know, I've

14   got it noted.   Go ahead and enter the ticket with the

15   information.

04:14 16           And as soon as, you know, I wrap up with

17   whatever -- if I'm working on an existing critical

18   issue, then I would, you know, attend to that one next.

19   If I wasn't working on something that was critical at

20   that moment, then I would usually stop what I'm doing

21   and assist that -- assist that project manager or that

22   IC, and then I would later create the ticket, because

23   nine times out of ten, they were either in the middle of

24   training or they were on-site, you know, doing something

25   that -- that would prohibit them from being able to

Talia N. Harrison - 1/19/2022

1   create that case.

04:15   2        Q.   And so can you think of how in a certain

3   situation you have resolved an issue with an export

4   during go-live?

04:15   5        A.   Uh-huh.  Yeah, I can.

04:15   6        Q.   And how did you resolve it?

04:15   7        A.   A lot of times it was just by logging into the

8   system and there was a simple -- you know, not simple --

9   I won't say "simple," but there would be a setting.

10  Again, it's a setting that was missing, whether that be

11  in ExecuTime or on the payroll side.

04:15   12       Q.   And you said you don't want to use the word

13  "simple," but to you, I mean, given the experience you

14  had with ExecuTime, it was simple, yeah.

04:16   15       A.   Yes, uh-huh.

04:16   16       Q.   What would you do if you came to an error --

17  someone had reached out to you with a ticket that you

18  couldn't resolve?  How would you, I guess, escalate it

19  if you weren't able to resolve it?

04:16   20       A.   I would either create another -- a sub-CRM

21  ticket for the technical services team to assist, and I

22  would tie that ticket to my existing ticket, or if it

23  was something that needed to go to development, I had a

24  different system that I would have to use to create a

25  development ticket.

Talia N. Harrison - 1/19/2022

04:16  1           And then typically there were requirements
     2     that needed to be on that ticket if I was escalating it
     3     to the technical team or development.  So, you know,
     4     screenshots, exact sets to replicate the issue type of
     5     thing.
04:17  6        Q.   And you would be able to use your judgment as
     7     to which team would be appropriate to get that
     8     subticket?
04:17  9        A.   Usually.  I mean, if not, I would just -- I
    10     would go to Kayla.  And I did, you know, lean on Kayla
    11     quite a bit for that initially.
04:17 12        Q.   Was Kayla your supervisor the entire time you
    13     were there?
04:17 14        A.   The entire time I was in the analyst position,
    15     yes, ma'am.
04:17 16        Q.   Yes.  Sorry.
04:17 17        A.   Uh-huh.  No worries.
04:17 18        Q.   I should have -- the entire time you were an
    19     implementation analyst?
04:17 20        A.   Yes.
04:17 21        Q.   Did anyone report to you when you were an
    22     implementation analyst?
04:17 23        A.   No.
04:17 24        Q.   Was there anyone that you provided feedback to
    25     about their performance while you were an implementation

Talia N. Harrison - 1/19/2022

```
      1    analyst?
04:18 2         A.   Not that I recall.
      3              (Exhibit 23 marked.)
04:18 4         Q.   All right.  Ms. Harrison, I've shared with you
      5    what will be Exhibit 23.  Do you see that in front of
      6    you?
04:18 7         A.   I do.
04:18 8         Q.   And I can scroll through this for you as you'd
      9    like.  Just let me know when you need me to.
04:18 10        A.   All righty.  (Reviewing document.)  Okay, I'm
      11   ready.  (Reviewing document.)  I'm ready.  (Reviewing
      12   document.)  Okay, I'm ready.  (Reviewing document.)  I'm
      13   ready.  (Reviewing document.)  Ready.
04:20 14        Q.   And we can certainly go through this whole
      15   thing if you want to.  It's 63 pages.
04:20 16        A.   Right.
04:20 17        Q.   I just want to make sure I've given you enough
      18   of it to make sure you're familiar with what this
      19   document is.
04:20 20             Do you recognize it after what we've gone
      21   through, or do you want to keep going through it?
04:20 22        A.   No.  I recognize it.  It took a minute.  It
      23   looks like these are screenshots from Confluence.
04:20 24        Q.   Okay.  Yeah.  So what is Confluence?
04:20 25        A.   It was a repository for just client
```

Talia N. Harrison - 1/19/2022

1    information, or, you know, we stored client documents
2    there, but then there was also -- the analyst team had
3    an analyst page that we would, you know, document
4    different things that were going on with the analyst
5    team.  There may be tips and tricks on how to handle
6    different issues.
04:20  7              What you have on the screen here was a
8    representation of fixes that were coming down the line
9    and a ticket number that those fixes were attached to so
10   that users can go read up on it and get familiar with it
11   and know what version it would be fixed in, that type of
12   thing.
04:21  13        Q.   So was this document -- or Confluence as it
14   existed, I guess, maybe on the Internet, was it a
15   resource document for implementation analysts, or was it
16   also for the implementation consultants and project
17   managers?
04:21  18        A.   It was designed for the implementation
19   consultants and project managers, from what I
20   understand.  They had this in place when I joined the
21   team.
04:21  22        Q.   And was this kind of like a living document,
23   where it would be updated as different issues came in
24   and were identified?
04:21  25        A.   Yes, that's correct.

Talia N. Harrison - 1/19/2022

04:21  1        Q.   How would it be updated?

04:21  2        A.   We -- we all had access to it, and so it was --
3    you know, we all had access to the Confluence space, and
4    so a lot of it would be maintained by Kayla.  She
5    enjoyed doing it.

04:22  6             And then when there were -- you know, if
7    there were things that I ran into where I thought would
8    be a benefit to ICs or PMs, I would usually meet with
9    her to get her discretion on whether it was suitable or
10   not, and -- and we would work together to add that to
11   the -- the page.

04:22 12        Q.   Okay.  So based on what you were seeing as an
13   implementation analyst, you might have an idea for
14   something to be added, and you'd suggest it to Kayla,
15   and then you-all would work together on getting it
16   incorporated?

04:22 17        A.   Correct.  There were -- there were so many
18   pieces to this Confluence page.  There were some things
19   that I could just go at, and then there were others that
20   I would need to meet with Kayla and get approval on that
21   first.

04:22 22        Q.   And why if you -- did you have a sense of which
23   things created -- which additions would require approval
24   and which ones wouldn't?

04:22 25        A.   Would you mind asking the question again?

Talia N. Harrison - 1/19/2022

1    and then also being on-site.  I don't know what
2    percentage that would be.
04:24  3         Q.    What would you say took up the majority of your
4    time as an implementation analyst?
04:25  5         A.    Caseload.  The number of cases that were coming
6    in from the project managers and IC, as well as the
7    number of cases that were existing at the time I joined
8    the team.
04:25  9         Q.    And that would be in the form of either the CRM
10   tickets or I- -- ICs and PMs reaching out to do team
11   meetings?  That is kind of what you mean by "caseload"?
04:25  12        A.    Yes, ma'am.
04:25  13        Q.    And how much of your time would you say that
14   took up?
04:25  15        A.    More than a hundred percent.
16                    (Exhibit 24 marked.)
04:26  17        Q.    Okay.  Ms. Harrison, I've introduced what will
18   be Exhibit 24.
04:26  19        A.    Okay.
04:26  20        Q.    Do you have that in front of you?
04:26  21        A.    I do.
04:26  22        Q.    And are you familiar with Exhibit 24?  Bigger
23   for you.
04:26  24        A.    Oh, thank you.  Yes, I am familiar with it.
04:26  25        Q.    And is Exhibit 24 the alternative work schedule

Talia N. Harrison - 1/19/2022

1    reported and an article was created, it would come up

2    and usually produce steps to resolve that issue or give

3    them knowledge of the fact that it's a known issue and

4    when it's expected to be corrected.

04:35    5         Q.    What about "OE sessions"?

04:35    6         A.    "OE sessions"?  Those are the -- me going to

7    Maine to conduct ExecuTime training sessions.

04:35    8         Q.    What does "OE" stand for, if you know?

04:35    9         A.    Ongoing education.

04:35    10        Q.    And what about the "'ExecuTime 101' training

11   sessions"?

04:35    12        A.    I'm not really sure what that -- I believe that

13   that's going to be -- that was, you know, just me

14   meeting independently with PMs or ICs as they reported

15   issues, and training them, you know, on -- wait.  Sorry

16   for the noise, if you can hear that in the background.

04:36    17               There were forums that I would have to

18   host, like, just quick, 30-minute to an hour forums that

19   would take place every quarter.  And during that forum,

20   we would come up with content that would need to be

21   discussed on that forum.  Usually it's new functionality

22   or, hey, this is what's new on our analyst Confluence

23   page, that type of thing.

04:36    24        Q.    So they're kind of educational events?

04:36    25        A.    Yes, ma'am.  Uh-huh.

Talia N. Harrison - 1/19/2022

04:36 1      Q.    And who would be hosting those?

04:36 2      A.    Various implementation consultants -- I'm

3    sorry, analysts.   Implementation analysts.   I would host

4    for -- I would host for the ExecuTime forums, and then

5    other analysts would host for their product.

04:37 6      Q.    And the attendees would be the PMs and ICs?

04:37 7      A.    That is correct.   Directors.

04:37 8      Q.    And then under the --

04:37 9      A.    Anyone who wanted to attend.   I'm sorry.

04:37 10     Q.    No, no, no.   I did not mean to cut you off.

11   That was my fault.

04:37 12            So under the core competencies, for job

13   knowledge, you were ranked "high solid."   And it looks

14   like Kayla said, you know, that you -- if you didn't

15   know the answer, you were willing to dig to find it and

16   work the issue.

04:37 17            What did you understand her to mean by

18   that?

04:37 19     A.    You know, that I pretty much would go above and

20   beyond to find the -- you know, find the answer or, you

21   know, figure out who could provide the answer to the

22   client and/or implementation team.   Researching, uh-huh.

04:37 23     Q.    So I know we've talked about when you'd bring

24   in the other teams.   How would you find the answer or

25   research when you -- if you didn't bring them in to find

Talia N. Harrison - 1/19/2022

1    a solution?

04:38   2        A.    I wasn't the only one creating KCS articles.
3    There was multiple departments and teams that were doing
4    that.  So I would also search KCS.  I would search CRM
5    to see if the issue has been reported before.  I would
6    search portals for documentation.  Some things, I would
7    have to log in to a beta instance and actually test
8    myself, try to recreate the issue, and talking to TSM
9    and dev.  Those are a few different things that I would
10   do to try to find resolution.

04:38   11       Q.    And under "Decision Making," she rated you
12   "solid" and said, "Talia knows when to seek intervention
13   and when to work on an issue on her own."

04:38   14              What did you understand of when you needed
15   to seek intervention for an issue?

04:39   16       A.    When an issue became a showstopper or -- for
17   the client or it was going to interfere with project
18   timelines, budgets and things of that nature.

04:39   19       Q.    It looks like here under "Work Quantity &
20   Quality" you were rated a "high solid."  And Kayla said,
21   "She has taken it all well and continued to provide
22   consistent feedback and solutions to her clients."

04:39   23              So that would be the PMs and the ICs as
24   your clients?

04:39   25       A.    Yes.

Talia N. Harrison - 1/19/2022

04:39   1       Q.    And the feedback and solutions would be, I
2       guess, resolving the issues as they came to you as far
3       as ExecuTime implementations?
04:39   4       A.    Yes.
04:40   5       Q.    And then under "Teamwork," you were rated
6       "solid."  And at the end of it, she says, "Over the
7       course of the upcoming year, Talia will use her
8       leadership skills to help improve processes in the team
9       and relationships with both internal teammates and
10      teammates in other divisions or departments."
04:40   11              What did you understand Kayla to be
12      referencing there?
04:40   13      A.    Just, you know, Kayla used to -- she would
14      always tell me that I, you know, brought leadership to
15      the table, and she always encouraged me to, you know,
16      use that to help create policy -- not policies, but more
17      so just suggestions on handling, you know, the types of
18      issues that were coming -- that came up in cases.  You
19      know, I can't really say exactly what she meant, but I
20      do know she used to speak of, you know, my leadership
21      skills quite often.
04:41   22      Q.    Did she tell you specifically, like, what she
23      thought demonstrated your leadership skills?
04:41   24      A.    I don't recall her words exactly, no.
04:41   25      Q.    You said she was encouraging you to use, I

226

Talia N. Harrison - 1/19/2022

```
 1    interacting with PMs and ICs, but it did sound like,

 2    when we talked about it earlier, sometimes you would

 3    interact with the clients directly?

 4         A.   That is correct, uh-huh.

 5         Q.   When you were a project manager, did you -- you

 6    also received performance evaluations?

 7         A.   Yes.

 8         Q.   Did you meet with your manager to discuss

 9    those?

10         A.   Yes.

11         Q.   Do you recall any of the performance

12    evaluations disagreeing with any of the feedback you had

13    received?

14         A.   No.

15         Q.   And then you resigned your employment on

16    June 17th, 2021; is that right?

17         A.   Yes, ma'am.

18         Q.   And did you have another job in place when you

19    resigned?

20         A.   Yes.

21         Q.   And where was that?

22         A.   It's called Aderant.

23         Q.   How do you spell that?

24         A.   A-d-e-r-a-n-t.

25         Q.   And where is that located?
```

Talia N. Harrison - 1/19/2022

| | | |
|---|---|---|
| 04:44 | 1 | A.   Their main office is Atlanta, Georgia. |
| 04:44 | 2 | Q.   And did you work remotely? |
| 04:44 | 3 | A.   I do, uh-huh. |
| 04:44 | 4 | Q.   Are you still working with them currently? |
| 04:44 | 5 | A.   Yes. |
| 04:44 | 6 | Q.   And what's your position with Aderant? |
| 04:44 | 7 | A.   I'm an associate project manager. |
| 04:44 | 8 | Q.   And is your position as an associate project |
| | 9 | manager classified as exempt under the FLSA? |
| 04:45 | 10 | A.   Yes. |
| 04:45 | 11 | Q.   And when you applied for the job with Aderant, |
| | 12 | did you have an updated version of your résumé that you |
| | 13 | used? |
| 04:45 | 14 | A.   I did touch up my résumé, yes. |
| 04:45 | 15 | Q.   And do you have a copy of that updated version |
| | 16 | of your résumé? |
| 04:45 | 17 | A.   I cannot find it. |
| 04:45 | 18 | Q.   And how did you learn about the job opportunity |
| | 19 | with Aderant? |
| 04:45 | 20 | A.   Suzanne Greene. |
| 04:45 | 21 | Q.   Does she currently work there? |
| 04:45 | 22 | A.   She does. |
| 04:46 | 23 | Q.   What damages are you seeking in your lawsuit? |
| 04:46 | 24 | MR. HERRINGTON:  I'm going to object to |
| | 25 | the form.  It's vague. |

Talia N. Harrison - 1/19/2022

04:58   1      Q.   Okay.  So I want to know, you know, as an

  2  implementation analyst --

04:58   3              MR. HERRINGTON:  This is Rudy, by the way.

04:58   4      Q.  As an implementation analyst, how many hours a

  5  week were you working in an average week, if you can --

  6  if you can tell me about -- if there is such a thing,

  7  and how do you know?

04:58   8      A.   So on average, I was working a minimum of 60 to

  9  65 hours a week.  And I know because there's -- I know

 10  that there's emails and documentation showing that I was

 11  working until the wee hours of the night and sometimes

 12  even into the early morning hours.

04:59  13      Q.  And you're talking about the time period you

 14  were an implementation analyst?

04:59  15      A.   I'm sorry.  I'm sorry.  I'm talking about

 16  the -- in the project management role.

04:59  17             In the analyst role, yes, there were

 18  multiple times, weekly, daily, where I was having to

 19  work into the evening just to keep up with the caseload

 20  and to make sure that trainings weren't impeded because

 21  they're not getting responses from me.  You know, we

 22  couldn't have ICs canceling training because they

 23  weren't getting what they needed from me.  And I was the

 24  only one supporting the entire IC and project management

 25  team when it came to ExecuTime.

Talia N. Harrison - 1/19/2022

1  weekend?

05:03  2      A.   Always, every weekend.  Every -- every weekend
3  I -- I was working.

05:03  4      Q.   Were you working on the weekends at all when
5  you were an implementation analyst?

05:03  6      A.   I would, yes.  I did, uh-huh.

05:03  7      Q.   Earlier you used the term -- and I say
8  "earlier."  I mean much earlier today, you used the term
9  "managing the budget."

05:03  10     A.   Sure.

05:03  11     Q.   What did -- what does "managing the budget"
12  mean?

05:03  13     A.   Just making sure that as we're completing
14  different tasks throughout the implementation life
15  cycle, that we're not exceeding the number of hours
16  purchased in the contract.  And then, of course, you
17  know, making -- you know, monitoring it so where if we
18  get too close to a specific number in that budget, that,
19  you know, we're reaching out and discussing, you know,
20  the need for additional hours.

05:04  21     Q.   Were there any guidelines in place for what
22  constituted too close to the -- to the limit?

05:04  23     A.   No.  Everybody kind of had their own thing.

05:04  24     Q.   Okay.  And did you see anything about the
25  budget other than the number of implementation

Talia N. Harrison - 1/19/2022

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                        SHERMAN DIVISION
 3   TALIA N. HARRISON,           *
                                  *
 4         Plaintiff,             *
                                  *
 5   vs.                          *    No. 4:21-cv-00607-ALM
                                  *
 6   TYLER TECHNOLOGIES, INC.,    *
                                  *
 7         Defendant.             *
 8
 9         *******************************************
                   REPORTER'S CERTIFICATION
10          ORAL AND VIDEOTAPED DEPOSITION OF
                      TALIA N. HARRISON
11                   JANUARY 19, 2022
           *******************************************
12
13         I, LEAH K. OSTEEN DOW, Certified Shorthand
14   Reporter in and for the State of Texas, hereby certify
15   to the following:
16         That the witness, TALIA N. HARRISON, was duly
17   sworn by me and that the transcript of the oral
18   deposition is a true record of the testimony given by
19   the witness;
20         I further certify that pursuant to FRCP Rule
21   30(f)(1) that the signature of the deponent:
22         _XX__ was requested by the deponent or a party
23   before the completion of the deposition and is to be
24   returned within 30 days from date of receipt of the
25   transcript.  If returned, the attached Errata contain
```

Talia N. Harrison - 1/19/2022

1    any changes and the reasons therefor;

2              ____ was not requested by the deponent or a

3    party before the completion of the deposition.

4              I further certify that I am neither counsel

5    for, related to, nor employed by any of the parties or

6    attorneys to the action in which this proceeding was

7    taken.  Further, I am not a relative or employee of any

8    attorney of record in this cause, nor am I financially

9    or otherwise interested in the outcome of the action.

10             Ms. Brown - 6 hours, 23 minutes

11             Mr. Herrington - 0 hours, 12 minutes

12             Subscribed and sworn to on this the 26th day

13   of January, 2022.

14

15

16

17

18   _____
     LEAH K. OSTEEN DOW, Texas CSR
     Certification expires:  4/30/2023

19   Firm Registration No. 392
     Osteen & Associates Reporting Services

20   313 Northglen Dr.
     Hurst, Texas  76054-3024

21   (817) 498-9990
     osteenreporting@gmail.com

22

23

24

25