# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| **Plaintiff,** | : | |
| | : | **No. 4:21-cv-00607-ALM** |
| **vs.** | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| **Defendant.** | : | |

**DECLARATION OF JAMIE BURNS**

1. My name is Jamie Burns, I am over the age of 21, of sound mind, and capable of making this declaration. The facts stated herein are true and correct and are based on my personal knowledge.

2. I work for Tyler Technologies, Inc. ("Tyler"). Currently, I work as the Manager of Professional Services. Before working as Manager of Professional Services, I worked as an Implementation Manager from June 2016 through May 2017. The Implementation Manager reports to the Manager of Professional Services & Support. Implementation consultants and project managers report to the Implementation Manager, but implementation consultants also have a dotted line reporting relationship to project managers. Implementation consultants and project managers are all full-time employees and were full time employees when Talia Harrison ("Ms. Harrison") worked under my supervision in my roles as Manager of Professional Services & Support and Implementation Manager.

3. I also worked with Ms. Harrison before Tyler acquired ExecuTime. Before the Tyler acquisition, Ms. Harrison held the Implementation Manager role at ExecuTime. Around the time that Tyler acquired ExecuTime in June 2016, I took over the Implementation Manager role

and Ms. Harrison was moved to a Senior Project Manager role.

4. The process of transitioning a Tyler client from their old timekeeping practices to ExecuTime is accomplished through a detailed and carefully coordinated implementation process. Implementations are typically staffed with an implementation consultant and a project manager, although other resources such as development and technical support are also involved in most implementations.

5. At the beginning of an implementation, project managers are in charge of preparing a high-level project plan, conducting initial post-contract meetings with the client, and establishing an initial project schedule. The documents project managers create at the beginning of an implementation include an implementation timeline and a solution design. A sample solution design created by Ms. Harrison is attached as **Exhibit A**.

6. A successful implementation requires a project manager to carefully consider both the client's software needs and preferences as well as the client's existing systems. After the project manager has built out the framework for the implementation based on the client's needs and existing operations, the day-to-day responsibility for the implementation is transferred from the project manager to the implementation consultant.

7. The project manager remains involved throughout the implementation and regularly responds to client concerns or issues that may arise during an implementation that the implementation consultant is unable to resolve. Project managers typically are clients' main point of contact when there is a problem during an implementation.

8. Ultimately, the implementation culminates in a "go live" date at which the client is transitioned from their old timekeeping system to exclusively using ExecuTime to run their payroll functions, which includes tracking employees' hours and overtime, scheduling employees,

managing employees' time off.

9. Project managers are responsible for tracking the progress of the implementation against the assigned schedule. Keeping an implementation on schedule is crucial. Often, Tyler's clients will have purchased multiple Tyler products, each of which has its own implementation schedule. Before starting the implementations, Tyler will map out an implementation schedule based on all of the products purchased. As a result, if an ExecuTime implementation is delayed, it will have a cascading effect of delaying other product implementations. Ms. Harrison was responsible for ensuring that the ExecuTime implementations she managed stayed on track for completion within the planned timeframe.

10. Project managers such as Ms. Harrison were and are also responsible for the implementation budget. Each implementation has a set amount of hours. Project managers track the time worked against the allocated hours to ensure the client and Tyler know how many hours remain. If a client was close to running out of hours, I expected Ms. Harrison to let me know and I would work with Ms. Harrison to determine why the hours were insufficient given the scope of the remaining implementation tasks.

11. Implementations are major projects for Tyler. Implementations can last several months, if not more than a year. The success of an implementation has a major impact on Tyler's operations. If a product is not successfully implemented, the client is unable to use the Tyler product.

12. Ms. Harrison did not develop the ExecuTime software and was not responsible for selling the software to Tyler's clients. Rather, Ms. Harrison's main job duties (and those that were most important to Tyler) were to ensure the success of an implementation from start to finish. Ms. Harrison would accomplish this by driving the implementation and navigating any road blocks

that came up during an implementation. Road blocks during an implementation could include missed deadlines, reworking the implementation timeframe, product issues, resolving client concerns, and managing implementation consultants' performance as well as their day to day assignments. Ms. Harrison resolved product issues that occurred during an implementation by either using her experience with ExecuTime or by scheduling additional resources (e.g., development, technical support) to resolve an issue, if needed.

13. Ms. Harrison also would need to adjust the implementation timeline during an implementation for a variety of reasons. For example, if the development team did not install the software on the client's server as scheduled, Ms. Harrison would adjust the deployment task in the timeline, which would then require adjusting all of the remaining timeline tasks. As another example, if a client did not meet their deadline to complete a task, the entire timeline would need to be adjusted. Ms. Harrison also had the discretion to adjust a go live date, if necessary. I would expect Ms. Harrison to let me know if she did so, but I trusted her to change a go live date.

14. Ms. Harrison was responsible for any change to a go live date. For example, she would be responsible for coordinating with the relevant department to resolve why the go live date had to be adjusted. If the go live was delayed because the system did not install, Ms. Harrison would reschedule the install date by working with the deployment team and the client. It was Ms. Harrison's responsibility to ensure that the client signed off on the rescheduled date and that the client's legacy payroll system would remain functional in the interim.

15. Ms. Harrison worked with multiple implementation consultants during her time as a Senior Project Manager. While project managers and implementation consultants were typically paired together as a team, Ms. Harrison requested that I assign her an additional implementation consultant because of her workload and because she wanted more management duties. As a result,

I assigned Ms. Harrison a second implementation consultant.

16. Implementation consultants were and are assigned to implementations based on their availability. If the implementation consultants assigned to Ms. Harrison were busy, another implementation consultant would be paired with her to work on an implementation. This happened on several occasions due to the implementation consultants' workload and the number of implementation consultants hired during Ms. Harrison's time as a Senior Project Manager. As a result, Ms. Harrison worked with a number of different implementation consultants during her time as a project manager.

17. I expected Ms. Harrison to manage the performance of the implementation consultants with whom she worked and supervised. When an implementation consultant did not perform as expected, Ms. Harrison was responsible for addressing any client concerns and for making sure that the implementation consultant's work was completed.

18. I relied on Ms. Harrison when disciplining and counseling implementation consultants. In one instance, I moved an implementation consultant off of Ms. Harrison's implementations and coached the implementation consultant based on the feedback I received from Ms. Harrison regarding the implementation consultant's performance. On another occasion, I put an implementation consultant on a performance improvement plan based on Mrs. Harrison's recommendation and the feedback I received from Ms. Harrison regarding his performance.

19. I have also relied on Ms. Harrison when completing performance evaluations for implementation consultants. I recall asking Ms. Harrison to complete a performance evaluation for an implementation consultant and then relying on her comments to complete and deliver the final performance evaluation.

20. I also relied on Ms. Harrison's feedback when it came to hiring implementation

consultants. Ms. Harrison would conduct second-level interviews of candidates and then provide her feedback. I relied on that feedback to make hiring decisions. On more than one occasion, I hired an implementation consultant based on Ms. Harrison's feedback.

21. For ExecuTime, a Senior Project Manager is a promotion from project manager, and the Senior Project Manager role both provides for additional compensation and involves additional responsibilities. For example, as a Senior Project Manager, Ms. Harrison handled more implementations than other project managers because her experience allowed her to competently prioritize implementations. As a result, she also worked with multiple implementation consultants. In addition, the two Senior Project Managers for ExecuTime (Ms. Harrison and one other employee) were subject matter experts on ExecuTime. Both had worked with ExecuTime before the Tyler acquisition and had a greater product knowledge than other project managers. As a result, Senior Project Managers would resolve high-level product issues during an implementation. Other project managers did not have the necessary knowledge of ExecuTime to resolve high-level product issues during an implementation and had to rely on a Senior Project Manager, such as Ms. Harrison, or another resource. Senior Project Managers also helped train implementation consultants given their high-level of knowledge of ExecuTime.

My name is Jamie Burns. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Faulkner County, State of Arkansas, on the 9th day of February, 2022.

Jamie Burns

Jamie Burns

# EXHIBIT A

## H.4 ExecuTime Statement of Work

### H.4.1 Executive Summary

#### H.4.1.1 Project Overview

The City-Parish intends to utilize ExecuTime Software to provide a Time & Attendance solution throughout the City-Parish. The project will result in the implementation of an integrated Workforce Management system that will integrate Tyler Technologies Munis Payroll application, and support the City-Parish's workforce policies and activities, take advantage of best practices, and significantly improve the efficiency and effectiveness of City-Parish's processes related to employee timekeeping.

#### H.4.1.2 Project Criteria for Success

City-Parish has defined the following project success factors that represent primary goals for the project and will be used to communicate both the expected benefit of the savings and the vision for the City-Parish.

- Streamline business processes to improve efficiencies and employee productivity
- Reduce duplicate data entry
- Increase employee data accuracy
- Enable appropriate information to be shared among departments
- The project is conducted in an open, communicative, and cooperative manner
- Establish clear, unbiased decision making criteria and communicate the decision making process
- Ensure that the unique needs of the City-Parish are defined and communicated with the vendors: ExecuTime Software and Tyler Technologies.
- Vendor solutions incorporate best practices
- Obtain buy-in from key City-Parish stakeholders early in the process
- Consider end-user input in the decision-making process to ensure long term acceptance of changes to business process and systems

### H.4.2 Project Scope

The project scope in this document will act as preliminary plan until further understanding of the City-Parish's current procedures are obtained by ExecuTime solution architect(s) and a delivery process for the subsequent implementation project can be established.

This Scope of Work document includes:

- An overview of system functionality
- Project Approach
- Assurances for the City-Parish

H.4.2.1 Module Scope and Phasing

The scope of modules included in this project includes the following ExecuTime and Munis software products that will be jointly analyzed as it relates to time and attendance design/business process review. The ExecuTime implementation will take place in advance of the Payroll/HR phase of the Munis implementation timeline.

| ExecuTime Phase | Functional Areas | Modules/Activity | Start Date | Completion Date | Assumptions |
|---|---|---|---|---|---|
| 1 | **ExecuTime, Project Scope** | • ExecuTime™ Software Agreement executed<br>• ExecuTime Time & Attendance, , & Mobile Access licenses granted | July 2016 | July2016 | |
| 2 | **ExecuTime Discovery & Installation** | • ExecuTime Design/Project Plan finalized and accepted<br>• Initial High Level BPR Discovery | September 2017 | January 2018 | • ExecuTime Server available for license deployment<br>• ExecuTime software installed |
| 3 | **ExecuTime, Solution Design** | • ExecuTime software configured | January 2018 | February 2018 | • Munis Payroll Test Server Available<br>• General payroll config completed (pay codes, GL structure, project costing codes) |
| 4 | **ExecuTime, Implementation** | • ExecuTime training<br>• ExecuTime go-live checklist tasks documented | March 2018 | September 2018 | |

| ExecuTime Phase | Functional Areas | Modules/Activity | Start Date | Completion Date | Assumptions |
|---|---|---|---|---|---|
| 5 | **ExecuTime, Production** | • ExecuTime deployment complete<br>• Post-live support | October 2018 | October 2018 | |

H.4.2.2 Shift Differential Requirements

ExecuTime will configure the shift differential module to adhere to the rules governing employees in the Classified Service of the City-Parish per Council ordinance as provided below.

ExecuTime will provide the type of time and duration of time for each shift differential code to be passed to Tyler Munis within the ExecuTime Move to Payroll (MTP) process for payroll processing rates of pay within the Tyler Munis Payroll module.

**Shift Differential:**

1. An employee assigned to and working a shift beginning between 2:00 pm and 11:00 pm, which is considered the second shift, will be paid a shift differential of seventy-five cents ($.75) per hour for all hours worked on that shift and consecutive hours worked beyond the normal end of that shift.

2. An employee assigned to and working a shift beginning between 11:00 pm and 7:00 am, which is considered the third shift, will be paid a shift differential of one dollar and twenty-five cents ($1.25) per hour for all hours worked on that shift and consecutive hours worked beyond the normal end of that shift.

3. An employee assigned to and working a 12-hour shift beginning between 5:00 pm and 7:00 pm will be paid a shift differential of one dollar ($1.00) per hour for all hours worked on that shift and consecutive hours worked beyond the normal end of that shift

**Hourly Premium:**

1. For classifications, departments, and divisions recognized by the Local 21LA SEIU contract, an employee assigned to and working a shift that includes any hours from 3:00 pm to 11:00 pm will be paid an hourly premium of seventy-five cents ($.75) for each such hour worked on that shift.

2. In the department of Juvenile Services only, an employee assigned to and working a shift that includes any hours from 11:00 pm to 7:00 am will be paid an hourly premium of one dollar and twenty-five cents ($1.25) for each such hour

Functionality Commitment:

Both ExecuTime and the City-Parish commit to provide necessary internal resources and subject matter experts during the design, test and deployment of this functionality. This includes providing input during scheduled brainstorm sessions, assisting with use case construction and testing proof of concept design.

ExecuTime Software Responsibilities Include:

- Provide a Project Manager Resource
- Deliver Proof of Concept documentation for review
- Establish a timeline for feature delivery once Proof of Concept is approved

City-Parish Responsibilities include:

- Establish a design team
- Functionality requirements of each feature
- Main flow of events for each feature
- Special requirements for each feature
- Design team reviews proof of concept and provides approval

ExecuTime reserves the right to exercise discretion on screen design and feature construction based on existing technology architecture, business and competitive benefit and customer user experience factors.

H.4.2.3 Data Conversion Scope

The implementation of ExecuTime assumes there will be no data conversion of history from prior timekeeping records.

H.4.2.4 Standard Import and Export Scope

The standard file layouts and methods will be used for each interface. For each standard interface, ExecuTime requires an active support agreement with the ExecuTime Munis system and for the City-Parish to be on a version actively supported by the manufacturer/developer of the product installed.

Standard Imports from Munis to ExecuTime:

1. Employee Import/Sync
2. Leave Accrual Balance Import/Sync
3. Job Costing Import/Sync

Standard Exports from ExecuTime to Munis:

1. Pay period end time card detail

H.4.2.5 Deliverables

ExecuTime will provide the Deliverables identified throughout this statement of work. Deliverables will be submitted as a work product for City-Parish.

| Deliverable | ExecuTime Phase | Purpose |
| --- | --- | --- |
| Implementation Kick Off with Management Plans | Cross Phase | Guide & manage a successful implementation |
| ExecuTime™ Software licensing | 1 | Provide City-Parish employees with |

| Deliverable | ExecuTime Phase | Purpose |
|---|---|---|
| | | ExecuTime access |
| Project Plan | 2 | Guide & manage a successful implementation |
| Timekeeping questionnaire | 2 | Facilitate effective communication & knowledge sharing for use in solution design & system configuration |
| System Solution Design document | 3 | Facilitate agreement on the interpretation of the questionnaire and discussions referenced above & to guide agreed upon system configuration |
| Training session definitions | 3 | Assist project teams in identifying the appropriate attendees for each training session |
| User/Administration product manuals | 3 | Provide an educational resource to the City-Parish administrators & users |
| Go Live checklist | 4 | Guide & manage a successful implementation |

### H.4.3 Project Governance

#### H.4.3.1 High Level Roles and Responsibilities

##### H.4.3.1.1 ExecuTime Responsibilities

Successful projects require rigorous planning and control. A key part of the ExecuTime Professional Services implementation process is the planning, staffing and management of each project. For each project, ExecuTime will assign a Project Manager. The primary objective is a successful implementation with astounding City-Parish satisfaction.

ExecuTime recognizes the importance of working closely with City-Parish personnel during this project. The knowledge, effort and cooperation of City-Parish personnel are a key requirement for a success. The knowledge and expertise of the ExecuTime Project Team combined with City-Parish expertise and experience with their business application(s) will provide a productive, highly refined team. ExecuTime believes that the successful completion of this project will depend on these key elements:

- Utilization of proven ExecuTime project management techniques.
- A disciplined phased approach. City-Parish and ExecuTime project managers will jointly define all target dates and deadlines.
- Active participation by the skilled, dedicated team professionals from both City-Parish and ExecuTime. ExecuTime will provide project management for the ExecuTime responsibilities. The objective of the task is to establish a framework for project communications, reporting, procedural and contractual activity. The ExecuTime Project Manager will be responsible for this task. Under this task the following will be performed:
    - Review the project scope and contractual responsibilities of both parties with the City-Parish Project Manager.
    - Coordinate the establishment of the project environment.

- Monitor and track progress and report progress to the City-Parish Project Manager.
- Work with the City-Parish Project Manager to establish a process to surface and resolve problems or issues that will impact the project schedule.
- Resolve deviations from the project scope with the City-Parish Project Manager.
- Review the project success with the City-Parish Project Manager.
- Review completion.

H.4.3.1.2 City-Parish Responsibilities

- City-Parish will be responsible for ensuring the Munis payroll interface is installed by the date established in the project plan.
- City-Parish will identify users for skill transfer. (Who is to be trained)
- City-Parish will provide suitable workspace and telephone access for the ExecuTime Implementation Team during onsite visits.
- City-Parish will provide a list of Supervisors and Payroll Processors and the appropriate Dept/Div combinations for these personnel.
- City-Parish is responsible for making any procedural or operational changes that result from this project and training their personnel on such changes.
- City-Parish will make personnel available when needed to provide the information required regarding the current system, information to implement the required interfaces to that system and the definition of standards and procedures.
- City-Parish is responsible for providing ExecuTime personnel sufficient software security access to the payroll system database and ExecuTime Web Server (both onsite and remotely) to install and customize ExecuTime for the duration of this project.
- City-Parish is responsible for the connection of any remote sites to the main site and to send that traffic over to the router to the inside interface.
- City-Parish will provide samples of current time cards and print screens of sample hourly and salary employee from current payroll system.
- City-Parish is responsible for all wiring, mounting, communications issues etc. for clock devices. Customer will be trained on configuring the clock devices and installation of clocks devices at customer locations is customer's responsibility.
- City-Parish is responsible for all security and connectivity issues related to the ExecuTime Server.

H.4.3.1.3 Tyler-ExecuTime Roles

The Tyler Project Manager will serve as the primary point of contact for the City-Parish and ExecuTime. Tyler and ExecuTime will work together to identify, coordinate and schedule key tasks. The ExecuTime Project Manager will work directly with the City-Parish Project Manager for detailed scheduling, tasks, and status meetings.

| **Roles & Responsibilities**<br>**City-Parish Project Manager** | **Tyler Project Manager** | **ExecuTime Project Manager** |
|---|---|---|
| • Working with the Tyler and ExecuTime Project Manager<br>• Reviewing and approving all project | • Shares responsibility for project success with City-Parish, ExecuTime and Tyler Project Manager | • Shares responsibility for project success with City-Parish and Tyler Project Manager<br>• Coordination of all |

| | | |
|---|---|---|
| deliverables<br>• Monitor and manage overall project risks<br>• Managing and updating City-Parish tasks on the project plan<br>• Ensuring City-Parish infrastructure is suitable for project requirements<br>• Works with the Tyler, ExecuTime and City-Parish Project Team Members to ensure tasks are completed and decisions are made in a timely fashion<br>• Escalate outstanding issues for approval within City-Parish<br>• Scheduling City-Parish resources for implementation tasks and training days This includes but is not limited to personnel, equipment and training rooms (may be done with the assistance of administrative staff)<br>• Coordinating with the Technical Team to ensure City-Parish tasks are performed and completed as scheduled<br>• Coordinates Change Orders on all approved decisions impacting the scope of the Agreement, as agreed upon by the City-Parish, Tyler and ExecuTime Project Team<br>• Monitoring scheduled class attendance<br>• Maintaining team contact numbers, email lists, and regular | • Serve as primary point of contact for the City-Parish and ExecuTime<br>• Coordination of all Tyler resources and activities across all modules, phases, and activities including development, conversions, forms, installation, reporting, implementation, and billing<br>• Monitor and manage overall project risks<br>• Managing and updating Tyler tasks on the project plan<br>• Communicate regularly with the ExecuTime and City-Parish Project Manager<br>• Works with the ExecuTime and City-Parish Project Team Members to ensure tasks are completed and decisions are made in a timely fashion.<br>• Act as a point of escalation for outstanding issues<br>• Coordinates Change Orders on all approved decisions impacting the scope of the Agreement, as agreed upon by the City-Parish, Tyler and ExecuTime Project Team<br>• Attend ExecuTime training sessions | ExecuTime resources and activities across all modules, phases, and activities including development, conversions, forms, installation, reporting, implementation, and billing<br>• Monitor and manage overall project<br>• Managing and updating ExecuTime tasks on the project plan<br>• Communicate regularly with the Tyler and City-Parish Project Manager<br>• Works with the ExecuTime and City-Parish Project Team Members to ensure tasks are completed and decisions are made in a timely fashion.<br>• Escalate outstanding issues for approval within ExecuTime<br>• Monitor project quality<br>• Facilitates weekly project status meetings<br>• Develop and provide a written weekly status report to Tyler and City-Parish Project Manager<br>• Coordinates Change Orders on all approved decisions impacting the scope of the Agreement, as agreed upon by the City-Parish, Tyler and ExecuTime Project Team<br>• Maintaining the project plan in collaboration |

| | | |
|---|---|---|
| communications<br>• Acting as point of contact for Tyler and ExecuTime for staffing and delivery matters<br>• Escalating issues per the approved Issue Resolution Plan<br>• Manages the City-Parish Project Team | where applicable and beneficial to project success | with Tyler and City-Parish Project Manager<br>• Manages the ExecuTime Project Team<br>• Attend Tyler training sessions where applicable and beneficial to project success |

H.4.3.1.4 Project Management & Assurance

Project Assurance is defined as the process of continual audit of the project management method and the execution of the project. One assurance role leader (Project Manager) will be named by ExecuTime and the City-Parish during the initial project kick off. Both assurance leaders (Project Managers) will work jointly to accomplish the key results described below.

Project Assurance looks at the integrity and viability of the project and ensures:

- Adherence to the Business Case
- Constant reassessment of value-for-money.
- The project remains viable
- The Project stays within scope
- Focus on the business need is maintained
- Applicable standards are being used
- Adherence to quality assurance standards
- That the right people are involved in the project
- Internal and external communication is effective
- There is still a need for the project (assessed against changes in the external environment)

The primary responsibilities of the Project Assurance role are:

- Provide assistance to the Project Team in planning, monitoring and controlling the project.
- Attend project initiation, stage assessment, project closure and team checkpoint meetings as appropriate.
- Review and sign off the project deliverables.
- Recommend improvement to existing or new processes to the project board for decision.
- Assess the impact of user exceptions.
- Advise the Project Manager of any plan deviations.
- Provide assurance to the project sponsor that the project is likely to deliver the benefits outlined in its business case.

The City-Parish's Project Manager will coordinate City-Parish project team members, City-Parish subject matter experts, and the overall implementation schedule and serve as the primary point of contact with ExecuTime.

| Party | Resource | Phase | Title |
|---|---|---|---|
| City-Parish | Reginald Wickham | All | Project Manager |
| ExecuTime | TBD | All | Project Manager |

H.4.3.1.5 Project Team

Both ExecuTime and the City-Parish commit to establish internal project teams to manage business process decisions and module design plans. The City-Parish may request a change to the ExecuTime Project Team if needed.

Each Project Team will be comprised of adequate internal resources and subject matter experts during the design, test, and deployment phases of feature development based on the agreed timelines. This includes providing input during scheduled brainstorm sessions, assisting with use case construction and testing proof of concept design.

| City-Parish Project Team | ExecuTime Project Team |
|---|---|
| ▪ Making business process changes recommendations under time sensitive conditions<br>▪ Attending and contributing business process expertise for As-Is, To-Be and the Static Environment Testing sessions<br>▪ Identifying and communicating to City-Parish Project Team any additional training needs or scheduling conflicts<br>▪ Complete assigned tasks<br>▪ Kick-Off Planning and Coordination<br>▪ Attend all scheduled sessions<br>▪ Participate in Change Management Activities<br>▪ Conduct new business process trainings<br>▪ Customization Specification, Demonstrations, Testing and Approval<br>▪ End User Training<br>▪ Parallel Testing and/or Trial Run Testing<br>▪ User Acceptance and Stress Testing<br>▪ Complete all work by the due dates defined in the project plan<br>▪ Demonstrating competency with | • Reviewing module options and assisting in configuration of module design plans<br>• Providing confident recommendations regarding configuration decisions and business process best practices based on their experience and expertise implementing ExecuTime software products with similar organizations<br>• Effectively facilitating training sessions and discussions with City-Parish and ExecuTime staff to ensure the appropriate agenda topics are adequately discussed in the allotted time<br>• Testing functionality with City-Parish (base, customizations, interfaces)<br>• Performing problem solving and troubleshooting<br>• Provide City-Parish staff with reasonable estimates for the amount of time that should be planned to complete each work task<br>• Keeping both City-Parish and ExecuTime Project Managers apprised of any and all issues that may result in the need for additional training needs, slip in schedule, change in process decisions, or that could adversely |

| | |
|---|---|
| ExecuTime products processing prior to GO LIVE<br>▪ Develop skills to become staff trainers on areas of expertise | impact the success of the project |

H.4.3.1.6 City-Parish Technical Team

The City-Parish's technical team will be responsible for all hardware connectivity, overall system security and integration connectivity tasks. The City-Parish is responsible for maintaining and ensuring the integrity of data in regards to ExecuTime post go live. This includes maintaining database backups, maintaining server backups, maintaining Windows operating systems and other areas related to the customer's server.

Additional responsibilities of the City-Parish Include:

- City-Parish is responsible for the connection of any remote sites to the main site and to send that traffic over to the router to the inside interface.
- City-Parish is responsible for all wiring, mounting, communications issues etc. for clock devices. Customer will be trained on configuring the clock devices and installation of clocks devices at customer locations is customer's responsibility.
- City-Parish is responsible for all security and connectivity issues related to the ExecuTime Server.

H.4.3.1.7 ExecuTime Executive Oversight

The successful completion of any project depends upon the careful execution of a well-structured and detailed plan. This plan must be developed based upon a collective agreement of objectives and well-defined goals. It is the attainment of these goals, which marks the successful end of any given effort. Should issues arise that require escalation the following Executive will be readily available for the City-Parish.

| Resource | Title |
|---|---|
| Kathy Thomas | Vice President of Professional Services |

H.4.3.1.8 ExecuTime Customer Care Manager

The ExecuTime Customer Care Manager will become an escalation resource following go-live should any issue require immediate attention.

| Resource | Title |
|---|---|
| Jim McMains | Manager of Customer Care |

The Customer Care team are offsite resources responsible for:

- Managing incoming City-Parish issues via phone, email and online City-Parish incident portal
- Documenting and prioritizing issues in ExecuTime's City-Parish Relationship Management (CRM) system
- Providing issue analysis and general product guidance

- Tracking issues and tickets to ensure timely and effective resolution
- Identifying options for resolving the reported issue
- Reporting and escalating defects to ExecuTime Development
- Communicating with the City-Parish on the status and resolution of reported issues

### H.4.4 Project Management

This section outlines key project management tasks that are to occur throughout the project.

#### H.4.4.1 Project Plan Development and Management

ExecuTime follows a traditional Work Breakdown Structure Methodology. This project will be divided into discrete phases that permit easy identification of the tasks, dates and resources within each phase. The start and completion of each are natural communication checkpoints regarding the current progress of the project. On the following section, each phase is described. These descriptions will facilitate the planning cycle and ensure that a common set of expectations exist between the City-Parish and ExecuTime as we progress through the phases.




#### H.4.4.2 Assess & Design Phase

ExecuTime design architect(s) will perform a complete analysis of business processes, business rules and detailed requirements.

- Project Kick Off Meeting
- Project Teams Identified
- Initial Scope Development
- Application and Technical Design
- Project Plan Timelines Defined
- Training Requirements

#### H.4.4.3 Install Phase

- ExecuTime will configure, setup, and test ExecuTime on this server remotely.
- Customer is responsible for connecting the ExecuTime server to their internal network and verifying remote VPN access for configuring and testing.

#### H.4.4.4 Training Phase

- Administration Course
- Basic Employee Course
- Supervisor Course
- Payroll Export and Time Balancing Course
- Clock Configuration Course

H.4.4.5 Testing Phase

- Identify Pilot Test Plan (Users & Timeframe)
- Testing of payroll export
- Completion of Go Live Checklist
- Assess Results with Project Manager

H.4.4.6 Deployment Phase

- Go live with application and verify all functionality is appropriate
- Customer Satisfaction Survey
- Close out meeting with Project Manager

H.4.4.7 Support Phase

- System support by ExecuTime

H.4.4.8 Project Status Reports

ExecuTime will prepare project status reports every-other week throughout the project. This report will be delivered by the ExecuTime Project Manager.

Project Status Reports will include:

- Summary of accomplishments
- Status of key milestones and deliverables
- Upcoming tasks and schedule
- Assist with Identification Issues/Risks (including issues/risk that may impact project goals)
- Planned risk mitigation strategy
- Summary of change requests

H.4.4.9 Issues Log and Issue Tracking

ExecuTime will maintain a list of issues (both open and closed) that have been identified during implementation. Any project risks, key decisions, issues, disputes, or late tasks shall be identified on the Issues Log. The City-Parish and ExecuTime Project Managers will review the Issues Log during project status meetings, or in individual meetings as needed. For each identified issue the following information will be captured:

- Issue Number
- Reported by/date
- Status (i.e. new, open, closed, pending)
- Priority
- Issue Details
- Resolution Comments
- Date Tested
- Date Closed

The City-Parish and ExecuTime Project Managers will review the Issues Log during project status meetings, or in individual meetings as needed. The City-Parish and ExecuTime Project Managers will collaboratively assign a priority to each issue and identify the individual(s) responsible for facilitating its resolution.

H.4.4.10 Agreement Change Process

Either party may request changes to this SOW that will change the project scope. Such a request is honored by the parties only if it becomes a formal Change Order.
The change control procedure is as follows:

- Either ExecuTime or the City-Parish project manager may propose a change by submittal of a Change Request to the other party.
- All change requests will be presented to the named Project Assurance Leaders
- The other party has ten (10) business days (or as mutually agreed upon) to determine whether it agrees to the Change Request.
- If both parties agree to the Change Request, the change will become a Change Order documented and signed by both parties.
- If agreement to pursue a Change Order does not occur in ten (10) business days of the initiation of the Change Request (or as mutually agreed upon), it is assumed that the Change Request has been rejected.

ExecuTime acknowledges that any scope change proposal that affects the total cost of the project is subject to the City-Parish's policies and must provide adequate time for consideration. The City-Parish acknowledges that such scope change proposals may affect the implementation costs, schedule and go-live dates, which will be changed by mutual agreement. All scope change proposals shall be governed by the terms and conditions of the Agreement, including adjusting or adding milestone payments where applicable.

H.4.4.11 Implementation Services Change Process

If the City-Parish requires the performance of services, including any implementation, consulting, training, or conversion services that are not then being performed, or requires a change to the existing services, the City's Project Manager shall deliver to the ExecuTime's Project Managers an implementation services scope change request specifying the proposed work with sufficient detail to enable ExecuTime to evaluate it. ExecuTime, within ten (10) business days, or longer as may be mutually agreed between the parties, following the date of receipt of such change request, shall provide City-Parish with a written scope change proposal containing the following:

- Detailed description of resources (both ExecuTime and City-Parish) required to perform the change
- Implementation Plans
- Schedule for completion
- Acceptance criteria
- Impact on current milestones and payment schedule
- Impact on project goals and objectives
- Price

## H.4.5 Technology Architecture

### H.4.5.1 Hardware Requirements

A pre-configured server(s) containing the appropriate infrastructure to support the ExecuTime Software solution is the responsibility of the City-Parish. The included hardware and software specifications of the servers are outlined below.

**Minimum ExecuTime Server Requirements**

<u>**Application Server (1 Server)**</u>
**Hardware:**
Processor: Intel x64 processor with 4 cores (or greater), 3.0 GHz (or faster) RAM: 32 GB (or greater)
Hard Disk: 2 Disk Drives with a minimum of 100GB free space on secondary drive. (Recommended configuration: 1 drive for Operating System and 1 drive for application and database installation. After installation, it is recommended to maintain at least 20GB of free space at all times.)
100/1000 Ethernet Adapter
**OS:** Any of the following - (Must be 64 bit)
Microsoft Windows Server 2008 R2 SP1 Standard, Enterprise, Datacenter (64-bit)
Microsoft Windows Server 2012 R2 Standard, Enterprise, Datacenter (64-bit)
**Java Environment**: JDK v1.7 minimum
**Web Application Servers:** ExecuTime AS 6.1 (Installed by ExecuTime)

<u>**Database Server (1 Server)**</u>
**Hardware:**
Processor: Intel x64 processor with 4 cores (or greater), 3.0 GHz (or faster) RAM: 32 GB (or greater)
Hard Disk: 2 Disk Drives with a minimum of 100GB free space on secondary drive. (Recommended configuration: 1 drive for Operating System and 1 drive for application and database installation. After installation, it is recommended to maintain at least 20GB of free space at all times.)
100/1000 Ethernet Adapter
**OS:** Any of the following - (Must be 64 bit)
Microsoft Windows Server 2008 R2 SP1 Standard, Enterprise, Datacenter (64-bit)
Microsoft Windows Server 2012 R2 Standard, Enterprise, Datacenter (64-bit)
**Databases Environment:**
Any of the following Single Processor License (depending on hardware configuration)
Microsoft SQL Server 2008 or 2008 R2 (64 bit recommended)
Microsoft SQL Server 2012 (64 bit recommended)
Microsoft SQL Server 2014 (64 bit recommended)

**Browser:**
Microsoft Edge, Internet Explorer 11+, iPhone/iPad Safari (Mobile), Android Chrome (Mobile), Windows Phone 8+ (Mobile)

***Virtual server environments are supported. Server requirements are subject to change.***

### H.4.5.2 Contingency Planning

ExecuTime recommends nightly backups for both of the ExecuTime Production and Staging (if applicable) databases. The City-Parish is responsible for maintaining and ensuring the integrity of data in

regards to ExecuTime. This includes maintaining database backups, maintaining server backups, maintaining Windows operating systems and other areas related to the customer's server.

Below are ExecuTime recommendations:

1. We do not recommend backups to be placed on a separate partition of a single drive (i.e. single HDD but you have C:\ and D:\ drives) as total hardware failure would result in inability to restore data.
2. Recommended Backup Strategy:
    a. Create an automatic scheduled job to run the backup.
    b. Backup ExecuTime database on a daily basis.
    c. Maintain 5 days' worth of backups on hand at all times
3. Recommended Backup job configuration:
    a. Database integrity check
    b. Database backup
    c. Database truncation
    d. Database backup cleanup

Specific questions related to backing up the database and other best practice recommendations can be discussed with our technical support team if needed. If you would like to schedule a call with ExecuTime to discuss any questions that you may have on the required back up process, please notify your Project Manager.

## H.4.6 Sample Project Plan




### IMPLEMENTATION PROJECT PLAN

| | PROJECT TASKS | EXECUTIME RESOURCES | CUSTOMER RESOURCES | STATUS | SAMPLE DUE DATES | TYPICAL DURATION | COMPLETION DATE | ADDITIONAL NOTES |
|---|---|---|---|---|---|---|---|---|
| TIMEKEEPING DESIGN | Introduction and Kick Off Meeting | Project Manager | Project Manager | Open | 7/1/2015 | Project Start Date | TBD | |
| | Establish Implementation Team Members | Project Manager | Project Manager | Open | 7/1/2015 | Project Start Date | TBD | |
| | Requirements Analysis / Completed Questionnaire | Project Manager | Implementation Team | Open | 7/15/2015 | 2 weeks from start | TBD | Typical duration is two weeks. Deliverable: formal solution design document |
| | Solution Design & Scope of Work Meeting | Project Manager | Implementation Team | Open | 7/15/2015 | 2 weeks from start | TBD | |
| | Approved Solution Design Document | Project Manager | Implementation Team | Open | 8/1/2015 | 4 weeks from start | TBD | |
| **Above tasks must be completed BEFORE moving to next phase of the project plan** | | | | | | | | |
| SCHEDULING DESIGN | Establish Scheduling Implementation Team Members | Project Manager | Project Manager | Open | 8/1/2015 | Start Date following approved TA design | TBD | |
| | Requirements Analysis/Completed Scheduling Questionnaire | Project Manager | Implementation Team | Open | 8/15/2015 | 2 weeks from start | TBD | Typical duration is two weeks. Deliverable: formal solution design document |
| | Scheduling Solution Design & Scope of Work Meeting | Project Manager | Implementation Team | Open | 8/15/2015 | 2 weeks from start | TBD | |
| | Approved Solution Design Addendum Documents | Project Manager | Implementation Team | Open | 9/1/2015 | 4 weeks from start | TBD | |
| **Above tasks can be completed in parallel with remaining tasks** | | | | | | | | |
| HARDWARE INSTALLATION | Completed Connectivity Documentation | Project Manager | IT Dept | Open | 7/1/2015 | Project Start Date | TBD | See "Connectivity" tab-Customer will complete |
| | Test remote connectivity to customer site | Technical Team | IT Dept | Open | 7/15/2015 | 2 weeks from start | TBD | |
| | Verify minimum hardware specs are met | Project Manager | IT Dept | Open | 7/15/2015 | 2 weeks from start | TBD | Not applicable for Cloud Customers |
| | Completed Integration Documentation | Technical Team | Project Manager | Open | 7/15/2015 | 2 weeks from start | TBD | See "Integration" tab |
| | Server install and configuration | Project Manager | Project Manager | Open | 8/1/2015 | 4 weeks from start | TBD | |
| **Above Hardware tasks must be completed BEFORE moving to next phase of the project plan** | | | | | | | | |
| TIME CLOCKS | Send sample badge to ExecuTime for testing | Project Manager | Project Manager | Open | 7/1/2015 | Start Date | TBD | |
| | Determine badge id vendor (if applicable) | Project Manager | Project Manager | Open | 7/15/2015 | 2 weeks from start | TBD | |
| | Procure timeclock hardware | Project Manager | Project Manager | Open | 8/1/2015 | Ordered upon approved timekeeping design | TBD | |
| | Ensure clock locations have network connectivity | N/A | IT Dept | Open | Anytime | Anytime | TBD | |
| | Provides list of IP addresses for Timeclocks | Project Manager | IT Dept | Open | | After Admin Training | TBD | |
| | Technical Clock Configuration Training | Project Manager | IT Dept | Open | | After Admin Training | TBD | This session will be with IT Staff |
| **Above tasks will be completed throughout the following phases of the project plan** | | | | | | | | |
| [illegible] | Dept, Employee, Benefit Accrual Query | Technical Team | N/A | Open | 8/15/2015 | 2 weeks from approved TA design & hardware | TBD | |
| | Dept, Employee, Benefit Accrual Integration Programs | Technical Team | N/A | Open | 9/1/2015 | 2 weeks from approved query results | TBD | |
| | Customer approval of dept/employee/benefit data | Project Manager | Implementation Team | Open | 9/1/2015 | 2 weeks acceptance review period | TBD | |
| | Project Costing Query | Technical Team | N/A | Open | 9/1/2015 | Following acceptance of employee/benefit data | TBD | |
| | Project Costing Integration programs (if applicable) | Technical Team | N/A | Open | 9/15/2015 | 2 weeks from approved query results | TBD | |
| | Customer approval of project costing data | Project Manager | Implementation Team | Open | 10/1/2015 | 2 weeks acceptance review period | TBD | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INTEG | Payroll export integration programs | Technical Team | N/A | Open | 10/13/2015 | 2 weeks after admin setup complete | TBD | |
| TRAINING PHASE | System Administration Session-Overview | Project Manager | Implementation Team | Open | 9/1/2015 | Following acceptance of employee/benefit data | TBD | Overview of Basic Employee & Supervisor functions |
| | System Administration Session Part 1 | Project Manager | Implementation Team | Open | 9/8/2015 | 1 week from overview | TBD | See "Trainings" tab |
| | System Administration Part 1 Checklist | Project Manager | Implementation Team | Open | 9/8/2015 | 1 week from overview | TBD | See "Go Live Checklist" tab |
| | System Administration Session Part 2 | Project Manager | Implementation Team | Open | 9/15/2015 | 1 week from Part 1 | TBD | See "Trainings" tab |
| | System Administration Part 2 Checklist | Project Manager | Implementation Team | Open | 9/15/2015 | 1 week from Part 1 | TBD | See "Go Live Checklist" tab |
| | System Administration Session Part 3 | Project Manager | Implementation Team | Open | 9/22/2015 | 1 week from Part 2 | TBD | See "Trainings" tab |
| | System Administration Session Part 3 Checklist | Project Manager | Implementation Team | Open | 9/22/2015 | 1 week from Part 2 | TBD | See "Go Live Checklist" tab |
| | Basic Employee Training-Timekeeping | Project Manager | Implementation Team | Open | 10/6/2015 | 2 weeks from final Admin | TBD | See "Trainings" tab - Train the trainer format |
| | Supervisor Training-Timekeeping | Project Manager | Implementation Team | Open | 10/6/2015 | 2 weeks from final Admin | TBD | See "Trainings" tab - Train the trainer format |
| | Basic Employee/Supervisor Training Checklist | Project Manager | Implementation Team | Open | 10/6/2015 | 2 weeks from final Admin | TBD | See "Go Live Checklist" tab |
| | Schedule Editor Admin Training | Project Manager | Implementation Team | Open | 9/29/2015 | 1 week following system admin | TBD | See "Trainings" tab |
| | Schedule Editor Admin Training Checklist | Project Manager | Implementation Team | Open | 9/29/2015 | 1 week following system admin | TBD | See "Go Live Checklist" tab |
| | Basic Employee Training-Scheduling | Project Manager | Implementation Team | Open | 10/13/2015 | 2 weeks from scheduling Admin | TBD | See "Trainings" tab - Train the trainer format |
| | Supervisor Training-Scheduling | Project Manager | Implementation Team | Open | 10/13/2015 | 2 weeks from scheduling Admin | TBD | See "Trainings" tab - Train the trainer format |
| | Basic Employee/Supervisor Scheduling Checklist | Project Manager | Implementation Team | Open | 10/13/2015 | 2 weeks from scheduling Admin | TBD | See "Go Live Checklist" tab |
| | Payroll Export Training/Test | Project Manager | Payroll Team | Open | 10/27/2015 | 2 weeks following all training | TBD | See "Trainings" tab |
| | **Above tasks must be completed before moving to next phase of the project plan** | | | | | | | |
| PILOT TESTING | Identify employees who are in pilot test | Project Manager | Project Manager | Open | 10/13/2015 | Immediately following user training | TBD | |
| | Establish pay period dates for the pilot test | Project Manager | Project Manager | Open | 10/13/2015 | Immediately following user training | TBD | |
| | Launch pilot testing for one full pay period | Project Manager | Project Manager | Open | 10/27/2015 | 1 full pay period (sample dates are for bi-weekly) | TBD | |
| | Customer sign off on pilot test | Project Manager | Implementation Team | Open | 11/3/2015 | 1 week acceptance testing | TBD | |
| | **Above tasks must be completed before moving to next phase of the project plan** | | | | | | | |
| DEPLOY | Establish Go Live Date | Project Manager | Project Manager | Open | 11/3/2015 | Following final acceptance testing | TBD | |
| | ExecuTime in Production! | Project Manager | Project Manager | Open | 11/3/2015 | Typically next pay period after successful pilot test | TBD | |
| | Introduction to Customer Care Team | Project Manager | Project Manager | Open | 11/17/2015 | After first payroll export is processed successful | TBD | |

** End of Project Plan Document **