# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

TALIA N. HARRISON,                      :
                                        :
       **Plaintiff,**                    :
                                        :
                                        :  **No. 4:21-cv-00607-ALM**
                                        :
       **vs.**                          :
                                        :
TYLER TECHNOLOGIES, INC.,               :
                                        :
                                        :
       **Defendant.**                   :

## DECLARATION OF KAYLA WAGNER

1.     My name is Kayla Wagner, I am over the age of 21, of sound mind, and capable of making this declaration. The facts stated herein are true and correct and are based on my personal knowledge.

2.     I work for Tyler Technologies, Inc. ("Tyler"). Currently, I work as a Senior Manager, Implementation Analysts. Before becoming a Senior Manager, Implementation Analysts, I worked as Manager, Implementation Analysts starting in 2017. I have been in my current role since June 2021. As a Manager, Implementation Analysts, I managed all of Tyler's Implementation Analysts in the ERP division, including Talia Harrison during her time as an ExecuTime Implementation Analyst.

3.     Implementation Analysts are subject matter experts ("SME") on certain Tyler software products. Implementation Analysts typically have more technical knowledge of the products they work on than implementation consultants and project managers. Ms. Harrison was a SME on the ExecuTime software product.

4.     Because of Ms. Harrison's high-level of knowledge and expertise with the ExecuTime product, she regularly worked on implementations that were challenging and/or

complicated, off schedule or that otherwise needed sophisticated expertise.  The success of an implementation can depend on the information Implementation Analysts provide when addressing issues escalated by the implementation team.  The types of issues that Implementation Analysts resolve are often issues that are critical to the success of a particular implementation project.

5.      Implementation Analysts' duties are crucial to ensuring that an implementation is completed on time and the "go live" phase of the process proceeds as scheduled.  If an implementation is not completed on time, the transition to Tyler's systems may be delayed by several months given the nature of Tyler's government clients.  Typically, Tyler's government clients sync their ExecuTime go-live date with their payroll periods that are generally either quarterly or biannually (i.e., January 1 or July 1).  For example, if a January 1 go live date is missed, the client may have to delay going live on Tyler's systems until July 1.  Given the delay that can result from a go live date being missed, it is critical for client relations to do everything possible to ensure a go live date is not missed.

6.      For example, on one occasion, Ms. Harrison went on site to the client's location to help salvage an ExecuTime implementation that was off track.  Ms. Harrison reviewed the setup, made configuration changes, and generally did whatever was needed to get the client ready to go live as planned to be able to process its payroll using ExecuTime.  This particular client was very important to Tyler because the client used several Tyler products, not just ExecuTime.  Ms. Harrison was able to use her expertise and knowledge of ExecuTime to address the previous problems with the project and get the implementation back on schedule, thereby also preserving the rest of Tyler's engagements with the site.

7.      As an Implementation Analyst, Ms. Harrison would also resolve tickets submitted by the implementation team.  The tickets Ms. Harrison resolved typically included high-stakes

issues.  On occasion, Ms. Harrison would have to involve employees on the software development team to help resolve a ticket.  If development needed to see a client's data to help resolve the issue, Ms. Harrison had the authority, at the time, to go into the client's system and capture a database backup.  Ms. Harrison would then use the backup to write a development ticket that would enable development team to create an improvement for the product to resolve the issue.  The ability to capture a database backup and write a development ticket was not something that implementation teams can do, but was a function reserved for an SME, like Ms. Harrison.  If Ms. Harrison was not able to assist development by creating this kind of software fix, the implementation would have to be put on hold, which would then cause delays to the implementation schedule.

8.      A common area that Ms. Harrison would address would be issues with the Rules Engine Configuration policy.  During an implementation, "Individual Rules" are used to tell the system what to do when time is entered within certain parameters.  For example, Individual Rules can be built to address shift differentials if that is something the client uses as part of its timekeeping practices.  Individual Rules are then assigned to a Rules Engine Configuration policy that tells the system how to apply the time to the employee's timesheet.  Building a Rules Engine Configuration policy is difficult because each Individual Rule must be entered in the correct order and the correct codes and incentives must be selected.  If anything is incorrect, the entire Rules Engine Configuration will not work.  Ms. Harrison often worked with implementation consultants to help them figure out how Individual Rules should be configured to match the client's policies.  Ms. Harrison would also frequently help implementation consultants figure out how to correctly build a Rules Engine Configuration.  Without Ms. Harrison's strategic eye, implementation consultants would frequently not have been able to properly configure ExecuTime for clients.

9.      Ms. Harrison also conducted training of implementation consultants as an

Implementation Analyst.  A sample agenda from a training that Ms. Harrison led in Maine is attached as **Exhibit A.**  The Maine training was for new Tyler hires.  The training was the first time that implementation consultants would view ExecuTime and have an opportunity to work with the product.  The training spanned four days and provided an exhaustive overview of the ExecuTime implementation process.  While there was an existing curriculum for the training, Ms. Harrison would select what she wanted to include in the curriculum based on her experience.  Ms. Harrison also decided the areas on which she wanted to focus during a particular training based on the questions she received from implementation consultants.  It was Ms. Harrison's responsibility to ensure that the new hires received the training they needed to be able to perform implementations in the field.  If Ms. Harrison did not perform her training duties, Tyler's newly hired implementation consultants would not be able to perform implementations.  Ms. Harrison was selected to perform the new hire training because of her level of expertise with ExecuTime. Prior to Ms. Harrison assuming the role, non-SMEs had conducted the training, which negatively impacted the overall training experience and the implementation consultants' resulting ability to successfully implement the ExecuTime.

10.     Ms. Harrison also conducted training at an annual conference in Texas.  A sample training presentation from the Texas conference is attached as **Exhibit B.**  Ms. Harrison's presentation was original and created by her.  The Texas conference was an opportunity for implementation consultants and project managers of all experience levels to learn different features in ExecuTime and to meet Ms. Harrison as ExecuTime's SME.  During the conference, Ms. Harrison presented on topics or issues that she most frequently encountered with ExecuTime and that she thought would be the most helpful for the attendees.  Ms. Harrison also presented on how the implementation teams could contact her for help with implementation issues.  Ms. Harrison

also showed attendees how to access resource documents created by the Implementation Analysts.

My name is Kayla Wagner.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in  <u>St Charles</u>  County, State of Missouri, on the  <u>8</u>th  day of <u>February</u>  , 2022.

<u>Kayla Wagner</u>
Kayla Wagner

# EXHIBIT A

# ExecuTime Training Agenda: M/D-M/D/YYYY

This one-week training session will cover the use and setup of the ExecuTime Time and Attendance product in conjunction with Munis payroll.

Participants should follow along with the provided participant guides throughout training and complete the assigned exercises either as part of the live coursework or in the evenings as homework. Each participant will be provided their own preformatted ExecuTime environment for the duration of the training.

At the end of the week, each participant will complete a short assessment to determine their overall understanding and proficiency with ExecuTime Time and Attendance. This assessment will be an open book exam, with multiple choice and true/false questions.  A passing score is 80% or higher and the employee can take the assessment as many times as necessary to pass. Only the best score will be shared with management.

## Prerequisites

☐ **Review Intro to ExecuTime Documentation**

All participants will be expected to review the Intro to ExecuTime document found on Microsoft Teams. This document will be reviewed with the group first thing on Tuesday.

☐ **Prepare Example Client Organizational Data**

Participants are asked to bring examples of Group/BU Code, Job Class Code, and Location Code mappings from clients that they have implemented in the past.  These will be used during training to design and build out the corresponding ExecuTime code tables.

☐ **Download ExecuTime Documentation**

All participants will be expected to download the ExecuTime Participant Guides found on Microsoft Teams (ExecuTime Vertical team > Implementation (Training) channel > Files). These documents will be reviewed and referenced throughout the training. The guides all labeled number-letter title (ex. 0-B Intro to Executime.docx)

☐ **Verify Access to Implementation Analyst Confluence Space**

All participants will be expected to access additional information found on Confluence (Implementation Analyst > Munis Implementation Analyst > Human Capital Management > ExecuTime). This information will be reviewed and referenced throughout the training.





## MM/DD/YYYY: Day 1 – Timekeeping Overview and Setup & Administration

**Yarmouth Office, 1 Tyler Drive, Yarmouth, ME**
**{ROOM ASSIGNMENT}**

**8:30 to 9:00 – Overview of the Week**

1. Review Agenda and Prerequisites
   a. ExecuTime Documentation
   b. Open discussion
2. Logging into Practice Environment
   a. Everyone receives own environment
   b. Follow along through training
   c. Use exercises to solidify discussion

**9:00 to 10:00 – Introduction to ExecuTime Time and Attendance**

*Participant Guide: 0-B – Intro to ExecuTime*

1. What is ExecuTime?
   a. How do employees use ExecuTime?
   b. What benefits does ExecuTime offer?
   c. How does it work with Munis?
   d. What are the current limitations of this interface?
   e. Who supports ExecuTime?
2. How is Employee Data Organized?
   a. ExecuTime Grouping Codes
   b. Munis Employee Records vs ExecuTime Data Access
3. Key Terminology
   a. Review Key ExecuTime Vocabulary

**10:00 to 10:30 – ExecuTime Navigation**

*Participant Guide: 0-C – ExecuTime Navigation*

1. Logging in to ExecuTime
2. Basic ExecuTime Navigation
   a. ExecuTime Ribbon and Menu
   b. ExecuTime Filters
   c. ExecuTime User Preferences
   d. Help

**10:30 to 10:45 – Exercises**

Complete the Exercises associated with Participant Guide 0-C – ExecuTime Navigation.





**10:45 to 12:00 – Master File Maintenance: Organizational Codes**

Participant Guide: 3-A – Organizational Codes

1. Org (Organizational) Units
   a. Discuss the three-tiered hierarchical Org Unit structure (Company, Division, Department) that ExecuTime uses to control which employees a given user will be able to access based on their role security
   b. Note: We commonly change the name of the labels to match Munis terminology (Company, Department, Location)
2. ExecuTime Locations
   a. Discuss the use of ExecuTime Location code which controls the codes and policies a given user can access when entering their own time or that of their direct reports
   b. Note: These match the Munis WorkGroups
3. Review Code Mapping Tools and Discuss Implementation Considerations
   a. Review the provided code mapping templates for use with ExecuTime
   b. Time for open discussion of code mapping considerations


**12:00 to 12:45 – Lunch**


**12:45 to 2:15 – Master File Maintenance: Miscellaneous Auxiliary Codes**

Participant Guide: 3-B –Miscellaneous Auxiliary Codes

1. Employee Types
   a. Corresponds to Munis Personnel Status, this code designates whether a given employee is salaried or hourly, Exempt or Non-Exempt
2. Status Codes
   a. System-defined, used to designate if an employee is Active, Deleted, or Terminated
3. Time Zone
   a. Used to designate which time zones are active for a given client, these codes are only used by clients whose workforce spans multiple time zones
4. Pay Periods – Setup, how they are generated, and how they can be maintained
   a. Standard Pay Periods are based on a daily, monthly, or semi-monthly cycle
   b. Pay Periods can be defined based on specific dates if they do not follow the above logic, however the client must build them out in advance
5. Approval Types (Available in ExecuTime Version 2018)
   a. Used to designate the different levels of approval in ExecuTime, these codes are universally applied throughout the system
6. Availability Statuses
   a. Used to indicate whether or not an employee is present at work based on interactions with the time clock and/or time sheet and/or PTO/Hours Request functions
7. Shift
   a. An informational field that can be used by employees when entering time to indicate which shift they were working



3



**2:15 to 3:00 – Master File Maintenance: Job Costing Codes**

Participant Guide: 3-C –Positions, Certifications, and Job Costing Codes (Some parts will be skipped for now)

1. Positions
    a. Position codes are roughly analogous to Job Class in Munis and the ability to enter time against a given Position can be controlled based on the Cert/Reqs codes assigned to an employee
2. Certs/Req
    a. Certification/Requirement codes can be used to control employees' ability to enter time against certain Positions
3. Job Costing
    a. Discuss the relationship between Expanded Job Costing fields and how they can be customized for each client based on their specific tracking needs

**3:00 to 3:45 – Master File Maintenance: Pay Codes**

Participant Guide: 4-A –Pay Codes

1. Pay Codes
    a. Creating and editing of Pay Codes, including a comprehensive discussion of each setting and how they impact the function of the created codes.

**3:45 to 4:30 – Review, Q&A, and Exercises**

Complete the Exercises associated with Participant Guides 3-A – Organizational Codes, 3-B –Miscellaneous Auxiliary Codes, 3-C – Positions, Certifications, and Job Costing Codes, and 4-A – Pay Codes.

# MM/DD/YYYY: Day 2 – Employee and Supervisor Actions

## Yarmouth Office, 1 Tyler Drive, Yarmouth, ME
## {ROOM ASSIGNMENT}

**8:30 to 9:00 – Review and Q&A**

**9:00 to 10:45 – Employee Actions: Entering Time**

Participant Guide: 1-A+B – Employee Actions

1. Clock In/Clock Out
    a. Description of login options and landing page information
    b. Basic Clock In/Clock Out functions
    c. Discussion of Availability Status and its relationship to Time Sheet and CIO methods of entry
    d. Demonstration of modifying pay information associated with CIO by using the Edit Info feature to change Position, Shift, or Job Costing Codes
2. Timesheet Entry
    a. Demonstrate how to directly enter/modify time via Timesheet Entry
    b. Start/End Time vs Duration vs Amount





  c. What codes are available for Timesheet Entry?

  d. Scheduled vs Unscheduled Hours

3. Time-Off Request/Hours Request

  a. Difference between Time-Off Request vs Hours Request

  b. Demonstrate how to request Time-Off/Hours

4. Benefits Calendar

  a. Show how Time-Off Requests show on Benefits Calendar

5. Time Card Inquiry

  a. Discuss how Time Card Inquiry is where employees put the "finishing touch" on their time before submitting.

  b. Demonstrate Job Costing Split feature

  c. Demonstrate how to select Comp Time vs Overtime

6. Time Summary

  a. Discuss how Time Summary is an easily viewable summary of the employee's completed time card

7. Benefits Summary

  a. Benefits Summary is where users go to view their accrual balances in ExecuTime

8. Time Approval

  a. Once all time is reviewed in above programs, demonstrate how users can "Approve" their own time cards, which essentially submits them for supervisor approval.

  b. Note: This is only available for the employee that is logged into the system

**10:45 – 11:30 – Supervisor Actions: Employee Availability Maintenance**

*Participant Guide: 2-A+B+C – Supervisor Actions*

1. Dashboard

  a. Used to track pending approval requests, to set employee Availability Status, and to view global messages.

  b. Demonstrate how to change Availability Status

2. Employee Time Summary

  a. Review time cards and approval status for each employee

3. Manage Time-Off/Manage Hours Request

  a. Demonstrate how to review and approve Hours Requests and Time-Off Requests

  b. Demonstrate the "Reset to Pending" feature which can be used to unlock an approved request so that the employee can adjust their request

4. Employee Time Maintenance

  a. Demonstrate the Add New Time Entry feature

  b. Demonstrate the Add New Clock In/Out Entry feature

  c. Return to Timesheet Entry to discuss the difference between adjusting an employee's Time Card visa Timesheet Entry (acting as employee) vs Employee Time Maintenance (acting as supervisor)

5. Who is Here?

  a. Used to track employee presence at work by Availability Status.

  b. Demonstrate how changing Availability Status for employees in the dashboard impacts the Who is Here? screen.

6. Audit options

  a. Review audit programs (Transaction, GeoData, Approval, Attendance) and what information is available

7. Time Approvals

  a. Demonstrate how to approve employee Time Cards





     b.   Discuss best practice as it relates to the Add New Time Entry and Add New Clock In/Out Entry options available on this screen

**11:30 to 12:00 – Exercises**

Complete the Exercises associated with Participant Guides 1-A+B – Employee Actions and 2-A+B+C – Supervisor Actions.

**12:00 to 12:45 – Lunch**

**12:45 to 1:15 – Employee Maintenance**

**Participant Guide: 5-B Employee Master File**

1. Master File Management – Employee Master
   a. Adding a new Employee Master record
   b. Modifying existing Employee Master records
   c. Discuss the impact of security driven by the "Pay Properties" tab as opposed to the "Security" tab

**1:15 to 2:30 – UI Environment Flags**

**Participant Guide: 6-A UI Environment Flags**

1. Note: The display order of the options within some tabs has been changed in ExecuTime Version 2019 and above
2. UI
   a. Walk through each UI Setting and explain how they are used to globally define what fields/functions are made available to ExecuTime users, to establish parameters for various functions, and how that information is presented
   b. Some UI Settings are primarily cosmetic (such as field labels or default number of records to display) while others can enable/disable certain processes within the system (such as the ability to disable all Clock In/Out functions)
3. UI Style
   a. Used to configure various color settings in ExecuTime
4. Security
   a. Governs access to Fast Clock In/Out features, the need for passwords, and remote access to ExecuTime
5. Login Configuration
   a. Used to define login settings for sites who do not use the standard ExecuTime login
   b. ExecuTime does not presently support SSO, but does support AD logins via Kerberos
6. Time Processing
   a. Walk through each Time Processing setting, which are used to establish global settings for how ExecuTime functions
7. Communication
   a. Used to configure settings for e-mail Event Maintenance notifications
8. Clock Polling
   a. Used in configuring certain time clock devices for use with ExecuTime
9. Performance (Only available in ExecuTime Version 2018 and prior)





          a. An obsolete program used to clear the system cache; no longer used
10. Timeclock Configuration
          a. Used to configure settings for timeclock and how they communicate with ExecuTime
11. Admin
          a. Used to configure the overall application setup and is only accessible by the ExecuTime Admin account (permissions cannot be granted to any other account)
          b. Used to configure licensing permissions
          c. Review setup options

**2:30 to 3:00 – Time Clocks**

1. Field Trip
          a. Demonstrate Time Clocks: Allow participants to see the Time Clocks that are set up
          b. Discussion of options: Card scanning, Biometric, Punch in/out
          c. Refer to ExecuTime recording for clocks

**3:00 to 4:30 – Review, Q&A, and Exercises**

Complete the Exercises associated with Participant Guide 5-B – Employee Master File.

## MM/DD/YYYY: Day 3 – Setup and Administration: Policies, Rules, and Security Roles

**Yarmouth Office, 1 Tyler Drive, Yarmouth, ME**
**{ROOM ASSIGNMENT}**

**8:30 to 9:00 – Review and Q&A**

**9:00 to 10:00 – Overtime and Comp Time Policies**

*Participant Guide: 4-B – Overtime and Comp Time Policies*

1. Comp Time Policy
          a. Create a Comp Time Policy that governs the Comp Earned and Comp Used code, and to indicate whether Overtime hours should default in as Comp Time or Overtime
2. Overtime Policy
          a. Create an Overtime Policy, noting that it must be assigned by a combination of ET Location and Organizational Unit

**10:00 to 10:30 – Clocking and JCD Policies**

*Participant Guide: 4-C – Clocking and JCD Policies*

1. Clocking Policy
          a. Demonstrate the creation of a Clocking Policy to govern what fields a user is allowed/required to enter when logging time (related to JCD Policy)
2. JCD Policy





a.  Demonstrate the creation of a JCD to govern what Job Costing fields a user is allowed/required to enter when logging time (related to Clocking Policy)

**10:30 to 10:45 – Review, Q&A, and Exercises**

Complete the Exercises associated with Participant Guides 4-B – Overtime and Comp Time Policies and 4-C – Clocking and JCD Policies.

**10:45 to 11:15 – Rounding Policy, TSA Policy, and Work Limits**

Participant Guide: 4-D – Rounding and TSA Policies

1.  Rounding Policy
    a.  Create a rounding policy to govern how the system will round to the nearest 5/6/15/30/60 minutes, and to define the clocking grace periods for employees assigned to schedules
2.  TSA Policy
    a.  Describe and define TSA Policies to indicate how the system should handle shifts that cross midnight over multiple pay periods
3.  Work Limits
    a.  Most commonly used in conjunction with the Advanced Scheduling module, Work Limits trigger notifications to supervisors when employees work outside of the limit parameters established here

**11:15 to 11:45– Salaried Policies**

Participant Guide: 4-E – Salaried Policies

1.  Salaried Policy
    a.  Used to force the system to auto-populate hours for Salaried employees

**11:45 to 12:00 – Geofence Maintenance and Geo Location Policy**

1.  Geofence Maintenance
    a.  Used to create the area that is marked as within the boundaries
2.  Geolocation Policy
    a.  Assign geofence areas to a policy to determine how the locations will be used

**12:00 to 12:45 – Lunch**

**12:45 to 2:00 – Rules Engine**

Participant Guide: 4-F – Rules Engine

1.  Rules Engine
    a.  Demonstrate the creation of Individual Rules, which are used to tell the system what to do when time is entered with certain parameters.  Individual Rules can be used to automatically apply Shift Differentials, for example.
    b.  Assign Individual Rules to a Rules Engine Configuration policy





**2:00 to 2:30 – Role Security and Permissions**

Participant Guide: 5-A – Role Security and Permissions

1. Roles and Security
   a. Roles govern access to programs (Menu Access) and employees (Data Access)
   b. Additional functional access is governed by the Other tab
   c. The Notifications tab is used to govern what kinds of events in ExecuTime will trigger an automatic notification for users assigned to a given role

**2:30 to 3:15 – Employee Master File Management / Benefit Hours**

Participant Guides: 5-B Employee Master File, 5-C Employee Benefits, and 5-D Auto-Deductions

1. Review setup of Master File Management – Employee Master
   a. Adding a new Employee Master record
   b. Modifying existing Employee Master records
   c. Discuss the impact of security driven by the "Pay Properties" tab as opposed to the "Security" tab
2. Assigning auto-deductions to employees
   a. Establishing the auto-deduction threshold
   b. Defining the auto-deduction amount
   c. Auto-deduct pay code prerequisites
   d. Overriding auto-deductions
3. Master File Management – Benefit Hours
   a. Adding benefit hours for employees

**3:15 to 3:30 – Schedule Maintenance**

Participant Guide: 5-E Schedules

1. Schedules
   a. Walk through the creation of a schedule and discuss how it can be used to default in hours on an employee's timesheet
   b. Schedules can be built with a single lunch break included
   c. Max Hours per Day/Week can be used in conjunction with Overtime Policies
   d. Discuss how Grace Periods can be used to establish parameters regarding when it is appropriate for an employee to clock in or out
2. Schedule Sets
   a. Assign Schedules to employees by associating them with a Schedule Set

**3:30 to 3:45 – Reporting**

Participant Guide: 7-A Reporting

1. Access to Reports
   a. Controlled by security role
2. Defining Reports
   a. Demonstrate how to define and run reports; parameters vary by report
3. Custom Reporting Options





**3:45 to 4:00 – Bulk Transactions and Holiday Schedules**

Participant Guide: 7-B Bulk Transactions and Holiday Schedules

1. Bulk Transactions
   a. Adding a fixed unit of time to a group of employees all at once
2. Holiday Schedules
   a. Similar to Bulk transactions, but used for Holiday time

**4:00 to 4:30 – Review, Q&A, and Exercises**

Complete the Exercises associated with Participant Guides 4-D – Rounding and TSA Policies, 4-F– Rules Engine, 5-A – Role Security and Permissions, 5-C – Employee Benefits, and 5-E Schedules.


# MM/DD/YYYY: Day 4 – Processing Time Entry

**Yarmouth Office, 1 Tyler Drive, Yarmouth, ME**
**{ROOM ASSIGNMENT}**

**8:30 to 9:00 – Review and Q&A**

**9:00 to 9:30 – Payroll Processing and Corrections**

Participant Guide: 7-C Time Balancing and Payroll Processing

1. Time Balancing
   a. Provides a summarized view of all data associated with a given pay period; data can be moved into destination payroll system from this screen
2. Processing Data in Munis
   a. Time entered and processed in ExecuTime will display in Employee Pending Time Entry in Munis

**9:30 to 10:00 – Editing History**

Participant Guide: 7-D Reverting Payroll and Editing History

1. Payroll Revert
   a. Used to reverse the process of moving data into the destination payroll system/unlock it for editing and re-processing in ExecuTime
2. Time History
   a. Used to view and edit time entry history data
   b. Discuss the ramifications of historical reporting and how it can be affected by changes to setup or employee records
3. Payroll Corrections
   a. Used to process corrections to time entry records that have already been sent to Munis Payroll

**10:00 to 10:30 – Munis Integration**

Participant Guide: 7-E Munis Integration Configuration





1. Tyler Connectivity
   a. Used to configure connection to Munis environment
2. Tyler Integration
   a. Setup of subscriptions/web services to automate the process of moving data from Munis to ExecuTime
3. Look with Munis Entity Service Configuration
   a. Second half of the subscription puzzle
4. Security for GL/PL/Pay Codes
   a. Review of how GL/PL security is established in Munis based on Munis Location code
   b. Review of how Pay Code access is granted

**10:30 to 11:00 – Various "Gotcha's"**

1. Filters
2. Integrations Issues
3. Setup/Munis Fields
4. Look at Confluence

**11:00 to 12:00 – Final Wrap-Up and Review**

This time is reserved for questions and open discussion.  Participants may also use this time to prepare for the assessment, which they may take on their own time.

**12:00 – Lunch To-Go**





# EXHIBIT B

# 2019 New Workflow Process, New Overtime Setup & ExecuTime Roadmap

ExecuTime



2020 IMPLEMENTATION MEETINGS



# Meeting **agenda**



ExecuTime Workflow

ExecuTime Rotating Overtime Policies

ExecuTime Roadmap

Questions

© Tyler Technologies 2020





# Overview

ExecuTime integrates with Tyler Workflow to control business processes for approving timecards, time off requests and hours requests in version 2019 and up. Within workflow management you have the ability to set approvers for individuals that are responsible for making those approvals.

© Tyler Technologies 2020



# Workflow Approvers 2019.3

System Admin>Workflow Management>Workflow Approvers

Individuals responsible for approving timecards, time off request and hours requests are set as workflow approvers.



To create a new workflow approver, select the Add New Entry button.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020





# Workflow Approvers (cont.)



Click the Add Row button to assign new rule for workflow approver(s).

New rule can be set based on Workgroup and/or Organization type.
Organization type options:
-Employee
-Department (Munis Location)
-Division
-Company

If using organization type, after selection is made, click in Organizational Unit box to make selection from drop-down list.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Workflow Approvers (cont.)

Workflow Approvers
Name* IT Supervisor
Primary Approver* MCCLELLAND, JESS
Secondary Approver WORKMAN, ALISON
Action
WrkGrp
Organization Type
Organizational Unit
Attribute
Select options
Location
1 selected
Select an attributes
Save
Back

After selections have been made, hovering over the info tooltip will display selections made.

Click save to complete the workflow approver set up.

NOTE: The workflow approver(s) are now the only users with the ability to approve timecards, time off requests and hours requests.

© Tyler Technologies 2020

# Workflow Approvers (cont.)

**Manage Workflow Approvers**

| WORKFLOW APPROVERS | WORKFLOW CONNECTIVITY | WORKFLOW STATUS AUDIT |
|---|---|---|

Showing 50 ▾ per page; 1 total records

| ⊕ Actions | Name | Primary Approver | Secondary Approver | Approval Type |
|---|---|---|---|---|
|  | IT Supervisor | MCCLELLAND, JESS C | WORKMAN, ALISON M | Department |

The saved workflow approver will now show under the manage workflow approvers list.

Changes can be made to the workflow approvers setup by clicking the edit this entry pencil.
The workflow approver can be deleted by clicking the delete this entry.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Workflow Status Audit

System Admin>Workflow Management>Workflow Status Audit



The workflow status audit screen will show a high-level status by department with counts of successful, idled, failed and cancelled workflows.

By clicking on the action icon a details view for the selected department will appear.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Workflow Status Audit (cont.)



The detail screen will be a list of employees in that department and all their workflows listing the employee, workflow type, workflow status, modification date and approver.

| Employee | Type | Status | Status Detail | Modified On | Approver |
|---|---|---|---|---|---|
| Harbison,Thomas | Time Off/Hours Request Delete | Successful | | 2019-07-26 13:56:44.417 | ZZ**Admin,ExecuTime |
| Harbison,Thomas | Time Off/Hours Request Delete | Successful | | 2019-07-26 15:28:28.097 | ZZ**Admin,ExecuTime |
| Harbison,Thomas | Supervisor Pay Period Approval | Successful | | 2019-07-26 15:50:00.827 | FOUNTAIN,LAUREN |
| Harbison,Thomas | Supervisor Pay Period Approval | Successful | | 2019-07-26 15:50:44.667 | FOUNTAIN,LAUREN |
| Harbison,Thomas | Time Off/Hours Request Delete | Successful | | 2019-07-26 15:50:44.87 | FOUNTAIN,LAUREN |
| Harbison,Thomas | Time Off/Hours Request Delete | Successful | | 2019-07-26 16:31:30.53 | VANSTRIEN,HEATHER |
| Harbison,Thomas | Time Off/Hours Request Delete | Successful | | 2019-07-26 18:03:29.793 | ZZ**Admin,ExecuTime |
| Lopour,Hailee | Time Off Approval | Successful | Workflow Auto-Declined on Timeout | 2019-07-26 18:07:28.867 | VANSTRIEN,HEATHER |
| Lopour,Hailee | TOR/HR Approval Calculation | Successful | | 2019-07-29 13:25:47.913 | ZZ**Admin,ExecuTime |

© Tyler Technologies 2020



# Workflow Connectivity

System Admin>Workflow Management>Workflow Connectivity



These settings control how Tyler Workflow connects with ExecuTime.

Our TSM or Deployment teams will handle this setup.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Timecard Approvals

Supervisor Action>Employee Time Summary

The Employee Time Summary tab shows the overall approval status for each workflow rule by employee. The status icons will update as approvals are made.



- Red circle exclamation = No approvals exist for any workflow rule(s).
- Green circle checked = All approvals are completed for all workflow rules.
- Yellow circle checked = At least one approval is complete but not all approvals are complete.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Timecard Approvals (cont.)

## Employee Actions>Time Approval



**Workflow is started with the approval of the timecard by the employee.**

To approve timecard, employee enters their initials and clicks the Approve & Submit button.



# Timecard Approvals (cont.)

After the employee approves and submits timecard, the initials entered will show under Employee for Pay Period Approval table.

The Employee column in time details will update and show a green circle checked indicating approvals are complete.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Timecard Approvals (cont.)

## Supervisor Action>Employee Time Summary



The status icons are now updated on the Employee Time Summary Tab to reflect the employee's approval.  The initials entered by the employee are also shown in the Employee column.  This employee's timecard is now ready for supervisor approval.



| | All | Violations | Employee | Approver | Employee | Employee ID | Position | Type | Regular | Overtime | Comptime | Benefits | Deduction | Other | Total | Employee | Approver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 🔍 | ☐ | ✅ | ❗ | ❗ | Anderson, June | 87652 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |
| 🔍 | ☐ | ✅ | ❗ | ❗ | ANTONELLI, RAYMOND | 5678 | IC | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | | |
| 🔍 | ☐ | ✅ | ❗ | ❗ | Clarke, Heather | 6473 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |
| 🔍 | ☐ | ✅ | ❗ | ❗ | EPPS, JASON | 198 | Sr PM | FT | 80.00 | 0.00 | 0.00 | 0.00 | (10.00) | 0.00 | 80.00 | | |
| 🔍 | ☐ | ✅ | ✅ | ❗ | FOUNTAIN, LAUREN | 7890 | LT | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | LF | |
| 🔍 | ☐ | ✅ | ❗ | ❗ | Harbison, Thomas | A0123 | CO | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |

Showing 50 ▼ per page; 13 total records          Pay Period: 1 ▼   Viewing Pay Period: 08/03/2019 - 08/16/2019

2020 IMPLEMENTATION MEETINGS          © Tyler Technologies 2020



# Timecard Approvals (cont.)

Supervisor Action>Employee Time Summary

### Edit Voids Approval : Joseph E Gildart (678)

 tyler.relay@tylertech.com
To ● Gildart, Joe



1:32 PM

Timecard was previously approved and has since been modified. A new approval is required.

Pay Period: 2020-01-13 00:00:00.0 - 2020-01-27 00:00:00.0

Employee: Joseph E Gildart (678)

Action initiated by: Joseph E Gildart

For details please visit: https://munis1032.tylerdemo.net:7443/ExecuTime

If supervisor notifications have been properly setup, the Primary Approver will receive an email notification alerting them that time has been approved by the employee and approval action is required.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Timecard Approvals (cont.)

Supervisor Action>Time Approvals



**Two filter options exist for supervisor approval.**
- My Pending Approvals - when selected only employees with pending approvals for the logged in user will show in the drop down.
- Unsubmitted Timecards – when selected only employees with unsubmitted timecards will show in drop down.
- All filters unchecked – displays all employees the logged in user has workflow approval access for. All status types, approved, not approved, submitted, not submitted, etc.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Timecard Approvals (cont.)



To approve the timecard, enter initials and click Approve button.  This will approve the entire timecard. Supervisors have the availability to add in comments at time of approval or rejection.

*After clicking approve, the next timecard pending approval will pop-up.  This is based on the approval filter being used.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Timecard Approvals (cont.)



The supervisor's initials and comments are now included in the Pay Period Approval block.  Placing the mouse in the Approver Comments column will display all comments entered for timecard.

The Approvers column in time details will update and show a green circle checked indicating approvals are complete.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Timecard Approvals (cont.)

## Supervisor Action>Employee Time Summary



The status icons are now updated on the Employee Time Summary Tab to reflect the supervisor's approval.  The initials entered by the supervisor are also shown in the Approver column.  The workflow for this employee's timecard is complete.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Timecard Approvals (cont.)



**Employee Time Summary** (Filtered Employee Results)

CURRENT PERIOD | PREVIOUS PERIOD | HISTORY

Any status icon of a yellow circle checked indicates that time entries have been partially approved and more action is needed.

Showing 50 ▼ per page; 13 total records

Pay Period: 1 ▼   Viewing Pay Period: 08/03/2019 - 08/16/2019

| | All | Violations | Employee | Approver | Employee ▲ | Employee ID | Position | Type | Regular | Overtime | Comptime | Benefits | Deduction | Other | Total | Employee | Approver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 🔍 | ☐ | ✅ | ❗ | ❗ | Anderson, June | 87652 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |
| 🔍 | ☐ | ✅ | ❗ | ❗ | ANTONELLI, RAYMOND | 5678 | IC | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | | |
| 🔍 | ☐ | ✅ | ✅ | 🟡 | Clarke, Heather | 6473 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | HC | JPJ |
| 🔍 | ☐ | ✅ | ❗ | ❗ | EPPS, JASON | 198 | Sr PM | FT | 80.00 | 0.00 | 0.00 | 0.00 | (10.00) | 0.00 | 80.00 | | |
| 🔍 | ☐ | ✅ | ✅ | ✅ | FOUNTAIN, LAUREN | 7890 | LT | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | LF | JPJ |
| 🔍 | ☐ | ✅ | ❗ | ❗ | Harbison, Thomas | A0123 | CO | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Timecard Approvals (cont.)

## Supervisor Action>Time Approvals





This employee's timecard includes an entry with the pay code we have set requiring a workflow approver.

The employee's timecard will appear in My Pending Approvals under time approvals for the workflow approver.

The approver can enter initials and comments then clock approve just as the other approver(s) did.

*This only approves the one-line item requiring approval, not the entire timecard.

Hovering over the status icon will display approval info.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Timecard Approvals (cont.)



The workflow approver's initials and comments are now included in the pay period approval block. Placing the mouse in the approver's comments column will display all comments entered for the timecard.

The approvers column in time details will update and show a green circle checked indicating all approvals are complete.

The status icon now shows approved by the specified workflow approvers.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Timecard Approvals (cont.)

## Supervisor Action>Employee Time Summary



The status icons are now updated on the Employee Time Summary Tab to reflect the workflow approver's approval. The initials entered are also shown in the approver's column. The workflow for this employee's timecard is complete.

Showing 50 ▾ per page: 13 total records

| All | | Violations | Employee | Approver | Employee | | Employee ID | Position | Type | Regular | Overtime | Comptime | Benefits | Deduction | Other | Total | Employee | Approver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 🔍 | | ✅ | ❗ | ❗ | Anderson, June | | 87652 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |
| 🔍 | | ✅ | ❗ | ❗ | ANTONELLI, RAYMOND | | 5678 | IC | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | | |
| 🔍 | | ✅ | ✅ | ✅ | Clarke, Heather | | 6173 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | HC | LF JPJ |
| 🔍 | | ✅ | ❗ | ❗ | EPPS, JASON | | 198 | Sr PM | FT | 80.00 | 0.00 | 0.00 | 0.00 | (10.00) | 0.00 | 80.00 | | |
| 🔍 | | ✅ | ✅ | ✅ | FOUNTAIN, LAUREN | | 7890 | LT | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | LF | LF JPJ |
| 🔍 | | ✅ | ❗ | ❗ | Harbison, Thomas | | A0123 | CO | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | | |

© Tyler Technologies 2020



# Timecard Approvals (cont.)

## Supervisor Action>Time Approvals



Supervisors can approve timecards on behalf of the Employee.

To approve as Employee, select employee in the approval type drop-down list. Enter initials and any comments then click Approve & Submit.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

tyler
technologies



# Timecard Approvals (cont.)

The supervisor's initials are now included in the Pay Period Approval block under the Employee column.

The Employee column in time details will update and show a green circle checked indicating approvals are complete.

This timecard is now ready for supervisor approval.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Timecard Approvals (cont.)

Supervisor Action>Employee Time Summary



The status icons are now updated on the Employee Time Summary Tab to reflect the employee's approval.  The initials entered by the supervisor are also shown in the Employee column.  This employee's timecard is now ready for supervisor approval.



| All | Violations | Employee | Approver | Employee | Employee ID | Position | Type | Regular | Overtime | Comptime | Benefits | Deduction | Other | Total | Employee | Approver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✓ | ! | Anderson, June | 87652 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | JPJ | |
| | ✓ | ! | ! | ANTONELLI, RAYMOND | 5678 | IC | FT | 72.00 | 0.00 | 0.00 | 0.00 | (9.00) | 0.00 | 72.00 | | |
| | ✓ | ✓ | ✓ | Clarke, Heather | 6473 | IC | FT | 80.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 80.00 | HC | LF JPJ |
| | ✓ | ⚠ | ⚠ | COFFELT, JARRETT | 4567 | PM | FT | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | | |

© Tyler Technologies 2020

# UI Environment Flags

System Admin>UI Environment Flags>Time Processing>Payroll Processing



There are two new UI Environment Flags directly related in Workflow Management.

1.  Only export records with all required workflow approval initials.

*This setting will result in only exporting individual transactions with ALL workflow approval initials completed. Using this option can result in partial timecards being exported.

2.  Only export when all required workflow initials have been completed for ALL timecards.

*This setting will result in only exporting all transactions when all timecards in the selected filter have all workflow approval initials complete. (Example: If one time entry on one timecard does not have all workflow approval initials the NONE of the timecards will be exported.)

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020





# Rotating Overtime Policy

In versions 2019+ of ExecuTime, there is a new feature to allow users to create Rotating Overtime Policies.

Rotating Overtime Policies allow for ExecuTime users to calculate overtime based on multiple thresholds from week to week or pay period to pay period.

Many times overtime calculations for Fire Agencies are based on alternating or rotating "hours worked" thresholds. For example, one period the threshold is 96-hours worked and the second period the threshold is 120-hours worked. The ExecuTime overtime policy configuration has been enhanced to accommodate rotating thresholds.

© Tyler Technologies 2020





# Rotating Overtime Policy (cont.)



When rotating is checked, two new frequency types will be available in the configured rules section.

-Weekly Rotation
-Period Rotation

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Overtime Policy (cont.)

System Admin>Policies & Rules Engine>Overtime Policy



When rotating is checked the "Rotating Start Date" drop down becomes accessible with pay period start dates based on the pay period selected above.

A rotating policy can only be applied to pay periods configured as types of DAYS with a duration in multiples of seven. Custom OT periods and rotating periods will be mutually exclusive.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Overtime Policy (cont.)

System Admin>Policies & Rules Engine>Overtime Policy

| Actions | Name | ▲ Rotating | Pay Period | Frequency | Hours Threshold | WrkGroup | Organization Type |
|---|---|---|---|---|---|---|---|
| ✏️ ⊖ | 1025 OT | No | B | Weekly | 40.00 | All | Munis Location |
| ✏️ ⊖ | 28 Day Period | No | W | Period | 127.00 | All | Entity |
| ✏️ ⊖ | 36/44 OT Period | Yes | W | Weekly Rotation | 36.00 | 1 (TEST) | Entity |
| ✏️ ⊖ | 40 hour weekly OT | No | W | Weekly | 40.00 | All | Division |
| ✏️ ⊖ | 9/80 Friday | No | B | Weekly | 40.00 | ET02 (EXECUTIME 02 HOURLY) | Entity |
| ✏️ ⊖ | 980 sv | No | B | Weekly | 40.00 | All | Entity |
| ✏️ ⊖ | CT 1.0 / 1.5 Test | No | B | Weekly | 40.00 | All | Munis Location |
| ✏️ ⊖ | Daily Overtime | No | W | Daily | 8.00 | All | Entity |
| ✏️ ⊖ | MF 7-4:30 | No | B | Weekly | 40.00 | All | Entity |
| ✏️ ⊖ | OT Fire | No | B | Period | 212.00 | KAFD (FIRE STATION 1 KA) | Division |
| ✏️ ⊖ | OVERTIME1 | No | W | Weekly | 40.00 | Corporate (Corporate) | Entity |
| ✏️ ⊖ | Rotating OT | Yes | B | Weekly Rotation | 36.00 | All | Munis Location |

A column has been added to the overtime policy list screen showing the value of the rotating setting. This column is sortable.

© Tyler Technologies 2020



# Rotating Weekly Overtime Policy

SO now let's go in and build a weekly rotating overtime policy.

"City Hall is open late every other Thursday to allow for citizens to come in outside of typical business hours. Our Full-Time administrative employees are required to work 36 hours in the first week and 44 hours in the second week. Will ExecuTime be able to handle this schedule?"

© Tyler Technologies 2020



# Rotating Weekly Overtime Policy (cont.)

System Admin>Policies & Rules Engine>Overtime Policy



Setup an overtime policy as:
Name: Rotating OT
Description: Rotating OT
Custom Overtime Period: No
Rotating: Checked
Configured Rule: Weekly
Rotation, Week 1 = 36 hours,
Week 2 = 44 Hours
Overtime Code: 201 OT
Rotating Start Date: 12/30/19

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Weekly Overtime Policy (cont.)

Employee Actions>Timesheet Entry



An employee that has entered a timesheet with a standard 40-hour Monday through Friday work week should see a total of 80 hours worked with 4 hours allocated towards pay code 201 for overtime.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Rotating Weekly Overtime Policy (cont.)

Employee Actions>Time Card Inquiry>Current Period



As expected, in the first week this employee surpassed the 36-hour threshold by 4 hours. In the second week of the pay period the 44-hour threshold was not crossed. Therefore no overtime in week two was granted.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Weekly Overtime Policy (cont.)

Employee Actions>Timesheet Entry



This same employee has now entered a timesheet based on their rotating schedule that shows 36-hours worked in week one and 44-hours worked in week two. No overtime is to be expected.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020





# Rotating Period Overtime Policy

System Admin>Policies & Rules Engine>Overtime Policy



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Rotating Period Overtime Policy (cont.)

Employee Actions>Timesheet Entry>Previous Period



In the previous period this employee has entered total time of 122-hours worked. We should expect to see 120-hours of regular time and 2-hours of overtime.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Period Overtime Policy (cont.)

## Employee Actions>Time Card Inquiry>Previous Period



As expected, 120-hours of regular time and 2-hours of overtime based off the 120-hour threshold for the rotating policy.

2020 IMPLEMENTATION MEETINGS



# Rotating Period Overtime Policy (cont.)

Employee Actions>Timesheet Entry>Current Period



In the current period this employee has entered total time of 100-hours worked. We should expect to see 96-hours of regular time and 4-hours of overtime.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Period Overtime Policy (cont.)

## Employee Actions>Time Card Inquiry>Current Period



As expected, 96-hours of regular time and 4-hours of overtime based off the 96-hour threshold for the rotating policy on the current pay period.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Rotating Period Overtime Policy (cont.)

Now let's take another look at a policy that uses **both** rotating and a daily overtime.

"City Hall is open late every other Thursday to allow for citizens to come in outside of typical business hours. Our Full-Time administrative employees are required to work 36 hours in the first week and 44 hours in the second week. Also, if they work more than 9 hours in any day, they will also earn overtime. Will ExecuTime be able to handle this schedule?"

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020





# Rotating Weekly AND Daily Overtime Policy

System Admin>Policies & Rules Engine>Overtime Policy

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Rotating Weekly AND Daily Overtime Policy (cont.)

Employee Actions>Timesheet Entry

On Thursday, this employee worked a 10-hour day.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Rotating Weekly AND Daily Overtime Policy (cont.)



In the first week of the pay period this employee worked 42-hours including 10-hours on Thursday.

Based off the rotating overtime policy established the employee earned 7-hours of overtime total. 1-hour on Thursday and 6-hours of additional overtime for the 42-hours worked.

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020





# ExecuTime 2019
# Multiple OT Rules (time worked vs. other)

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# OT Time Worked vs Other

System Admin>Policies & Rules Engine>Overtime Policy



Two new selection columns were added to the configured rules within an overtime policy:
    A. Other OT Code
    B. Other Comp Policy

The existing columns "Overtime" and "Comp Time Policy" renamed to:
    A. Time Worked OT Code
    B. Time Worked Comp Policy

2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# OT Time Worked vs Other (cont.)

System Admin>Policies & Rules Engine>Overtime Policy



The time worked overtime will calculate first and pull out overtime/comp to the respective pay code, then the non-time worked overtime calculate over the remaining time.

    A. **Time Worked OT:** defined as the total hours of all pay codes flagged "Counts Toward Overtime" and "Time Worked." Hours Exceeding the frequency threshold will be applied to the respective pay code defined in rule. This calculation will run ***before*** the Other OT calculation.

    B. **Other OT:** defined as total time worked (after time worked OT calc) plus total hours of all Pay Codes flagged as "Counts Toward Overtime" and "Other." Hours exceeding the frequency threshold will be applied to the respective pay code defined in rule.



# OT Time Worked vs Other (cont.)

System Admin>Master File Management>Pay Codes



Pay Code 111 is flagged as Counts Toward Overtime = "Time Worked"

Pay Code 115 is flagged as Counts Toward Overtime = "Other"



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# OT Time Worked vs Other (cont.)

System Admin>Policies & Rules Engine>Overtime Policy

All overtime policy frequency types are eligible to utilize time worked and Other OT settings.

Comp Time policies will coincide with the respective overtime type. This means the comp selector will be available for both Time Worked OT and Other OT allowing for transfer into potentially different comp buckets.



© Tyler Technologies 2020



# OT Time Worked vs Other (cont.)

Other Considerations/Assumptions

Both Time Worked and Other OT will be lumped together into the Overtime Summary totals on Screens.

    A. Mouse over the summary OT total will list the duration of time applied to each pay code. (similar table view of how minimum staffing screens work today)

    B. The details of specific overtime codes applied will be visible in the detail lines of the timecard.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# OT Time Worked vs Other (cont.)

Other Considerations/Assumptions

Upgrades:

 A. Existing overtime policy configured rules will consider Overtime Code to be Other OT Code and Comp Time Policy to be Time Worked Policy. The new selections for Other Time OT Code and Other Comp Policy will be set to none.

 B. Existing Pay Codes flagged as counts toward overtime will be set as "Time Worked." Pay codes will need to be reviewed and vetted during upgrade testing to endure all flags are accurate.

 C. Custom Payroll export code will need to be vetted prior to upgrade.

© Tyler Technologies 2020





ExecuTime Road Map

© Tyler Technologies 2019

# Munis Implementation Analyst / HCM

Now hosted on our Analyst confluence page, you'll find quick access points to ExecuTime Road Map.

- Resolved in Versions 11.3.18, 2017.1.13, 2018.1.18, 2019.1.9, and above
- Enhancement: Allow Employee Build Mapping to include additional non-standard fields, such as Badge ID - Release scheduled in Munis Version 2020.1
  - ⬆ MUN-349729 - ExecuTime - Badge numbers, Schedule Set, and Role options for Badge numbers   CLOSED
  - Created in Version 2020.1

- Issue: Integration will not complete with filter
  - 📄 XTSP-697 - New World / Munis web service responding with errors when request contains a filter   DONE
  - Resolved in Versions 2018.4.11, 2019.2.2.1, and 2019.3
- Issue: Unable to save Employee Records (ET 2019.1 and 2019.2 Versions)
  - 📄 XTSP-687 - Error editing employees if they have qualified positions   DONE
  - Resolved in Version 2019.1
- Issue: Multiple system generated codes based on Rules Engine appear in Time Card Inquiry
  - 📄 XTSP-347 - XTSP-2 ***Multiple Clients - Multiple rules engine with flag "Append to Time" & "Post Policy Processing" enabled for all rules engine causes duplicate transaction   DONE
  - Resolved in Version 2019.3.2 and 2018.4.13
- Enhancement: Allow Employee Build Mapping to include additional non-standard Munis fields, such as Badge ID - Release scheduled in ET Version 2020.1
  - 📄 XTF-765 - Munis User Defined Field Integration   DONE
  - Created in Version 2020.1

**ExecuTime Road Map**

- **Completed Dev Features/Functionalities**: Items that are completed and in which version is was released
- **Finalized Road Map (In Progress) Features**: Items currently being worked on (in progress) to release in the next release
  - Timeline estimates for Release Candidate and General Availability will display here as well
- **Planned**: Plans for functionality within the next 18 – 24 months, but has not been put on a finalized road map version yet
  - This is not guaranteed to be released in the planned version, but is being put into a future version
- **Strategic Backlog**: Functionality that is being considered but not currently planned for any version

 Like   Be the first to like this

No labels 

2

 tyler
technologies

# Completed Dev Features/Functionalities

As new Features & Functionality has been released, those will be documented by Version in this area. Teams can utilize this Information area to cross reference new features and functionality requested from a client or ideas you have for making the application more robust.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



# Finalized Road Map (In Progress)

This section will house features & functionalities that are currently in progress and scheduled to be released in an upcoming version.  In addition, you will be able to see timeline estimates for Release Candidate and General Availability.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020



## Planned

Our planned section will inform everyone what functionality is planned for within the next 18-24 months. This would be functionality that has not been placed on the roadmap version yet.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020

# Strategic Backlog

Any functionality that's part of our strategic backlog will be shared here.



2020 IMPLEMENTATION MEETINGS

© Tyler Technologies 2020





**Appendix**

# Additional ExecuTime Resources

Key Documents

- 2019.1 Rotating Overtime

- New Overtime Policies with 2019.1

- Overtime Policies – Rotating

Teams ExecuTime Page

Confluence Page for ExecuTime

© Tyler Technologies 2020



