IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| Plaintiff, | : |
| | : No. 4:21-cv-00607-ALM |
| vs. | : |
| TYLER TECHNOLOGIES, INC., | : |
| Defendant. | : |

**ORDER GRANTING TYLER TECHNOLOGIES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

On this day, came to be considered, Defendant Tyler Technologies, Inc.'s ("Defendant") Motion for Summary Judgement (the "Motion"). The Court, having considered the Motion, briefs, other pleadings and evidence, and the arguments of counsel is of the opinion and finds that the Motion should be GRANTED.

It is THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendant's Motion for Summary judgement is hereby GRANTED in its entirety.

It is FURTHER ORDERED, ADJUDGED AND DECREED that all of Plaintiff Talia N. Harrison's claims against Defendant in the above-referenced case are hereby dismissed with prejudice as to the refiling of same.