IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA HARRISON,**<br><br>　　　　**Plaintiff,**<br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>　　**Defendant** | Civil Action No. 4:21-cv-607-ALM |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY PERIOD FOR SEVEN (7) DAYS

Before the Court is Plaintiff Talia Harrison's Unopposed Motion to Extend the Discovery Period for Seven (7) Days. Having considered the Unopposed Motion and for good cause shown the Court finds that the Motion should be and hereby is GRANTED.

The Parties shall have until April 28, 2022 to complete discovery in this case.

IT IS SO ORDERED.