IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA HARRISON,** | |
| **Plaintiff,** | |
| **vs.** | Civil Action No. 4:21-cv-607-ALM |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant** | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY PERIOD FOR SEVEN (7) DAYS

Before the Court is Plaintiff Talia Harrison's Unopposed Motion to Extend the Discovery Period for Seven (7) Days (Dkt. #17). Having considered the Unopposed Motion and for good cause shown the Court finds that the Motion should be and hereby is GRANTED.

The Parties shall have until April 28, 2022, to complete discovery in this case.

**IT IS SO ORDERED.**

**SIGNED this 21st day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE