IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA N. HARRISON,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 4:21-cv-607-ALM |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

Before the Court is Plaintiff Talia N. Harrison's Motion to Compel. Having considered the Motion and finding good cause, the Court orders that the Motion should be and hereby is GRANTED.

IT IS SO ORDERED.