# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TALIA N. HARRISON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21cv607 |
| | § | JUDGE MAZZANT |
| TYLER TECHNOLOGIES, INC. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Compel (Dkt. #19).  Having considered the motion and the relevant pleadings, the Court finds that the motion should be denied.

On November 1, 2021, the Court entered its Scheduling Order to control the disposition of the above-referenced case (Dkt. #10).  To address discovery disputes, the Scheduling Order states that

> [i]n the event the parties encounter a discovery dispute, no motions to compel may be filed until after the parties fulfill the "meet and confer" requirement imposed by this Court's Local Rule CV-7(h).  If the parties are unable to resolve the dispute without court intervention, the parties must then call the Court's chambers to schedule a telephone conference regarding the subject matter of the dispute prior to filing any motion to compel.

Here, Plaintiff did not call chambers to schedule a telephone conference and thus did not follow the Court's procedure under the Scheduling Order.  As a result, Plaintiff's Motion to Compel should be denied.

It is therefore **ORDERED** that Plaintiff's Motion to Compel (Dkt. #19) is hereby **DENIED.**

SIGNED this 9th day of May, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE