IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| | : No. 4:21-cv-00607-ALM |
| vs. | : |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| | : |
| **Defendant.** | : |

**JOINT MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER**

Plaintiff Talia N. Harrison ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant") (collectively, the "Parties") hereby move the Court for approval and entry of the attached Agreed Protective Order ("Protective Order").  *See* Exhibit 1.  The Protective Order addresses concerns about the disclosure of confidential information during discovery and will facilitate the exchange of discovery in this matter.  Therefore, the Parties respectfully requests that the Court approve and enter the Protective Order and retain jurisdiction over any disputes related thereto.

- 2 -

Dated:  May 20, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew W. Herrington* <br> Charles R. Bridgers (*pro hac vice*) <br> charlesbridgers@dcbflegal.com <br> Matthew W. Herrington (*pro hac vice*) <br> matthew.herrington@dcbflegal.com <br> DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC <br> 101 Marietta St. <br> Ste. 2650 <br> Atlanta, GA 30303 <br><br> Melinda Arbuckle <br> TX State Bar No. 24080773 <br> marbuckle@eeoc.net <br> Shellist Lazarz Slobin LLP <br> 11 Greenway Plaza <br> Suite 1515 <br> Houston, TX 77046 <br><br> **ATTORNEYS FOR PLAINTIFF** | */s/ Amanda E. Brown* <br> Paulo B. McKeeby <br> TX State Bar No. 00784571 <br> pmckeeby@reedsmith.com <br> Amanda E. Brown <br> TX State Bar No. 24087839 <br> aebrown@reedsmith.com <br> Reed Smith LLP <br> 2850 N. Harwood St., Suite 1500 <br> Dallas, TX 75201 <br> Telephone:     +1.469.680.4200 <br> Facsimile:      +1.469.680.4299 <br><br> **ATTORNEYS FOR DEFENDANT** |