IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| **Plaintiff,** | : |
| vs. | : No. 4:21-cv-00607-ALM |
| TYLER TECHNOLOGIES, INC., | : |
| **Defendant.** | : |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler") respectfully moves the Court to modify the Scheduling Order [ECF 10], and would respectfully show the Court as follows:

**I.    PROCEDURAL HISTORY**

1. This civil action was commenced by Plaintiff Talia N. Harrison ("Plaintiff") on August 3, 2021, by the filing of her Complaint. [ECF 1].

2. An Order governing proceedings was entered by the Court on September 15, 2021, which set the final pretrial conference for September 1, 2022.

3. The Scheduling Order was entered by the Court on November 1, 2021 [ECF 10], which set forth various deadlines for the disposition of the case, including discovery, disclosures and the filing of dispositive motions.

4. On February 10, 2022, Defendant filed its motion for summary judgment in accordance with the Scheduling Order. [ECF 14].

5. On March 3, 2022, Plaintiff filed a response to the motion for summary judgment. [ECF 15].

6. On March 10, 2022, Defendant filed a reply in support of its motion for summary judgment. [ECF 16].

7. On April 21, 2022, discovery was set to close per the Scheduling Order. *See* [ECF 10].

8. On April 20, 2022, Plaintiff filed an unopposed motion to extend discovery for seven (7) days to allow the Parties to confer on Plaintiff's motion to compel discovery. [ECF 17].

9. On April 28, 2022, Plaintiff filed a motion to compel discovery. [ECF 19].

10. On May 13, 2022, the Parties held a discovery conference with the Court on Plaintiff's motion to compel discovery. As a result of the conference, the Court ordered Defendant to supplement its discovery responses; the Parties to submit a protective order; Plaintiff to serve amended discovery requests; the Parties to confer on a methodology for sampling of certain documents; and that good cause existed for Plaintiff to be permitted to file a new response to Defendant's motion for summary judgment and Defendant be permitted to file a reply to Plaintiff's new response. *See* 5/13/22 Minute Entry.

11. On May 20, 2022, the Parties filed an agreed protective order. [ECF 21].

12. On May 26, 2022, Defendant supplemented its discovery responses per the Court's order.

13. On May 27, 2022, Plaintiff served her amended discovery request, which Defendant timely responded to on June 27, 2022.

14. The Parties continue to confer regarding the methodology for sampling certain documents.

15. In accordance with the Scheduling Order, certain pretrial filings are due beginning July 21, 2022 and the final pretrial conference is scheduled for September 1, 2022. *See* [ECF 10].

## II. REQUEST FOR EXTENSION

16. In order to allow the Parties adequate time to finish discovery and to brief summary judgment, Defendant requests that the Scheduling Order be modified so that the following dates shall apply:

| Date | Deadline |
|---|---|
| August 26, 2022: | Plaintiff's deadline to file response to Defendant's Motion for Summary Judgment |
| September 9, 2022: | Defendant's deadline to file its reply in support of its Motion for Summary Judgment |
| January 12, 2023: | Deadline to offer certified records |
| January 19, 2023: | Deadline to file video deposition designations |
| January 24, 2023: | Deadline to file final pretrial order |
| February 9, 2023: | Deadline to file responses to motions in limine; deadline to file objections to witnesses, deposition excerpts, and exhibits |
| February 23, 2023: | Final pretrial conference |

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests an order modifying the Scheduling Order as described above.

Dated: July 13, 2022

                                Respectfully submitted,

                                */s/ Amanda E. Brown*
                                Paulo B. McKeeby
                                TX State Bar No. 00784571
                                pmckeeby@reedsmith.com
                                Amanda E. Brown
                                TX State Bar No. 24087839
                                aebrown@reedsmith.com
                                Reed Smith LLP
                                2850 N. Harwood St., Suite 1500
                                Dallas, TX 75201
                                Telephone:    +1.469.680.4200
                                Facsimile:    +1.469.680.4299

                                **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2022, a true and correct copy of the above was filed using the Court's CM/ECF system that caused notice to be served upon the following:

Charles R. Bridgers
Matthew W. Herrington
DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta St.
Ste. 2650
Atlanta, GA 30303
charles.bridgers@dcbflegal.com
matthew.herrington@dcbflegal.com

Melinda Arbuckle
Shellist Lazarz Slobin LLP
11 Greenway Plaza
Suite 1515
Houston, TX 77046
marbuckle@eeoc.net

/s/ Amanda E. Brown
Amanda E. Brown

## CERTIFICATE OF CONFERENCE

On the 13th day of July, 2022, counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff's counsel advised that Plaintiff is not opposed to the relief sought therein.

/s/ Amanda E. Brown
Amanda E. Brown