# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
|     Plaintiff, | : |
| vs. | :    No. 4:21-cv-00607-ALM |
| TYLER TECHNOLOGIES, INC., | : |
|     Defendant. | : |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

On this day the Court considered Defendant's Unopposed Motion to Modify Scheduling Order and rules as follows:

The following deadlines are hereby modified from the Court's Scheduling Order as follows:

| | |
|---|---|
| August 26, 2022 | Deadline for Plaintiff to file a response to Defendant's motion for summary judgment |
| September 9, 2022 | Deadline for Defendant to file a reply in support of its motion for summary judgment |
| January 12, 2023 | Deadline to offer certified records |
| January 19, 2023 | Deadline to file video deposition designations |
| January 24, 2023 | Deadline to file final pretrial order |

| | |
|---|---|
| <u>February 9, 2023</u> | Deadline to file responses to motions in limine; deadline to file objections to witnesses, deposition excerpts, and exhibits. |
| <u>February 23, 2023</u> | Final pretrial conference |