# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| Plaintiff, | : |
| | : No. 4:21-cv-00607-ALM |
| vs. | : |
| TYLER TECHNOLOGIES, INC., | : |
| Defendant. | : |

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Before the Court is Defendant's Unopposed Motion to Modify Scheduling Order (Dkt. #23). The Court finds the motion should be and hereby is GRANTED.

The following deadlines are hereby modified from the Court's Scheduling Order as follows:

| | |
|---|---|
| August 26, 2022 | Deadline for Plaintiff to file a response to Defendant's motion for summary judgment |
| September 9, 2022 | Deadline for Defendant to file a reply in support of its motion for summary judgment |
| January 12, 2023 | Deadline to offer certified records |
| January 19, 2023 | Deadline to file deposition designations |
| January 24, 2023 | Deadline to file final pretrial order |

| | |
|---|---|
| February 9, 2023 | Deadline to file responses to motions in limine; deadline to file objections to witnesses, deposition excerpts, and exhibits. |
| March 2, 2023 | Final pretrial conference, with a trial window of April 3, 2023 - April 28, 2023 |

**IT IS SO ORDERED.**

**SIGNED this 15th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE