IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TALIA N. HARRISON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No.: 4:21-cv-00607 |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT'S RESPONSE THERETO**

Pursuant to this Court's Order of July 15, 2022 (ECF No. 24), the deadline for Plaintiff to submit a Response to the Defendant's Motion for Summary Judgment is August 26, 2022.

However, the parties agreed to Plaintiff filing a response three weeks after Defendant's complete document production. Plaintiff received Defendant's complete production on August 15, 2022. Plaintiff respectfully requests that the deadline for submitting a response to Defendant's Motion for Summary Judgement be rescheduled to September 5, 2022. Defendant is not opposed to this extension, so long as the Court will also extend Defendant's deadline to file its Reply to

September 19, 2022. This extension is sought in good faith, before the deadlines have passed, and is not filed for purposes of delay.

Dated: August 26, 2022

                                                      Respectfully submitted,

                                                      **SHELLIST LAZARZ SLOBIN LLP**

                                                      s/ Melinda Arbuckle
                                                      Melinda Arbuckle
                                                      Texas Bar No. 24080773
                                                      Shellist Lazarz Slobin LLP
                                                      11 Greenway Plaza
                                                      Suite 1515
                                                      Houston, Texas 77046
                                                      Tel: 713.621.2277
                                                      Fax: 713.621.0993
                                                      marbuckle@eeoc.net

                                                      **DELONG CALDWELL BRIDGERS**
                                                      **FITZPATRICK & BENJAMIN, LLC**

                                                      Charles R. Bridgers
                                                      Georgia Bar No. 080791
                                                      (admitted *pro hac vice*)
                                                      Matthew W. Herrington
                                                      Georgia Bar No. 275411
                                                      (admitted *pro hac vice*)
                                                      101 Marietta Street
                                                      Suite 2650
                                                      Atlanta, Georgia 30303
                                                      (404) 979-3150
                                                      (404) 979-3170 (f)
                                                      charlesbridgers@dcbflegal.com
                                                      matthew.herrington@dcbflegal.com

                                                      Counsel for Plaintiff

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested in this Motion on August 26, 2022 via email, and Defendant is unopposed to this Motion.

*s/Melinda Arbuckle*
Melinda Arbuckle

**CERTIFICATE OF SERVICE**

On August 26, 2022, I filed the foregoing document with the Clerk of Court for the Eastern District of Texas using CM/ECF method of the Court. I certify that I have served all counsel of record electronically thereby.

*s/Melinda Arbuckle*
Melinda Arbuckle