# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil Action No.: 4:21-cv-00607 |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT'S REPLY THERETO

Before the Court is Plaintiff Talia Harrison's Unopposed Motion for Extension of Time for Plaintiff to File a Response to Defendant's Motion for Summary Judgment and for Defendant's Reply Thereto. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

The deadline for Plaintiff to File a Response to Defendant's Motion for Summary Judgment is rescheduled for September 5, 2022.

The deadline for Defendant to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment is rescheduled for September 19, 2022.