IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil Action No.: 4:21-cv-00607 |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT'S REPLY THERETO**

Before the Court is Plaintiff Talia Harrison's Unopposed Motion for Extension of Time for Plaintiff to File a Response to Defendant's Motion for Summary Judgment and for Defendant's Reply Thereto (Dkt. #25). Having considered the Motion, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

The deadline for Plaintiff to File a Response to Defendant's Motion for Summary Judgment is rescheduled for September 5, 2022.

The deadline for Defendant to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment is rescheduled for September 19, 2022.

**IT IS SO ORDERED.**
SIGNED this 30th day of August, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE