IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA HARRISON,**<br><br>        **Plaintiff,**<br>  vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>        **Defendant** | Civil Action No. 4:21-cv-607-ALM |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT'S REPLY THERETO**

Before the Court is Plaintiff Talia Harrison's Unopposed Motion for Extension of Time for Plaintiff to File a Response to Defendant's Motion for Summary Judgment and for Defendant's Reply Thereto.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED. The deadline for Plaintiff to File a Response to Defendant's Motion for Summary Judgment is rescheduled for September 7, 2022. The deadline for Defendant to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment is rescheduled for September 21, 2022.