IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA HARRISON,** | |
| **Plaintiff,** | |
| vs. | Civil Action No. 4:21-cv-607-ALM |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant** | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT'S REPLY THERETO

Before the Court is Plaintiff Talia Harrison's Unopposed Motion for Extension of Time for Plaintiff to File a Response to Defendant's Motion for Summary Judgment and for Defendant's Reply Thereto (Dkt. #27). The Court, having considered the Motion, finds that the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that the deadline for Plaintiff to file a Response to Defendant's Motion for Summary Judgment is extended to September 7, 2022. The deadline for Defendant to file a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment is extended to September 21, 2022.

**IT IS SO ORDERED.**

SIGNED this 6th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE