**PLAINTIFF'S EXHIBIT 4**

```
 1        IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION

 3

 4   SUZANNE GREENE,            )
                                )
 5             Plaintiff,       )  CIVIL ACTION NO.
                                )
 6        vs.                   )  1:19-cv-01338-AT
                                )
 7   TYLER TECHNOLOGIES, INC.,  )
                                )
 8             Defendant.

 9

10

11      30(B)(6) DEPOSITION OF TYLER TECHNOLOGIES

12            BY WITNESS: HILLARY PASCH

13                 October 9, 2019

14                   10:00 a.m.

15                 Dentons US, LLP

16            303 Peachtree Street, NE

17                   Suite 5300

18            Atlanta, Georgia  30308

19

20   Reported By: Judith L. Leitz Moran, RPR, RSA,

21            Certified Court Reporter CCR-B-2312

22                 Job No. 538

23

24

25
```



```
 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
 4        MATTHEW W. HERRINGTON, ESQUIRE
 5        DELONG, CALDWELL, BRIDGERS,
 6        FITZPATRICK & BENJAMIN, LLC
 7        3100 Centennial Tower
 8        101 Marietta Street
 9        Atlanta, Georgia  30303
10
11   On behalf of the Defendant:
12        PAULO B. McKEEBY, ESQUIRE
13        REED SMITH LLP
14        2501 N. Harwood Street
15        Suite 1700
16        Dallas, Texas  75201
17
18   ALSO PRESENT:
19        ABIGAIL DIAZ-PEDROSA, CHIEF LEGAL OFFICER
20        TYLER TECHNOLOGIES
21
22
23
24
25
```



```
 1      Q    Well, because the number has been
 2 approximately the same, I expect that the number
 3 leaving and coming is approximately identical; is
 4 that correct?
 5      A    We had expanded so there would be a
 6 fluctuation in incoming.
 7      Q    By "expanded," you mean that they've
 8 hired more --
 9      A    Correct.
10      Q    -- implementation consultants?
11      A    Correct.
12      Q    Well, how is it possible then that there
13 were approximately the same number in '16 and '19?
14      A    There was approximately the same number
15 from acquisition to before acquisition.  From 2016
16 to 2019, it has grown.
17      Q    Okay.  Can you tell me how many
18 implementation consultants were employed post
19 acquisition before it grew?
20      A    I don't have an exact number, but I would
21 say three or four.
22      Q    Okay.  Can customers of ExecuTime -- or
23 of Tyler when they purchase the license, when they
24 license ExecuTime software, can they make that
25 purchase independent of -- without purchasing any
```

```
 1   servicing by ExecuTime employees?
 2        A    Can you describe "servicing"?
 3        Q    Yeah.
 4             Can they purchase the software without
 5   the installation, the implementation, and the
 6   support?
 7        A    That's not recommended.
 8        Q    Okay.  Has it been done?
 9        A    Not to my knowledge.
10        Q    Okay.  Are there different levels of
11   service that customers can purchase?  For example,
12   can they purchase only the installation?
13        A    Not to my knowledge.
14        Q    So are you aware of any customers who
15   purchased ExecuTime who have not gotten the
16   installation, the implementation, and the
17   post-implementation support?
18        A    Not to my knowledge, no.
19        Q    So really the --
20             MR. HERRINGTON:  Let's actually go off
21   the record for a second.
22             (Off the record.)
23             MR. HERRINGTON:  Back on the record.
24   BY MR. HERRINGTON:
25        Q    Do customers purchase different -- and I
```