# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TALIA N. HARRISON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | No. 4:21-cv-00607-ALM |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S DECLARATION IN SUPPORT OF HER RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day the Court considered *Defendant's Motion to Strike Plaintiff's Declaration in Support of Her Response to Defendant's Motion for Summary Judgment.* After considering the same, the Court grants Defendant's order as follows:

IT IS HEREBY ORDERED that all of the paragraphs in Plaintiff's declaration in support of her response to Defendant's motion for summary judgment that are challenged by Defendant are struck.