IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| Plaintiff, | : |
| | : |
| vs. | : No. 4:21-cv-00607-ALM |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S DECLARATION IN SUPPORT OF HER RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this day the Court considered *Defendant's Motion to Strike Plaintiff's Declaration in Support of Her Response to Defendant's Motion for Summary Judgment.* After considering the same, the Court grants Defendant's order as follows:

IT IS HEREBY ORDERED that all of the paragraphs in Plaintiff's declaration in support of her response to Defendant's motion for summary judgment that are challenged by Defendant are struck.