IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | |
| Plaintiff, | |
| vs. | Civil Action No. 4:21-cv-607-ALM |
| TYLER TECHNOLOGIES, INC., | |
| Defendant. | |

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE

Before the Court is Defendant's Motion to Strike Plaintiff's Declaration in Support of Her Response to Defendant's Motion for Summary Judgment (the "Motion to Strike"). Having considered the Motion to Strike, Plaintiff's Response in Opposition, any further briefing, the argument of counsel and all relevant evidence the Court finds that the Motion to Strike should be and hereby is DENIED.

IT IS SO ORDERED.