IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| | : No. 4:21-cv-00607-ALM |
| | : |
| vs. | : |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| | : |
| **Defendant.** | : |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Talia N. Harrison ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, file this Joint Notice of Settlement (the "Notice") and advise the Court that the Parties have reached a settlement on the claims set forth within Plaintiff's Complaint [DE 1]. Specifically, the Parties have agreed (i) on the monetary relief to be paid to Plaintiff, and (ii) to brief the attorneys' fees and costs that may be recovered by Plaintiff pursuant to 29 U.S.C. § 216(b). Within thirty (30) days from the filing of the Notice, the Parties intend to have the settlement papers finalized and for Plaintiff to submit her motion requesting attorneys' fees and costs. Accordingly, the Parties request that all deadlines in the Order Granting Unopposed Motion to Modify Scheduling Order [DE 24] be abated.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew W. Herrington*_____ | */s/ Amanda E. Brown*_____ |
| Charles R. Bridgers (*pro hac vice*) | Paulo B. McKeeby |
| charlesbridgers@dcbflegal.com | TX State Bar No. 00784571 |
| Matthew W. Herrington (*pro hac vice*) | pmckeeby@reedsmith.com |
| matthew.herrington@dcbflegal.com | Amanda E. Brown |
| DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | TX State Bar No. 24087839 |
| | aebrown@reedsmith.com |
| 101 Marietta St. | Reed Smith LLP |
| Ste. 2650 | 2850 N. Harwood St., Suite 1500 |
| Atlanta, GA 30303 | Dallas, TX 75201 |
| | Telephone:   +1.469.680.4200 |
| Melinda Arbuckle | Facsimile:   +1.469.680.4299 |
| TX State Bar No. 24080773 | |
| marbuckle@eeoc.net | **ATTORNEYS FOR DEFENDANT** |
| Shellist Lazarz Slobin LLP | |
| 11 Greenway Plaza | |
| Suite 1515 | |
| Houston, TX 77046 | |

**ATTORNEYS FOR PLAINTIFF**

**Notice of Settlement – Page 2**