IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | Civil Action No.: 4:21-cv-00607 |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiff Talia N. Harrison and Defendant Tyler Technologies, Inc. by and through undersigned counsel move to extend the deadline for the parties to file their Joint Motion for Settlement Approval through and including February 27, 2023 showing the Court as follows:

1. This FLSA case was initiated on August 3, 2021. [Dkt. 1]

2. The parties have reached an amicable resolution of this matter but require additional time to negotiate and finalize an acceptable written formal settlement document.

3. For this reason, undersigned counsel requests an extension of time for the parties to file their Joint Motion for settlement approval through and including February 27, 2023.

4. This request for extension is not being made for the purpose of delay, nor will the relief requested prejudice any party.

5. A proposed order is attached for the Court's convenience.

Respectfully submitted this ___ day of February 2023

| | |
|---|---|
| **Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | **Reed Smith LLP** |
| | /s/ Amanda E. Brown |
| /s/ Matthew W. Herrington | Paulo B. McKeeby |
| Matthew W. Herrington | TX State Bar No. 0784571 |
| Georgia Bar No. 275411 | Amanda E. Brown |
| (Pro hac vice) | TX State Bar No. 4087839 |
| /s/ Charles R. Bridgers | |
| Charles Bridgers | 2850 N. Harwood St., Suite 1500 |
| Georgia Bar No. 080791 | Dallas, TX 75201 |
| (Pro hac vice) | Telephone:  ( 469) 680-4200 |
| | Facsimile:  ( 469) 680-4299 |
| 101 Marietta Street | aebrown@reedsmith.com |
| Suite 2650 | pmckeeby@reedsmith.com |
| Atlanta, GA 30303 | |
| Telephone: (404) 979-3150 | Counsel for Defendant |
| Facsimile: (404) 979-3170 | |
| E-mail: Matthew.herrington@dcbflegal.com | |
| E-mail: charlesbridgers@dcbflegal.com | |

**Shellist Lazarz Slobin LLP**

Melinda Arbuckle

TX State Bar No. 24080773
11 Greenway Plaza
Suite 1515
Houston, TX 77046

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February ___, 2023, a true and correct copy of the above was filed using the Court's CM/ECF system that caused notice to be served upon all counsel of record.

**Shellist Lazarz Slobin LLP**

*/s/ Melinda Arbuckle*
Melinda Arbuckle