IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA N. HARRISON,** :<br>:<br>**Plaintiff,** :<br>:<br>vs. :<br>:<br>**TYLER TECHNOLOGIES, INC.,** :<br>:<br>**Defendant.** :<br>:<br>: | Civil Action No.: 4:21-cv-00607-ALM |

## [PROPOSED] ORDER

The parties having jointly moved to extend the time to file their Joint Motion for Settlement Approval, and upon consideration of the same and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that the time in which the parties may file their Joint Motion for Settlement Approval is extended through and including February 27, 2023.

**IT IS SO ORDERED.**