IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **No. 4:21-cv-00607-ALM** |
| **vs.** | : | |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

---

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**

---

On this day the Court considered Plaintiff Talia N. Harrison's ("Plaintiff") and Defendant Tyler Technologies, Inc.'s ("Defendant") (collectively, the "Parties") Joint Motion for Settlement Approval (the "Motion").  After reviewing the Motion, the Court is of the opinion that the Motion should be granted.

Therefore, it is ORDERED that, the Motion is granted and that Plaintiff shall file her fee petition within ten (10) calendar days of this order.

**IT IS SO ORDERED.**