IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| Plaintiff, | : : | Civil Action No.: 4:21-cv-00607-ALM |
| vs. | : : | |
| **TYLER TECHNOLOGIES, INC.,** | : : | |
| Defendant. | : : | |

# ORDER

The parties having jointly moved to extend the time to file their Joint Motion for Settlement Approval (Dkt. #39), and upon consideration of the same and for good cause shown, the motion is **GRANTED**.

It is therefore ORDERED that the time in which the parties may file their Joint Motion for Settlement Approval is extended through and including February 27, 2023.

**IT IS SO ORDERED.**

**SIGNED this 28th day of February, 2023.**

*/s/ Amos L. Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE