IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| Plaintiff, | : |
| vs. | : No. 4:21-cv-00607-ALM |
| TYLER TECHNOLOGIES, INC., | : |
| Defendant. | : |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

Before the Court is Plaintiff Talia N. Harrison's and Defendant Tyler Technologies, Inc.'s (collectively, the "Parties") Joint Motion for Settlement Approval (the "Motion" - Dkt. #40). After reviewing the Motion, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the Motion is granted and that Plaintiff shall file her fee petition within ten (10) calendar days of this Order.

IT IS SO ORDERED.

SIGNED this 6th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE