**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| TALIA N. HARRISON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00607-ALM |
| | § | |
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE FEE PETITION**

Plaintiff Talia N. Harrison, by and through the undersigned counsel, moves to extend the deadline for Plaintiff to file her fee petition through and including Tuesday, March 21, 2023. Plaintiff respectfully shows the Court as follows:

1. This FLSA case was initiated on August 3, 2021. [Dkt. 1]

2. The parties reached an amicable resolution of this matter and filed their Joint Motion for Settlement Approval on February 27, 2023. [Dkt. 40]

3. On March 6, 2023, the Court granted the parties' Joint Motion for Settlement Approval and directed Plaintiff to file her fee petition with ten (10) calendar days from the date of the Order, *i.e.* March 16, 2023. [Dkt. 43]

4. Due to the recent death of a family member, attorney Charles Bridgers has had to leave town unexpectedly and will not return until Sunday. As managing member of the firm, Mr. Bridgers is responsible for reviewing billing and exercising necessary billing discretion prior to submitting Plaintiff's fee petition to the Court. For this reason, Plaintiff requests a brief extension to enable him to return to the office and complete that review.

5. Undersigned counsel therefore requests an extension of time for Plaintiff to file her fee petition through and including Tuesday, March 21, 2023.

6. Defendant has advised it will not oppose this Motion.

7. This request for extension is not being made for the purpose of delay, nor will the relief requested prejudice any party.

8. A proposed order is attached for the Court's convenience.

Dated: March 16, 2023              Respectfully submitted,

                                   By:    s/Melinda Arbuckle
                                          Melinda Arbuckle
                                          Texas State Bar No. 24080773
                                          marbuckle@wageandhourfirm.com
                                          **Wage and Hour Firm**
                                          400 North Saint Paul Street, Suite 700
                                          Dallas, Texas 75201
                                          (214) 210-2100 – Telephone
                                          (469) 399-1070 – Facsimile

                                          Charles R. Bridgers (PHV)
                                          Georgia Bar No. 080791
                                          charlesbridgers@dcbflegal.com
                                          Matthew W. Herrington (PHV)
                                          Georgia Bar No. 274411
                                          matthew.herrington@dcbflegal.com
                                          **Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC**
                                          101 Marietta Street, Suite 2650
                                          Atlanta, GA 30303
                                          (404) 979-3150 – Telephone
                                          (404) 979-3170 – Facsimile

                                          COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

On March 16, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF method. I certify that all counsel of record were served electronically thereby.

*s/ Melinda Arbuckle*
Melinda Arbuckle
