**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TALIA N. HARRISON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00607-ALM |
| TYLER TECHNOLOGIES, INC., | § § § | |
| *Defendant*. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION**

BEFORE THE COURT is Plaintiff's Unopposed Motion for Extension of Time to File Fee Petition (the "Motion"). Having considered the Motion and for good cause shown, the Court finds that the Motion should be and hereby is GRANTED.

Plaintiff's deadline to file a fee petition shall be extended to Tuesday, March 21, 2023.

IT IS SO ORDERED.