# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TALIA N. HARRISON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00607-ALM |
| | § | |
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Fee Petition (the "Motion" - Dkt. #44). Having considered the Motion and for good cause shown, the Court finds that the Motion should be and hereby is GRANTED.

Plaintiff's deadline to file a fee petition shall be extended to Tuesday, March 21, 2023.

**IT IS SO ORDERED.**

SIGNED this 20th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE