IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA N. HARRISON,** | |
| **Plaintiff,** | |
| vs. | Civil Action No. 4:21-cv-607-ALM |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant.** | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO THE FAIR LABOR STANDARDS ACT**

BEFORE THE COURT IS Plaintiff Talia N. Harrison's Motion for Award of Attorney's Fees and Costs Pursuant to the Fair Labor Standards Act. Having considered the Motion the Court finds that the Motion should be and hereby is GRANTED.

As a prevailing plaintiff under the FLSA, Plaintiff Harrison is entitled to an award of her costs of litigation and reasonable attorney's fees incurred in obtaining that result. Based on the foregoing, Court issues a final judgment in her favor including $26,553.50 in attorney's fees and $1,271.00 in costs, in addition to post-judgment interest at the prevailing rate. *See* 28 U.S.C. § 1961(a).

IT IS SO ORDERED.