# EXHIBIT 1

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | |
|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Slip Type | Time |
| Slip.Billing Status | Billable |
| Clie.Selection | Include: Harrison, Talia |

| Slip ID<br>  Date<br>  Status<br>  Description (first line) | | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|---|

**Activity: 01-Intake**

| | TIME | C.R. Bridgers | 0.34 / $435.00 | Hourly |
|---|---|---|---|---|
| 8/3/2021 | | Intake | | $149.35 |
| Billable | | Harrison, Talia | | |
| Follow up with Melinda Arbuckl re complaint. Finalize Same. | | | | |

Total: Charles R. Bridgers

| | | BillableHrs | 0.34 Billed Total | $149.35 |
|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | |

| | TIME | M. Herrington | 1.20 / $390.00 | Hourly |
|---|---|---|---|---|
| 7/27/2021 | | Intake | | $468.00 |
| Billable | | Harrison, Talia | | |
| Harrison, Talia: call wtih client re: documents; review client documents | | | | |
| | TIME | M. Herrington | 0.31 / $390.00 | Hourly |
| 8/3/2021 | | Intake | | $120.90 |
| Billable | | Harrison, Talia | | |
| Pass initial research on consents to Arbuckle. | | | | |

Total: Matthew Herrington

| | | BillableHrs | 1.51 Billed Total | $588.90 |
|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | |

Total: 01-Intake

| | | BillableHrs | 1.85 Billed Total | $738.25 |
|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | |

**Activity: 02-Complaint_COIP_Service**

| | TIME | M. Herrington | 1.70 / $390.00 | Hourly |
|---|---|---|---|---|
| 7/29/2021 | | Compl_COIP_Ser | | $663.00 |
| Billable | | Harrison, Talia | | |
| Harrison, Talia: call with client re: factual issues for complaint; review Wright complaint and edit for Harrison; discuss venue issues with CRB; research venue issue | | | | |

Case 4:21-cv-00067-ALM   Document 467-21   Filed 03/21/23   Page 3 of 15 PageID #: 13682

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 2 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

| | TIME | M. Herrington | 0.40 / $390.00 | Hourly |
|---|---|---|---|---|
| 7/29/2021 | | Compl_COIP_Ser | | $156.00 |
| Billable | | Harrison, Talia | | |
| Harrison, Talia: communication with Texas counsel re local counsel agreement; review local rules in EDTX | | | | |

Total: Matthew Herrington

| | BillableHrs | 2.10 | Billed Total | $819.00 |
|---|---|---|---|---|
| | NotBilledHrs | 0.00 | | |

Total: 02-Complaint_COIP_Service

| | BillableHrs | 2.10 | Billed Total | $819.00 |
|---|---|---|---|---|
| | NotBilledHrs | 0.00 | | |

Activity: 03-Answer_Disclosures_JPR

| | TIME | C.R. Bridgers | 0.37 / $435.00 | Hourly |
|---|---|---|---|---|
| 10/19/2021 | | Ans_Discl_JPS | | $160.95 |
| Billable | | Harrison, Talia | | |
| Review incoming documents and respond to Reed Smith paralegal for transmission with wrong email address. | | | | |

Total: Charles R. Bridgers

| | BillableHrs | 0.37 | Billed Total | $160.95 |
|---|---|---|---|---|
| | NotBilledHrs | 0.00 | | |

| | TIME | M. Herrington | 0.20 / $390.00 | Hourly |
|---|---|---|---|---|
| 8/27/2021 | | Ans_Discl_JPS | | $78.00 |
| Billable | | Harrison, Talia | | |
| Review answer and corporate disclosure statement; inform client re: content of answer | | | | |
| | TIME | M. Herrington | 0.90 / $390.00 | Hourly |
| 9/15/2021 | | Ans_Discl_JPS | | $351.00 |
| Billable | | Harrison, Talia | | |
| 26(f) conference; debrief with local counsel re: repleading and settlement issues | | | | |
| | TIME | M. Herrington | 0.40 / $390.00 | Hourly |
| 10/18/2021 | | Ans_Discl_JPS | | $156.00 |
| Billable | | Harrison, Talia | | |
| Drafting initial disclosures; discuss with local counsel | | | | |

Total: Matthew Herrington

| | BillableHrs | 1.50 | Billed Total | $585.00 |
|---|---|---|---|---|

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 3 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

|  |  | NotBilledHrs | 0.00 |  |
|---|---|---|---|---|

___

Total: 03-Answer_Disclosures_JPR

| | | BillableHrs | 1.87 | Billed Total | $745.95 |
|---|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | | |

Activity: 04-Amended Complaint/Answer

| | TIME | M. Herrington | 0.60 / $390.00 | Hourly |
|---|---|---|---|---|
| 9/21/2021 | | AmendedPleading | | $234.00 |
| Billable | | Harrison, Talia | | |
| Call with LC re: collective; call with client re: [redacted] determine not to pursue collective | | | | |

Total: Matthew Herrington

| | | BillableHrs | 0.60 | Billed Total | $234.00 |
|---|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | | |

___

Total: 04-Amended Complaint/Answer

| | | BillableHrs | 0.60 | Billed Total | $234.00 |
|---|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | | |

Activity: 06-Damage Estimate

| | TIME | C.R. Bridgers | 0.81 / $435.00 | Hourly |
|---|---|---|---|---|
| 11/17/2021 | | DamageEst | | $352.35 |
| Billable | | Harrison, Talia | | |
| Review damage estimate with Herrington. | | | | |

| | TIME | C.R. Bridgers | 0.34 / $435.00 | Hourly |
|---|---|---|---|---|
| 12/2/2022 | | DamageEst | | $147.90 |
| Billable | | Harrison, Talia | | |
| Work with Maria on expenses and damage estimate. | | | | |

___

Total: Charles R. Bridgers

| | | BillableHrs | 1.15 | Billed Total | $500.25 |
|---|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | | |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 4 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

|  | TIME | M. Herrington | 2.40 / $390.00 | Hourly |
|---|---|---|---|---|
| 11/17/2021 | | DamageEst | | $936.00 |
| Billable | | Harrison, Talia | | |
| Review time and pay documents; compile damages calculation; call with client re: same; draft demand. | | | | |
|  | TIME | M. Herrington | 0.50 / $390.00 | Hourly |
| 11/3/2022 | | DamageEst | | $195.00 |
| Billable | | Harrison, Talia | | |
| Review deposition for damages issues; all with client re: damages; damages calcultions | | | | |

Total: Matthew Herrington

|  | BillableHrs | 2.90 | Billed Total | $1,131.00 |
|---|---|---|---|---|
|  | NotBilledHrs | 0.00 | | |

Total: 06-Damage Estimate

|  | BillableHrs | 4.05 | Billed Total | $1,631.25 |
|---|---|---|---|---|
|  | NotBilledHrs | 0.00 | | |

Activity: 07-Written Discovery

|  | TIME | C.R. Bridgers | 0.16 / $435.00 | Hourly |
|---|---|---|---|---|
| 4/12/2022 | | Discovery_Wr | | $69.60 |
| Billable | | Harrison, Talia | | |
| Discuss discovery issues with Herrington. | | | | |
|  | TIME | C.R. Bridgers | 0.45 / $435.00 | Hourly |
| 5/27/2022 | | Discovery_Wr | | $195.75 |
| Billable | | Harrison, Talia | | |
| Conference with Herrington on outgoing discovery on emails. | | | | |
|  | TIME | C.R. Bridgers | 0.11 / $435.00 | Hourly |
| 6/1/2022 | | Discovery_Wr | | $48.58 |
| Billable | | Harrison, Talia | | |
| Discuss status of email request / MSJ. | | | | |
|  | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 6/21/2022 | | Discovery_Wr | | $43.50 |
| Billable | | Harrison, Talia | | |
| Respond to Herrington re Jerra tickets and discovery requests. | | | | |

Total: Charles R. Bridgers

|  | BillableHrs | 0.82 | Billed Total | $357.43 |
|---|---|---|---|---|
|  | NotBilledHrs | 0.00 | | |

| | | | |
|---|---|---|---|
| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 5 |

| Slip ID Date Status Description (first line) | Timekeeper Activity Client Reference | Hrs / Rate Qty / Price | Rate Type Slip Value |
|---|---|---|---|
| TIME 9/30/2021 Billable Emails to and from Court Reporter re: transcript in previous action to avoid retaking evidence; Emails to and from CRB/MH re: fee; Prepared mailing | J. Sorrenti Discovery_Wr Harrison, Talia | 0.25 / $170.00 | Hourly $42.50 |
| TIME 1/14/2022 Billable Discussion with MWH; process evidence documents for transmission; Email to MH | J. Sorrenti Discovery_Wr Harrison, Talia | 0.17 / $170.00 | Hourly $28.33 |
| TIME 4/25/2022 Billable Emails to and from CRB; Process and review Defendant's additional document production and saved to file | J. Sorrenti Discovery_Wr Harrison, Talia | 0.10 / $170.00 | Hourly $17.00 |

Total: Jessica Sorrenti

| | | | |
|---|---|---|---|
| | BillableHrs NotBilledHrs | 0.52 Billed Total 0.00 | $87.83 |

| | | | |
|---|---|---|---|
| TIME 1/4/2022 Billable Call with CRB; discuss subpoenas to Constangy and Reed Smith, deposition of McKeeby | M. Herrington Discovery_Wr Harrison, Talia | 0.20 / $390.00 | Hourly $78.00 |
| TIME 1/20/2022 Billable Email from OC re: document production; review new client documents; communication with client re: same | M. Herrington Discovery_Wr Harrison, Talia | 1.30 / $390.00 | Hourly $507.00 |
| TIME 2/24/2022 Billable Discuss protective order with co-Counsel. | M. Herrington Discovery_Wr Harrison, Talia | 0.28 / $390.00 | Hourly $109.20 |
| TIME 8/29/2022 Billable Continue review of documents provided (JIRA); calls with client re: same | M. Herrington Discovery_Wr Harrison, Talia | 1.30 / $390.00 | Hourly $507.00 |
| TIME 8/25/2022 Billable Review new production (JIRA); communications with client re: same | M. Herrington Discovery_Wr Harrison, Talia | 2.70 / $390.00 | Hourly $1,053.00 |

Total: Matthew Herrington

| | | | |
|---|---|---|---|
| | BillableHrs | 5.78 Billed Total | $2,254.20 |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 6 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
|   Date | Activity | Qty / Price | Slip Value |
|   Status | Client | | |
|   Description (first line) | Reference | | |

|  |  |  |  |
|---|---|---|---|
|  | NotBilledHrs | 0.00 | |

___

Total: 07-Written Discovery

|  |  |  |  |
|---|---|---|---|
|  | BillableHrs | 7.12 Billed Total | $2,699.46 |
|  | NotBilledHrs | 0.00 | |

Activity: 10-Conferral on Discovery

| | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
|---|---|---|---|---|
| 4/28/2022 | | Conferral_Disco | | $43.50 |
| Billable | | Harrison, Talia | | |
| Review emails from Herrington to lcoal counsel re motion to compel. | | | | |

Total: Charles R. Bridgers

|  |  |  |  |
|---|---|---|---|
|  | BillableHrs | 0.10 Billed Total | $43.50 |
|  | NotBilledHrs | 0.00 | |

___

Total: 10-Conferral on Discovery

|  |  |  |  |
|---|---|---|---|
|  | BillableHrs | 0.10 Billed Total | $43.50 |
|  | NotBilledHrs | 0.00 | |

Activity: 12-Depositions

| | TIME | C.R. Bridgers | 0.54 / $435.00 | Hourly |
|---|---|---|---|---|
| 1/19/2022 | | Depositions | | $234.90 |
| Billable | | Harrison, Talia | | |
| Conference with Herrington on deposition strategy for client | | | | |
| | TIME | C.R. Bridgers | 0.20 / $435.00 | Hourly |
| 2/2/2022 | | Depositions | | $87.00 |
| Billable | | Harrison, Talia | | |
| Discuss depositions and MSJ deadline conflict with Herrington; Suggest plan. Respond to Matthew with email question re time limt of deposition and how to handle defendant passing 7 hours. | | | | |
| | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 12/13/2022 | | Depositions | | $43.50 |
| Billable | | Harrison, Talia | | |
| Review emails from MWH with client on depositions and notes to file. | | | | |

Total: Charles R. Bridgers

|  |  |  |  |
|---|---|---|---|
|  | BillableHrs | 0.84 Billed Total | $365.40 |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 7 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

|  |  | NotBilledHrs | 0.00 |  |
|---|---|---|---|---|

| | TIME | M. Herrington | 2.20 / $390.00 | Hourly |
| 1/18/2022 | | Depositions | | $858.00 |
| Billable | | Harrison, Talia | | |
| Review client documents; deposition preparation meeting with client | | | | |
| | TIME | M. Herrington | 8.00 / $390.00 | Hourly |
| 1/19/2022 | | Depositions | | $3,120.00 |
| Billable | | Harrison, Talia | | |
| Deposition of client; calls with CRB re: deposition issues; meetings with client | | | | |

Total: Matthew Herrington

| | | BillableHrs | 10.20 | Billed Total | $3,978.00 |
| | | NotBilledHrs | 0.00 | | |

Total: 12-Depositions

| | | BillableHrs | 11.04 | Billed Total | $4,343.40 |
| | | NotBilledHrs | 0.00 | | |

Activity: 13-Motions

| | TIME | C.R. Bridgers | 1.23 / $435.00 | Hourly |
| 3/20/2023 | | Motions | | $535.05 |
| Billable | | Harrison, Talia | | |
| Review billing records for fee petition to exercise billling judgment and finalize. | | | | |
| | TIME | C.R. Bridgers | 3.50 / $435.00 | Hourly |
| 3/21/2023 | | Motions | | $1,522.50 |
| Billable | | Harrison, Talia | | |
| Review and finalize Arbuckle declaration; Declaration of CR Bridgers; Generate reports for same. (time estimated through end of day to permit finalization of billing records) | | | | |

Total: Charles R. Bridgers

| | | BillableHrs | 4.73 | Billed Total | $2,057.55 |
| | | NotBilledHrs | 0.00 | | |

| | TIME | J. Sorrenti | 0.60 / $170.00 | Hourly |
| 3/16/2023 | | Motions | | $102.00 |
| Billable | | Harrison, Talia | | |
| Drafted Motion to Extend Time for fee petition and proposed Order; Emails to and from MH; Revised Motion | | | | |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 8 |

| Slip ID<br>Date<br>Status<br>Description (first line) | | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|---|

Total: Jessica Sorrenti

| | | BillableHrs | 0.60 | Billed Total | $102.00 |
|---|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | | |

| | TIME | M. Herrington | 0.10 / $390.00 | Hourly |
|---|---|---|---|---|
| 2/13/2023 | | Motions | | $39.00 |
| Billable | | Harrison, Talia | | |
| arrange motion to extend | | | | |

| | TIME | M. Herrington | 0.40 / $390.00 | Hourly |
|---|---|---|---|---|
| 3/14/2023 | | Motions | | $156.00 |
| Billable | | Harrison, Talia | | |
| being drafting fee petition; review billing | | | | |

| | TIME | M. Herrington | 2.20 / $390.00 | Hourly |
|---|---|---|---|---|
| 3/15/2023 | | Motions | | $858.00 |
| Billable | | Harrison, Talia | | |
| drafting fee petition; review billing related research; review previous texas fee petitions; email with OC; discussion wtih CRB and co-counsel re: extension due to CRB out of town | | | | |

| | TIME | M. Herrington | 0.10 / $390.00 | Hourly |
|---|---|---|---|---|
| 3/15/2023 | | Motions | | $39.00 |
| Billable | | Harrison, Talia | | |
| review motion for extension re: settlement motion; email OC | | | | |

| | TIME | M. Herrington | 3.50 / $390.00 | Hourly |
|---|---|---|---|---|
| 3/21/2023 | | Motions | | $1,365.00 |
| Billable | | Harrison, Talia | | |
| Finalizing fee petition; discussion with CRB; related research (time estimated through end of day to permit finalization of billing records) | | | | |

| | TIME | M. Herrington | 3.50 / $390.00 | Hourly |
|---|---|---|---|---|
| 3/21/2023 | | Motions | | $1,365.00 |
| Billable | | Harrison, Talia | | |
| Reply Brief: Conservative Estimate of time required for reply brief.  THIS AMOUNT ESTIMATED BEFORE INCURRED. | | | | |

Total: Matthew Herrington

| | | BillableHrs | 9.80 | Billed Total | $3,822.00 |
|---|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | | |

Total: 13-Motions

| | | BillableHrs | 15.13 | Billed Total | $5,981.55 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 9 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

| | | | |
|---|---|---|---|
| | NotBilledHrs | 0.00 | |

Activity: 15-MSJ

| | TIME | C.R. Bridgers 0.21 / $435.00 | Hourly |
|---|---|---|---|
| 3/3/2022 | | MSJ | $91.35 |
| Billable | | Harrison, Talia | |
| Call with Matthew re strategy for response and review emails re same. | | | |
| | TIME | C.R. Bridgers 0.10 / $435.00 | Hourly |
| 5/22/2022 | | MSJ | $43.50 |
| Billable | | Harrison, Talia | |
| Review emails on MSJ status and plans. . | | | |
| | TIME | C.R. Bridgers 0.45 / $435.00 | Hourly |
| 9/22/2022 | | MSJ | $195.75 |
| Billable | | Harrison, Talia | |
| Multiple calls with Matthew and Melinda re response / surreply to objections and motions. | | | |
| | TIME | C.R. Bridgers 0.10 / $435.00 | Hourly |
| 10/6/2022 | | MSJ | $43.50 |
| Billable | | Harrison, Talia | |
| Discuss status of motion with Herrington. | | | |
| | TIME | C.R. Bridgers 0.35 / $435.00 | Hourly |
| 11/2/2022 | | MSJ | $152.25 |
| Billable | | Harrison, Talia | |
| Review MSJ order. Call to Matthew. | | | |

Total: Charles R. Bridgers

| | BillableHrs | 1.21 Billed Total | $526.35 |
|---|---|---|---|
| | NotBilledHrs | 0.00 | |

| | TIME | M. Herrington 0.30 / $390.00 | Hourly |
|---|---|---|---|
| 9/21/2022 | | MSJ | $117.00 |
| Billable | | Harrison, Talia | |
| correspondence with OC; legal research; correspondence with co-counsel | | | |
| | TIME | M. Herrington 2.50 / $390.00 | Hourly |
| 9/22/2022 | | MSJ | $975.00 |
| Billable | | Harrison, Talia | |
| Review MSJ; correspondence with OC; legal research; correspondence with Co-counsel | | | |
| | TIME | M. Herrington 0.80 / $390.00 | Hourly |
| 11/2/2022 | | MSJ | $312.00 |
| Billable | | Harrison, Talia | |
| Review MSJ order; call with client to discuss; follow up with CRB and MA | | | |

Case 4:21-cv-00607-ALM   Document 46-2   Filed 03/21/23   Page 11 of 18 PageID #: 1341

3/21/2023                DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
5:16 PM                     --DCBFB Fee App Billing by Category with Detail                       Page      10

| Slip ID<br>  Date<br>  Status<br>  Description (first line) | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|

Total: Matthew Herrington

|  |  | BillableHrs<br>NotBilledHrs | 3.60<br>0.00 | Billed Total $1,404.00 |

Total: 15-MSJ

|  |  | BillableHrs<br>NotBilledHrs | 4.81<br>0.00 | Billed Total $1,930.35 |

Activity: 16-Settlement

|   | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 11/7/2022 |  | Settlement |  | $43.50 |
| Billable |  | Harrison, Talia |  |  |
| Set up call with Matthew re settlement. |  |  |  |  |

|   | TIME | C.R. Bridgers | 0.41 / $435.00 | Hourly |
| 11/14/2022 |  | Settlement |  | $178.35 |
| Billable |  | Harrison, Talia |  |  |
| Update with Matthew on response to request for settlement; Call with opposing counsel. |

|   | TIME | C.R. Bridgers | 0.43 / $435.00 | Hourly |
| 12/1/2022 |  | Settlement |  | $187.05 |
| Billable |  | Harrison, Talia |  |  |
| Discuss expense issue with MWH and task Maria Arul with review. More conversations re settlement demand. |

|   | TIME | C.R. Bridgers | 0.61 / $435.00 | Hourly |
| 12/14/2022 |  | Settlement |  | $265.35 |
| Billable |  | Harrison, Talia |  |  |
| Prepare for and call with client re settlement. |

|   | TIME | C.R. Bridgers | 0.41 / $435.00 | Hourly |
| 12/24/2022 |  | Settlement |  | $178.35 |
| Billable |  | Harrison, Talia |  |  |
| Draft email to client re authority to make counter proposal. |

|   | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 12/24/2022 |  | Settlement |  | $43.50 |
| Billable |  | Harrison, Talia |  |  |
| Review emails re settlement progress from herrington. Notes to file. |

|   | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 12/30/2022 |  | Settlement |  | $43.50 |
| Billable |  | Harrison, Talia |  |  |
| Review incomring offer from McKeebee, review context and make recommendation to client. |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | |
|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page    11 |

| Slip ID<br>Date<br>Status<br>Description (first line) | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|
| TIME<br>1/6/2023<br>Billable<br>Review and respond to emails from MWH re settlement agremeent and prevailing party standard. | C.R. Bridgers<br>Settlement<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |
| TIME<br>1/23/2023<br>Billable<br>Review settlement agreement issues with MWH and Arbuckle. | C.R. Bridgers<br>Settlement<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |
| TIME<br>1/31/2023<br>Billable<br>Review proposed settlemetn agreement and resopnd to Herrington. | C.R. Bridgers<br>Settlement<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |
| TIME<br>2/4/2023<br>Billable<br>Respond to Matthew after reading Paulo's last email on terms. | C.R. Bridgers<br>Settlement<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |

Total: Charles R. Bridgers

| | BillableHrs<br>NotBilledHrs | 2.56   Billed Total   $1,113.60<br>0.00 | |
|---|---|---|---|
| TIME<br>11/17/2022<br>Billable<br>Discuss fee demand with CRB | M. Herrington<br>Settlement<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |
| TIME<br>12/1/2022<br>Billable<br>Call with OC to discuss settlement and trial issues | M. Herrington<br>Settlement<br>Harrison, Talia | 0.20 / $390.00 | Hourly<br>$78.00 |
| TIME<br>12/1/2022<br>Billable<br>Review billing for demand letter; draft demand; discuss with CRB; communication with MA re: her time and fee records | M. Herrington<br>Settlement<br>Harrison, Talia | 1.20 / $390.00 | Hourly<br>$468.00 |
| TIME<br>12/2/2022<br>Billable<br>Finalize settlement demand, incorporate MA fees; review correspondence with Maria and CRB re: costs | M. Herrington<br>Settlement<br>Harrison, Talia | 0.20 / $390.00 | Hourly<br>$78.00 |
| TIME<br>12/14/2022<br>Billable<br>Call with client; draft counteroffers | M. Herrington<br>Settlement<br>Harrison, Talia | 1.00 / $390.00 | Hourly<br>$390.00 |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 12 |

| Slip ID<br>Date<br>Status<br>Description (first line) | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|
| TIME<br>12/27/2022<br>Billable<br>Draft counteroffer | M. Herrington<br>Settlement<br>Harrison, Talia | 0.91 / $390.00 | Hourly<br>$354.90 |
| TIME<br>12/30/2022<br>Billable<br>Correspondence with OC. | M. Herrington<br>Settlement<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |
| TIME<br>1/9/2023<br>Billable<br>T.call with M Arbuckle re settlement issues. | M. Herrington<br>Settlement<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |
| TIME<br>1/23/2023<br>Billable<br>Review settlement agreement; edit same; email correspondence with OC; review previous settlement correspondence for discussion of confidentiality and scope of releases | M. Herrington<br>Settlement<br>Harrison, Talia | 0.70 / $390.00 | Hourly<br>$273.00 |
| TIME<br>1/24/2023<br>Billable<br>Review settlement motion draft; edit same; review Greene approval motion | M. Herrington<br>Settlement<br>Harrison, Talia | 0.70 / $390.00 | Hourly<br>$273.00 |
| TIME<br>1/27/2023<br>Billable<br>Email and call with OC re: confidentiality; call with CRB re: same | M. Herrington<br>Settlement<br>Harrison, Talia | 0.40 / $390.00 | Hourly<br>$156.00 |
| TIME<br>2/2/2023<br>Billable<br>settlement correspondence with OC | M. Herrington<br>Settlement<br>Harrison, Talia | 0.20 / $390.00 | Hourly<br>$78.00 |
| TIME<br>2/3/2023<br>Billable<br>review settlement correspondence; further settlement communications re: terms for settlement agreement | M. Herrington<br>Settlement<br>Harrison, Talia | 0.30 / $390.00 | Hourly<br>$117.00 |
| TIME<br>2/13/2023<br>Billable<br>settlement correspondence w/ OC | M. Herrington<br>Settlement<br>Harrison, Talia | 0.20 / $390.00 | Hourly<br>$78.00 |
| TIME<br>2/14/2023<br>Billable<br>correspondence with OC re: settlement agreement language | M. Herrington<br>Settlement<br>Harrison, Talia | 0.20 / $390.00 | Hourly<br>$78.00 |

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 13 |

| Slip ID<br>Date<br>Status<br>Description (first line) | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|
| TIME<br>2/15/2023<br>Billable<br>review final edits to agreement; respond to OC | M. Herrington<br>Settlement<br>Harrison, Talia | 0.20 / $390.00 | Hourly<br>$78.00 |
| TIME<br>2/16/2023<br>Billable<br>communication with OC re: final draft | M. Herrington<br>Settlement<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |
| TIME<br>2/16/2023<br>Billable<br>revise settlement motion draft; email OC | M. Herrington<br>Settlement<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |
| TIME<br>2/24/2023<br>Billable<br>finalize revisions of settlement motion; email OC | M. Herrington<br>Settlement<br>Harrison, Talia | 0.60 / $390.00 | Hourly<br>$234.00 |
| TIME<br>3/6/2023<br>Billable<br>Review email from OC | M. Herrington<br>Settlement<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |

Total: Matthew Herrington

| | BillableHrs<br>NotBilledHrs | 7.61<br>0.00 | Billed Total $2,967.90 |
|---|---|---|---|

Total: 16-Settlement

| | BillableHrs<br>NotBilledHrs | 10.17<br>0.00 | Billed Total $4,081.50 |
|---|---|---|---|

Activity: 19-Trial and Trial Preparation

| TIME<br>11/4/2022<br>Billable<br>Call wth MA and CRB; discuss potential trial issues (travel for witnesses, trial depos, cost shifting); settlement issues discussed | M. Herrington<br>Trial<br>Harrison, Talia | 0.50 / $390.00 | Hourly<br>$195.00 |
|---|---|---|---|

Total: Matthew Herrington

| | BillableHrs | 0.50 | Billed Total | $195.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 14 |

| Slip ID<br>Date<br>Status<br>Description (first line) | | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | |

Total: 19-Trial and Trial Preparation

| | | | | |
|---|---|---|---|---|
| | | BillableHrs | 0.50  Billed Total | $195.00 |
| | | NotBilledHrs | 0.00 | |

Activity: 23-Mediation

| | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
|---|---|---|---|---|
| 1/4/2022 | | Mediation | | $43.50 |
| Billable | | Harrison, Talia | | |
| review mediation particulars. | | | | |
| | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 1/4/2022 | | Mediation | | $43.50 |
| Billable | | Harrison, Talia | | |
| Discuss mediation strategy and plans with Herrington. | | | | |
| | TIME | C.R. Bridgers | 0.33 / $435.00 | Hourly |
| 1/6/2022 | | Mediation | | $144.03 |
| Billable | | Harrison, Talia | | |
| Calls from Matthew with status and discussion/approval of negotiation moves. | | | | |
| | TIME | C.R. Bridgers | 0.10 / $435.00 | Hourly |
| 1/10/2022 | | Mediation | | $43.50 |
| Billable | | Harrison, Talia | | |
| Discuss mediator's proposal with Herrington. | | | | |

Total: Charles R. Bridgers

| | | BillableHrs | 0.63  Billed Total | $274.53 |
|---|---|---|---|---|
| | | NotBilledHrs | 0.00 | |

| | TIME | M. Herrington | 0.40 / $390.00 | Hourly |
|---|---|---|---|---|
| 1/4/2022 | | Mediation | | $156.00 |
| Billable | | Harrison, Talia | | |
| Settlemet correspondence with OC; call with client re: same | | | | |
| | TIME | M. Herrington | 2.90 / $390.00 | Hourly |
| 1/6/2022 | | Mediation | | $1,131.00 |
| Billable | | Harrison, Talia | | |
| Mediation preparation with client; call wtih CRB re: settlement progress;attend mediation | | | | |

Total: Matthew Herrington

| | | BillableHrs | 3.30  Billed Total | $1,287.00 |
|---|---|---|---|---|

| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | | Page   15 |

| Slip ID<br>  Date<br>  Status<br>  Description (first line) | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|
| | NotBilledHrs | 0.00 | |

**Total: 23-Mediation**

| | BillableHrs | 3.93 | Billed Total $1,561.53 |
|---|---|---|---|
| | NotBilledHrs | 0.00 | |

**Activity: 27-Legal Research Other**

| TIME<br>8/27/2021<br>Billable<br>Research on necessity of pleading affirmative defenses and standard for more definite statement motion; correspondence with local counsel re: same | M. Herrington<br>Research-Legal<br>Harrison, Talia | 0.61 / $390.00 | Hourly<br>$237.90 |
|---|---|---|---|

**Total: Matthew Herrington**

| | BillableHrs | 0.61 | Billed Total $237.90 |
|---|---|---|---|
| | NotBilledHrs | 0.00 | |

**Total: 27-Legal Research Other**

| | BillableHrs | 0.61 | Billed Total $237.90 |
|---|---|---|---|
| | NotBilledHrs | 0.00 | |

**Activity: 29-Misc. Case Efforts**

| TIME<br>7/29/2021<br>Billable<br>Harrison_Talea: Work with Herrington on claims, local counsel issues, venue strategy; Research venue and jurisdictional issues, review earlier filings in Wright case. | C.R. Bridgers<br>Misc<br>Harrison, Talia | 1.34 / $435.00 | Hourly<br>$582.90 |
|---|---|---|---|
| TIME<br>8/3/2021<br>Billable<br>Finalize Pro-Hac Filing. | C.R. Bridgers<br>Misc<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |
| TIME<br>8/4/2021<br>Billable<br>Review incoming docket notice on pro-hac and potential to refer to magistrate. | C.R. Bridgers<br>Misc<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |

| Slip ID<br>Date<br>Status<br>Description (first line) | | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|---|
| 9/29/2021<br>Billable<br>Review initial filings. | TIME | C.R. Bridgers<br>Misc<br>Harrison, Talia | 0.10 / $435.00 | Hourly<br>$43.50 |

Total: Charles R. Bridgers

| | | | BillableHrs<br>NotBilledHrs | 1.64  Billed Total<br>0.00 | $713.40 |

| 7/22/2022<br>Billable<br>Emails with MA re case direction. | TIME | M. Herrington<br>Misc<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |
|---|---|---|---|---|
| 9/27/2022<br>Billable<br>discuss status of case and settlement. with CRB | TIME | M. Herrington<br>Misc<br>Harrison, Talia | 0.10 / $390.00 | Hourly<br>$39.00 |

Total: Matthew Herrington

| | BillableHrs<br>NotBilledHrs | 0.20  Billed Total<br>0.00 | $78.00 |

Total: 29-Misc. Case Efforts

| | BillableHrs<br>NotBilledHrs | 1.84  Billed Total<br>0.00 | $791.40 |

Activity: 30-Fact Develop (not otherwise

| 6/13/2022<br>Billable<br>Discuss division of labor and assignmetns with Melinda<br>Arbuckle for witness calls. | TIME | C.R. Bridgers<br>Factual Development<br>Harrison, Talia | 0.31 / $435.00 | Hourly<br>$134.85 |
|---|---|---|---|---|
| 6/15/2022<br>Billable<br>Confirm assignments of tasks to paralegal in Harrison matter. | TIME | C.R. Bridgers<br>Factual Development<br>Harrison, Talia | 0.35 / $435.00 | Hourly<br>$151.28 |

Total: Charles R. Bridgers

| | BillableHrs | 0.66  Billed Total | $286.13 |

| | | | |
|---|---|---|---|
| 3/21/2023 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
| 5:16 PM | --DCBFB Fee App Billing by Category with Detail | Page | 17 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

|  |  |  |
|---|---|---|
|  | NotBilledHrs | 0.00 |

**Total: 30-Fact Develop (not otherwise**

|  |  |  |  |
|---|---|---|---|
| BillableHrs | 0.66 | Billed Total | $286.13 |
| NotBilledHrs | 0.00 | | |

**Activity: 32-OOJ Activity**

| | TIME | C.R. Bridgers 0.18 / $435.00 | Hourly |
|---|---|---|---|
| 1/12/2022 | | OfferJudgement | $77.33 |
| Billable | | Harrison, Talia | |
| Review incoming OOJ; Send back questions to Herrington on damages and status as well as client notification. | | | |

**Total: Charles R. Bridgers**

|  |  |  |  |
|---|---|---|---|
| BillableHrs | 0.18 | Billed Total | $77.33 |
| NotBilledHrs | 0.00 | | |

| | TIME | M. Herrington 0.40 / $390.00 | Hourly |
|---|---|---|---|
| 12/13/2022 | | OfferJudgement | $156.00 |
| Billable | | Harrison, Talia | |
| Call with client re: settlement; review OOJ; review billing | | | |

**Total: Matthew Herrington**

|  |  |  |  |
|---|---|---|---|
| BillableHrs | 0.40 | Billed Total | $156.00 |
| NotBilledHrs | 0.00 | | |

**Total: 32-OOJ Activity**

|  |  |  |  |
|---|---|---|---|
| BillableHrs | 0.58 | Billed Total | $233.33 |
| NotBilledHrs | 0.00 | | |

**Grand Total**

|  |  |  |  |
|---|---|---|---|
| BillableHrs | 66.96 | Billed Total | $26,553.50 |
| NotBilledHrs | 0.00 | | |