IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON, | : |
| Plaintiff, | : |
| vs. | : No. 4:21-cv-00607-ALM |
| TYLER TECHNOLOGIES, INC., | : |
| Defendant. | : |

**[PROPOSED] ORDER GRANTING DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO THE FAIR LABOR STANDARDS ACT**

On this day the Court considered *Defendant's Response to Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to Fair Labor Standards Act* (the "Response"). After considering Plaintiff's motion, Defendant's Response, and any other briefing related thereto, the Court order as follows:

IT IS HEREBY ORDERED that Plaintiff's requested attorney's fees award shall be reduced to an amount not to exceed $9,798.13.