IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | Civil Action No.: 4:21-cv-00607 |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER

Plaintiff having filed her unopposed Motion for an Extension of Time to File her Reply to Defendant's Response to Plaintiff's Motion for Award of Attorney's Fees and Costs, and upon consideration of the same and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that the time in which Plaintiff may file her reply is extended through and including April 20, 2023.