IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TALIA N. HARRISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | Civil Action No.: 4:21-cv-00607 |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for an Extension of Time to File her Reply to Defendant's Response to Plaintiff's Motion for Award of Attorney's Fees and Costs (Dkt. #48). Upon consideration of the same and for good cause shown, the Court finds the motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the time in which Plaintiff may file her reply is extended through and including April 20, 2023.

**IT IS SO ORDERED.**

**SIGNED this 20th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE