IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Talia N. Harrison, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-607-ALM |
| | § | |
| Tyler Technologies, Inc. | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Brief in Excess of Page Limits (the "Motion"). Having considered the Motion, and for good cause shown, the Court finds that the Motion should be and hereby is **GRANTED**.