# EXHIBIT 1

**Subject:** RE: Harrison/Tyler - call
**Date:** Monday, November 14, 2022 at 4:30:37 PM Western European Standard Time
**From:** Brown, Amanda E.
**To:** Matthew Herrington, Charles R. Bridgers
**CC:** McKeeby, Paulo B.

Matthew:

Based on our notes, the mediation ended with Plaintiff's demand of $20k + briefing on fees in response to Tyler's offer of $8k + briefing on fees.  The mediator then sent a mediator's proposal of $25k for a global resolution.  After the mediator's proposal expired, Tyler sent Plaintiff an offer of judgment for $15k + briefing on fees, which Plaintiff rejected.

We also want to note that the impact of the SJ ruling on the potential recovery period will be a factor in Tyler's settlement evaluation.  As you know, Plaintiff was in the IA role for 2/3 of the limitation period (assuming a 3 year SOL).

We look forward to receiving Plaintiff's demand.

Thanks,

**Amanda E. Brown**
aebrown@reedsmith.com
+1 469 680 4232 (Dallas)
+1 713 469 3822 (Houston)
+1 512 289 2351 (cell)



4851 LBJ Freeway, Suite 220
Dallas, Texas  75244
214.534.1990

wpryor@willpryor.com
www.willpryor.com

January 10, 2022

**Mediator's Settlement Proposal:**
*Talia Harrison v. Tyler Technologies, Inc.*

| | |
|---|---|
| Matthew Harrington<br>Delong Caldwell Bridgers | *via email matthew.herrington@dcbflegal.com* |
| Amanda Brown<br>Reed Smith LLP | *via email aebrown@reedsmith.com* |

Dear Counsel:

    Thank you for your patience, professionalism and good humor during our recent mediation.  I regret that we were not successful in our efforts to resolve this

matter.  I thought it would do no harm to offer this proposal.

Please respond by 5:00 pm (CST), tomorrow, January 11, 2022.  Please reply regardless of whether the response is positive or negative.  If you need additional time to respond, please let me know.

**You are guaranteed confidentiality.  I do not disclose either response unless both of the responses are "yes".**

Very best wishes.

Sincerely,

Will Pryor

## Mediator's Settlement Proposal

Plaintiff agrees to accept, and Defendant agrees to pay, the total sum of $25,000.00, in full and final settlement of all claims.  Settlement proceeds to be paid on or before January 28, 2022.

All parties agree to preserve the confidentiality of the terms of the settlement.

Plaintiff will execute full, complete, and general release.

All parties to bear their own attorney's fees, costs and expenses.

Pending litigation to be dismissed, with prejudice.

Responses:

_____   _____
Yes           No

_____
Matthew Herrington, Counsel for Plaintiff


_____   _____
Yes           No

_____
Amanda Brown, Counsel for Defendant