IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Talia N. Harrison, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-607-ALM |
| | § | |
| Tyler Technologies, Inc. | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Brief in Excess of Page Limits (the "Motion" - Dkt. #52). Having considered the Motion, and for good cause shown, the Court finds that the Motion should be and hereby is **GRANTED**, and Reply Dkt. #53 is deemed filed.

IT IS SO ORDERED.

SIGNED this 25th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE