

Ricardo J. Prieto
rprieto@wageandhourfirm.com
Melinda Arbuckle
marbuckle@wageandhourfirm.com

November 8, 2023

Honorable Amos L. Mazzant, III
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, Texas 75090
VIA: E-FILING

Re:     Harrison v. Tyler Techs., Inc., Case No. 4:21-cv-00607-ALM

To the Honorable Judge of this Court:

Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to the Fair Labor Standards Act became ripe for ruling on April 24, 2023 (ECF No. 53). Given the issues at play, Plaintiff respectfully requests oral argument to the extent that the Court would find it beneficial.

Plaintiff has not conferred with counsel for Defendant, who may oppose this request.

Respectfully,

Melinda Arbuckle

wageandhourfirm.com

4241 Jutland Dr., Ste. 200     5050 Quorum Dr., Ste. 700     3600 Lime St., Ste. 111
San Diego, CA 92117            Dallas, TX 75254              Riverside, CA 92501
                               (214) 489-7653
                               (469) 319-0317 – fax

**CERTIFICATE OF SERVICE**

      I certify that on November 8, 2023, I filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Texas using the CM/ECF system of the Court. I certify that all counsel of record were served electronically thereby.

                                                     s/Melinda Arbuckle
                                                     Melinda Arbuckle