# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TALIA N. HARRISON | § |
| | § |
| | §   Case No. 4:21cv607 |
| vs. | §   Judge Mazzant |
| | § |
| TYLER TECHNOLOGIES, INC. | § |

## FINAL JUDGMENT

There being no issues left for the Court to resolve in this case, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED**.

**SIGNED** this 17th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE